AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Delaware _____

Robert D. Christ

**SUMMONS IN A CIVIL ACTION**

V.

Brett J. Cormick, Elan Suisse Int'l Holdings (USA)
LLC, Elan Suisse (Pty) Ltd., Nicogel Ltd., John
Walters, Dianne Marshall & Mercari Financial

CASE NUMBER:   0 6 – 2 7 5

TO: (Name and address of Defendant)

Brett J. Cormick
c/o Delaware Business Incorporators, Inc.
3422 Old Capital Trail, Suite 700
Wilmington, DE 19808-6192
(as registered agent of Elan Suisse International Holdings (USA) LLC)

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thad J. Bracegirdle, Esquire
Buchanan Ingersoll PC
The Nemours Building
1007 N. Orange Street, Suite 1110
Wilmington, DE 19801

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

4-27-06

CLERK _____

DATE _____

_____
(By) DEPUTY CLERK

• AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me(1) | DATE<br>5/1/06 | |
| NAME OF SERVER (PPJNT)<br>DENORRIS BRITT | TITLE<br>SPECIAL PROCESS SERVER | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☐ Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

☒ Other (specify):  SERVED: BRETT J. CORMICK C/O DELAWARE BUSINESS INCORPORATORS, INC AT 3422 OLD CAPITAL TRAIL WILMINGTON, DE COPIES THEREOF WERE ACCEPTED BY DENISE BURROUGH (PROCESS AGENT)

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/1/06
_____
Date

_____
*Signature of Server*

BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302- 475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.