IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT D. CHRIST, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) C.A. No. 06-275-GMS |
| BRETT J. CORMICK, ELAN SUISSE | ) |
| INTERNATIONAL HOLDINGS (USA) | ) |
| LLC, ELAN SUISSE (PTY) LTD., | ) **JURY TRIAL DEMANDED** |
| NICOGEL LTD., JOHN WALTERS, | ) |
| DIANNE MARSHALL and MERCARI | ) |
| FINANCIAL SERVICES (PTY) LTD., | ) |
| | ) |
| Defendants. | ) |

## PRAECIPE TO ISSUE ALIAS SUMMONS

TO THE CLERK OF COURT:

Please issue an Alias Summons addressed to defendant Brett J. Cormick, c/o Office of the Secretary of State, State of Delaware, 401 Federal Street, Suite 3, Dover, DE 19901, for service pursuant to 10 *Del. C.* § 3104.

BUCHANAN INGERSOLL PC

*/s/ Thad J. Bracegirdle*
Thad J. Bracegirdle (No. 3691)
The Nemours Building
1007 N. Orange Street, Suite 1110
Wilmington, Delaware 19801
(302) 428-5500

Attorneys for Plaintiff Robert D. Christ

Dated: May 8, 2006

#764387-v1