IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT D. CHRIST, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) C.A. No. 06-275-GMS <br> BRETT J. CORMICK, ELAN SUISSE ) <br> INTERNATIONAL HOLDINGS (USA) ) <br> LLC, ELAN SUISSE (PTY) LTD., ) **JURY TRIAL DEMANDED** <br> NICOGEL LTD., JOHN WALTERS, ) <br> DIANNE MARSHALL and MERCARI ) <br> FINANCIAL SERVICES (PTY) LTD., ) <br> ) <br> Defendants. ) | |

**PRAECIPE TO SERVE NON-RESIDENT DEFENDANT
BY INTERNATIONAL REGISTERED MAIL**

TO THE CLERK OF COURT:

Please serve the accompanying complaint and summons upon the following non-resident defendant by international registered mail, at the address listed below, pursuant to 6 Del. C. § 18-109 and Federal Rule of Civil Procedure 4(f)(2)(c)(ii):

Brett J. Cormick
Suite 334
2 Lansdowne Row
Mayfair, London W1J 6HL
United Kingdom

BUCHANAN INGERSOLL PC

/s/ Thad J. Bracegirdle
Thad J. Bracegirdle (No. 3691)
The Nemours Building
1007 N. Orange Street, Suite 1110
Wilmington, Delaware 19801
(302) 428-5500
*Attorneys for Plaintiff Robert D. Christ*

Dated: May 8, 2006