IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT D. CHRIST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | C.A. No. 06-275-GMS |
| BRETT J. CORMICK, ELAN SUISSE | ) | |
| INTERNATIONAL HOLDINGS (USA) | ) | |
| LLC, ELAN SUISSE (PTY) LTD., | ) | **JURY TRIAL DEMANDED** |
| NICOGEL LTD., JOHN WALTERS, | ) | |
| DIANNE MARSHALL and MERCARI | ) | |
| FINANCIAL SERVICES (PTY) LTD., | ) | |
| | ) | |
| Defendants. | ) | |

### AFFIDAVIT OF THAD J. BRACEGIRDLE

STATE OF DELAWARE        )
                                            )  ss:
COUNTY OF NEW CASTLE  )

Thad J. Bracegirdle, having been duly sworn, hereby deposes and says:

1. I am an associate with the firm of Buchanan Ingersoll P.C., counsel to plaintiff in the above-captioned action. I hereby certify under penalty of perjury that I have researched service of process on certain of the defendants in the United Kingdom and have found that service by mail under Federal Rule of Civil Procedure 4(f)(2)(C)(ii) is an acceptable means of service in that country.

_____
Thad J. Bracegirdle

Subscribed and sworn to before me this  8th  day of May, 2006

My commission expires  July 14, 2007

_____
Notary Public

LOU ANNE S. SMELTZER
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires July 14, 2007