CA 06-275 GMS

| Registered No. RA 311 832 674 US | Date Stamp |
|---|---|
| Reg. Fee $7.90 | |
| Handling Charge $0.00 | Return Receipt $1.85 |
| Postage $3.35 | Restricted Delivery $0.00 |
| Received by [signature] Waters | MAY 9 2006 05/09/2006 |
| Customer Must Declare Full Value $ $0.00 | With Postal Insurance / Without Postal Insurance — Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse). |

OFFICIAL USE

FROM:
Clerk of the Court
U. S. District Court
844 N. King Street 19801
Wilmington, DE 19801 USA

TO:
Brett J. Cormick
Suite 334, 2 Lansdowne Row
Mayfair, London [Northern Ireland]
United Kingdom

PS Form 3806, Receipt for Registered Mail    Copy 1 - Customer
May 2004 (7530-02-000-9051)    (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

RE:   Robert D. Christ v. Brett J. Cormick, et.al., D.Del.,

**Civil Action No. 06-275 GMS**

## AFFIDAVIT

I, Ronald B. Eberhard, Deputy Clerk, being first sworn, depose and say that pursuant to 6 Del. Code 18-109 and Federal Rule of Civil Procedure 4(f)(2)(c)(ii), I did send on May 9, 2006, by Registered Mail, return receipt requested, via U.S. Postal Service, certified copies of the complaint and summons, individually addressed to:

Brett J. Cormick
Suite 334
2 Lansdowne Row
Mayfair, London W1J6HL
United Kingdom

This mailing is made pursuant to 6 Del. Code 18-109 and Federal Rule of Civil Procedure 4(f)(2)(c)(ii).

_____
Ronald B. Eberhard
Deputy Clerk

Sworn to and subscribed before me
this 9th day of May, 2006:

_____
Elizabeth Dinan
Deputy Clerk

cc:   Buchanan Ingersoll PC
      Thad J. Bracegirdle, Esq.
      The Nemours Building
      1007 N. Orange Street, Suite 1110
      Wilmington, DE 19801
      (Attorney for Plaintiff Robert D. Christ)