AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Delaware _____

Robert D. Christ

V.

Brett J. Cormick, Elan Suisse Int'l Holdings (USA)
LLC, Elan Suisse (Pty) Ltd., Nicogel Ltd., John
Walters, Dianne Marshall & Mercari Financial

ALIAS
**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 06-275 GMS

TO: (Name and address of Defendant)

Brett J. Cormick
c/o Office of the Secretary of State, State of Delaware
401 Federal Street, Suite 3
Dover, DE  19901
(pursuant to 10 Del. C. § 3104)

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thad J. Bracegirdle, Esquire
Buchanan Ingersoll PC
The Nemours Building
1007 N. Orange Street, Suite 1110
Wilmington, DE 19801

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

5-8-06

_____          _____
CLERK                                        DATE

Beth Dinan

(By) DEPUTY CLERK

• AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me(1) | DATE 5/9/06 |
|---|---|
| NAME OF SERVER (PPJNT) GRANVILLE MORRIS | TITLE    SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☐ Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify):   SERVED: BRETT J. CORMICK C/O THE DELAWARE SECRETARY OF STATE DOVER, DE COPIES THEREOF WERE ACCEPTED BY JAMIE STONE (PROCESS AGENT)

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5/9/06
_____
Date

*Signature of Server*
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302- 475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.