IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT D. CHRIST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BRETT J. CORMICK, ELAN SUISSE | ) | C.A. No. 06-275-GMS |
| INTERNATIONAL HOLDINGS (USA) | ) | |
| LLC, ELAN SUISSE (PTY) LTD., | ) | |
| NICOGEL LTD., JOHN WALTERS, | ) | |
| DIANNE MARSHALL and MERCARI | ) | |
| FINANCIAL SERVICES (PTY) LTD., | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION TO DISMISS OR STAY

Defendants Brett J. Cormick, Elan Suisse International Holdings (USA) LLC, Elan Suisse (Pty) Ltd., Nicogel Ltd., John A. Walters, and Dianne E. Marshall (collectively, "Defendants") hereby move (i) to dismiss this action pursuant to Fed. R. Civ. P. 12(b)(2) for lack of personal jurisdiction, (ii) to dismiss the conspiracy count pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim, (iii) to dismiss the fraud and conspiracy counts as being outside the Statute of Limitations, (iv) to stay this action pursuant to principles of international comity pending resolution of an action filed by the plaintiff in 2005 which is presently pending in South Africa, and (v) for sanctions.

The bases for this motion are set forth in detail in an opening brief filed contemporaneously herewith by the Defendants.

Dated: May 22, 2006

        Respectfully submitted,

        /s/ David L. Finger
        David L. Finger (DE Bar ID #2556)
        Finger & Slanina, LLC
        One Commerce Center
        1201 Orange Street, Suite 725
        Wilmington, DE 19801-1155
        (302) 884-6766
        Attorney for defendants Brett J. Cormick, Elan Suisse International Holdings (USA) LLC, Elan Suisse (Pty) Ltd., Nicogel Ltd., John A. Walters and Dianne E. Marshall

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT D. CHRIST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BRETT J. CORMICK, ELAN SUISSE INTERNATIONAL HOLDINGS (USA) LLC, ELAN SUISSE (PTY) LTD., NICOGEL LTD., JOHN WALTERS, DIANNE MARSHALL and MERCARI FINANCIAL SERVICES (PTY) LTD., | ) ) ) ) ) ) | C.A. No. 06-275-GMS |
| | ) | |
| Defendants. | ) | |

## **ORDER**

On this _____ day of _____, 2006, having considered the submissions and the arguments of the parties, IT IS HEREBY ORDERED that the Motion to dismiss for lack of personal jurisdiction filed by defendants Brett J. Cormick, Elan Suisse International Holdings (USA) LLC, Elan Suisse (Pty) Ltd., Nicogel Ltd., John A. Walters, and Dianne E. Marshall is GRANTED.

IT IS FURTHER ORDERED THAT the defendants' Motion for Sanctions against the plaintiff is GRANTED. Counsel for defendants shall, within ten (10) days of the entry of this Order, submit an affidavit setting forth the fees incurred in responding to the Complaint. Plaintiff may file a response to that affidavit within seven (7) calendar days, after which the Court shall determine the appropriate amount of the sanction.

_____
Sleet, J.

## CERTIFICATE OF SERVICE

I, David L. Finger, hereby certify that on this 22nd day of May, 2006, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send electronic notification to the following counsel of record:

>Thad J. Bracegirdle, Esq.
>Buchanan Ingersoll PC
>The Nemours Building
>1007 North Orange Street, Suite 1110
>Wilmington, DE 19801-1236

>/s/ David L. Finger
>David L. Finger (DE Bar ID #2556)
>Finger & Slanina, LLC
>One Commerce Center
>1201 Orange Street, Suite 725
>Wilmington, DE 19801-1155
>(302) 884-6766