IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT D. CHRIST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | C.A. No. 06-275-GMS |
| BRETT J. CORMICK, ELAN SUISSE | ) | |
| INTERNATIONAL HOLDINGS (USA) | ) | |
| LLC, ELAN SUISSE (PTY) LTD., | ) | **JURY TRIAL DEMANDED** |
| NICOGEL LTD., JOHN WALTERS, | ) | |
| DIANNE MARSHALL and MERCARI | ) | |
| FINANCIAL SERVICES (PTY) LTD., | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION AND ORDER**

WHEREAS, on May 22, 2006, defendants Brett J. Cormick, Elan Suisse International Holdings (USA) LLC, Elan Suisse (Pty) Ltd., Nicogel Ltd., John Walters and Dianne Marshall (collectively, the "Moving Defendants") filed a Motion to Dismiss or Stay and for Sanctions in the above-captioned action; and

WHEREAS, pursuant to D. Del. Local Rule 7.1.2(a), plaintiff's answering brief in opposition to the Moving Defendants' Motion to Dismiss or Stay and for Sanctions is due to be filed on or before June 6, 2006; and

WHEREAS, plaintiff's counsel will be moving to a new law firm on June 1, 2006 and will be traveling overseas from June 11-16, 2006, thereby impairing plaintiff's counsel's ability to adequately prepare and file an answering brief prior to late June;

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, by and between plaintiff and the Moving Defendants, that plaintiff's answering brief in opposition

to the Moving Defendants' Motion to Dismiss or Stay and for Sanctions shall be due to be filed and served on or before June 26, 2006.

Dated: May 25, 2006

| BUCHANAN INGERSOLL PC | FINGER & SLANINA, LLC |
|---|---|
| */s/ Thad J. Bracegirdle* | */s/ David L. Finger* |
| Thad J. Bracegirdle (No. 3691) | David L. Finger (No. 2556) |
| The Nemours Building | One Commerce Center |
| 1007 N. Orange Street, Suite 1110 | 1201 Orange Street, Suite 725 |
| Wilmington, Delaware 19801 | Wilmington, Delaware 19801 |
| (302) 428-5500 | (302) 884-6766 |
| Attorneys for Plaintiff Robert D. Christ | Attorneys for Defendants Brett J. Cormick, Elan Suisse International Holdings (USA) LLC, Elan Suisse (Pty) Ltd., Nicogel Ltd., John Walters and Dianne Marshall |

    IT IS SO ORDERED this _____ day of _____, 2006.

_____
Sleet, U.S.D.J.