IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT D. CHRIST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BRETT J. CORMICK, ELAN SUISSE INTERNATIONAL HOLDINGS (USA) LLC, ELAN SUISSE (PTY) LTD., NICOGEL LTD., JOHN WALTERS, DIANNE MARSHALL and MERCARI FINANCIAL SERVICES (PTY) LTD., | ) ) ) ) ) ) ) | C.A. No. 06-275-GMS |
| Defendants. | ) | |

**NOTICE OF SUBSTITUTION OF COUNSEL**

PLEASE TAKE NOTICE that Buchanan Ingersoll PC hereby withdraws its appearance in this action on behalf of plaintiff Robert D. Christ and that Reed Smith LLP hereby enters its appearance in this action on behalf of the same plaintiff.

BUCHANAN INGERSOLL PC

_____
William D. Sullivan (No. 2820)
The Nemours Building
1007 N. Orange Street, Suite 1110
Wilmington, Delaware 19801
(302) 428-5500

Withdrawing Attorneys for Plaintiff

REED SMITH LLP

_____
Thad J. Bracegirdle (No. 3691)
1201 Market Street
Suite 1500
Wilmington, Delaware 19801
(302) 778-7500

Attorneys for Plaintiff

Dated: June 21, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **ROBERT D. CHRIST,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | C.A. No. 06-275-GMS |
| | ) | |
| **BRETT J. CORMICK, ELAN SUISSE** | ) | |
| **INTERNATIONAL HOLDINGS (USA)** | ) | |
| **LLC, ELAN SUISSE (PTY) LTD.,** | ) | |
| **NICOGEL LTD., JOHN WALTERS,** | ) | |
| **DIANNE MARSHALL and MERCARI** | ) | |
| **FINANCIAL SERVICES (PTY) LTD.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## CERTIFICATE OF SERVICE

I, Thad J. Bracegirdle, hereby certify that on the 21st day of June, 2006, I caused a true and correct copy of *Notice of Substitution of Counsel* to be served on the counsel for defendants as listed below, via electronic CM-ECF:

*Attorneys for Defendants:*

David L. Finger, Esquire
Finger & Slanina, P.A.
One Commerce Center, Suite 725
1201 North Orange Street
Wilmington, DE  19801-1155


Dated:  June 21, 2006

/s/ Thad J. Bracegirdle
Thad J. Bracegirdle (DE ID 3691)