IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT D. CHRIST, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BRETT J. CORMICK, ELAN SUISSE )<br>INTERNATIONAL HOLDINGS (USA) )<br>LLC, ELAN SUISSE (PTY) LTD., )<br>NICOGEL LTD., JOHN WALTERS, )<br>DIANNE MARSHALL and MERCARI )<br>FINANCIAL SERVICES (PTY) LTD., )<br>)<br>Defendants. ) | C.A. No. 06-275-GMS |

## CERTIFICATE OF SERVICE

I, Thad J. Bracegirdle, hereby certify that on the 26th day of June, 2006, I caused a true and correct copy of *Plaintiff's Answering Brief in Opposition to Defendants' Motions to Dismiss or Stay* and *Compendium of Unpublished Cases to Accompany Plaintiff's Answering Brief in Opposition to Defendants' Motions to Dismiss or Stay* to be served on the counsel for defendants as listed below, via electronic CM-ECF:

*Attorneys for Defendants:*

David L. Finger, Esquire
Finger & Slanina, P.A.
One Commerce Center, Suite 725
1201 North Orange Street
Wilmington, DE 19801-1155

Dated: June 26, 2006

/s/ Thad J. Bracegirdle
Thad J. Bracegirdle (DE ID 3691)