IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT D. CHRIST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BRETT J. CORMICK, ELAN SUISSE INTERNATIONAL HOLDINGS (USA) LLC, ELAN SUISSE (PTY) LTD., NICOGEL LTD., JOHN WALTERS, DIANNE MARSHALL and MERCARI FINANCIAL SERVICES (PTY) LTD., | ) ) ) ) ) ) ) | C.A. No. 06-275-GMS |
| | ) | |
| Defendants. | ) | |

## REQUEST FOR ORAL ARGUMENT

Pursuant to District Court Local Rule 7.1.4, plaintiff Robert D. Christ hereby respectfully requests oral argument before the Court on defendants' Motions to Dismiss or Stay and for Sanctions (D.I. 16 and 19).

REED SMITH LLP

*/s/ Thad J. Bracegirdle*
Thad J. Bracegirdle (No. 3691)
1201 Market Street
Suite 1500
Wilmington, Delaware 19801
(302) 778-7500

Attorneys for Plaintiff

Dated:  July 5, 2006

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 5, 2006, the foregoing document was filed electronically with the Clerk of the Court using CM/ECF, which will send electronic notification to the following counsel of record:

David L. Finger, Esquire
Finger & Slanina, LLC
One Commerce Center
1201 Orange Street, Suite 725
Wilmington, DE 19801

*/s/ Thad J. Bracegirdle*
Thad J. Bracegirdle (No. 3691)