IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT D. CHRIST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BRETT J. CORMICK, ELAN SUISSE | ) | C.A. No. 06-275-GMS |
| INTERNATIONAL HOLDINGS (USA) | ) | |
| LLC, ELAN SUISSE (PTY) LTD., | ) | |
| NICOGEL LTD., JOHN WALTERS, | ) | |
| DIANNE MARSHALL and MERCARI | ) | |
| FINANCIAL SERVICES (PTY) LTD., | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION TO DISMISS AMENDED COMPLAINT OR STAY**

Defendants Brett J. Cormick, Elan Suisse International Holdings (USA) LLC, Elan Suisse (Pty) Ltd., Nicogel Ltd., John A. Walters, Dianne E. Marshall and Mercari Finncial Services (Pty) Ltd. (collectively, "Defendants") hereby move (i) to dismiss the Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(2) for lack of personal jurisdiction, (ii) to dismiss the conspiracy count of the Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim, (iii) to dismiss the fraud and conspiracy counts of the Amended Complaint as being outside the Statute of Limitations, (iv) to stay this action pursuant to principles of international comity pending resolution of an action filed by the plaintiff in 2005 which is presently pending in South Africa, and (v) for sanctions.

The bases for this motion are set forth in detail in an opening brief filed contemporaneously herewith by the Defendants.

Dated: March 15, 2007

                                     Respectfully submitted,

                                     /s/ David L. Finger
                                     David L. Finger (DE Bar ID #2556)
                                     Finger & Slanina, LLC
                                     One Commerce Center
                                     1201 Orange Street, Suite 725
                                     Wilmington, DE 19801-1155
                                     (302) 884-6766
                                     Attorney for defendants Brett J. Cormick, Elan Suisse International Holdings (USA) LLC, Elan Suisse (Pty) Ltd., Nicogel Ltd., John A. Walters, Dianne E. Marshall and Mercari Financial Services (Pty) Ltd.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT D. CHRIST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BRETT J. CORMICK, ELAN SUISSE | ) | C.A. No. 06-275-GMS |
| INTERNATIONAL HOLDINGS (USA) | ) | |
| LLC, ELAN SUISSE (PTY) LTD., | ) | |
| NICOGEL LTD., JOHN WALTERS, | ) | |
| DIANNE MARSHALL and MERCARI | ) | |
| FINANCIAL SERVICES (PTY) LTD., | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

On this _____ day of _____, 2007, having considered the submissions and the arguments of the parties, IT IS HEREBY ORDERED that the Motion to dismiss for lack of personal jurisdiction filed by defendants Brett J. Cormick, Elan Suisse International Holdings (USA) LLC, Elan Suisse (Pty) Ltd., Nicogel Ltd., John A. Walters, and Dianne E. Marshall is GRANTED.

IT IS FURTHER ORDERED THAT the defendants' Motion for Sanctions against the plaintiff is GRANTED. Counsel for defendants shall, within ten (10) days of the entry of this Order, submit an affidavit setting forth the fees incurred in responding to the Complaint. Plaintiff may file a response to that affidavit within seven (7) calendar days, after which the Court shall determine the appropriate amount of the sanction.

_____
Sleet, J.

Case 1:06-cv-00275-GMS    Document 30    Filed 03/15/2007    Page 4 of 4

**CERTIFICATE OF SERVICE**

I, David L. Finger, hereby certify that on this 15th day of March, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send electronic notification to the following counsel of record:

> Thad J. Bracegirdle, Esq.
> Reed Smith LLP
> 1201 Market Street, Suite 1500
> Wilmington, DE 19801

 /s/ David L. Finger
David L. Finger (DE Bar ID #2556)
Finger & Slanina, LLC
One Commerce Center
1201 Orange Street, Suite 725
Wilmington, DE 19801-1155
(302) 884-6766