12.25 Contrary to what the Plaintiff wants the Honourable Court to believe now, he actually agreed with me that he is only entitled to 35% of the shareholding in Holdings.

12.26 This is simply another of the blatant lies of the Plaintiff herein.

12.27 Also contained in **Annexure "BC11"** hereto, is an e-mail sent by the Plaintiff later on the same day, wherein he indicates that he is ready to proceed with the project again.

12.28 The only issue unresolved after my receipt of the e-mails contained in **Annexure "BC11"** hereto, was the issue of the Plaintiffs' alleged shareholding in the Elan.

12.29 In this regard I wrote to the Plaintiff as early as 17 February 2004 that he only buys into Holdings.

12.30 This issue again, as is set out above, cropped up during September 2004, when I fully set out the terms of the agreement, and the Plaintiff agreed with me.

12.31 I again reiterate that, in terms of the agreement, the Plaintiff would not receive any equity in Elan.



12.32 In the first instance I never offered to repay the Plaintiff in my personal capacity. I have explained the context of the said offer fully herein above, and stand by what I have declared in this regard.

12.33 Secondly, the Plaintiff waived any offer that was made in **Annexure "BC9"** hereto.

12.34 It is ironic that the whole basis of the Plaintiffs' claim is belied by contents of the Plaintiffs' own correspondence, all of which the Plaintiff deliberately and dishonestly withholds from the Honourable Court.

**13.**

From what I have set out above it is with respect clear that:

13.1   The Plaintiff invested in Holdings;

13.2   The Plaintiff's investment in Holdings can only be liquidated on the basis that his shares in Holdings are sold, be that for a profit, a loss, or the same amount of his investment, and the purchase price of the shares paid to him;

13.3   This is in accordance with the Articles of Association of Holdings of which the Plaintiff is aware and to which he bound himself;



13.4 I never personally undertook to repay the said amount of the investment to the Plaintiff; and

13.5 Even if I undertook to so repay the said investment, the Plaintiff, in writing, waved such undertaking.

**14.**

14.1 In the premises I submit that I clearly have a *bona fide* defence against the Plaintiff's claim herein, which, if proved at the trial, will constitute a good defence.

14.2 Furthermore, my defence as is set out above, was fully conveyed under oath in the liquidation application to the Plaintiff. I shall ensure that the full court file in the liquidation application is available for the Honourable Court's inspection and reference at the hearing of this application.

**15.**

15.1 In the circumstances, the Plaintiff's persistence in the application for summary judgment constitutes an abuse of process.

15.2 Full legal argument shall be addressed to the Honorable Court in this regard in due course.

**16.**

In the premises, I pray that the Plaintiff's application for summary judgment be dismissed with costs.

_____
DEPONENT

SIGNED AND SWORN TO BY THE ABOVE DEPONENT BEFORE ME ON THE 15 DAY OF April 2005 AFTER THE SAID DEPONENT CONFIRMED THAT HE HAS READ THIS AFFIDAVIT, THAT HE UNDERSTANDS THE CONTENTS THEREOF, AND THAT SAME IS TRUE AND CORRECT, AFTER HE HAS TAKEN THE PRESCRIBED OATH, WHICH HE CONSIDERS BINDING ON HIS CONSCIENCE.

_____
COMMISSIONER OF OATHS

SUID AFRIKAANSE POLISIEDIENS
...KAPDIENSESENTRUM
2005 -04- 15
KLEINMOND
COMMUNITY SERVICE CENTRE
SOUTH AFRICAN POLICE SERVICE

# EXHIBIT B

```
              CURRENT ACTIVITY                              03/23/04

KAREN E CHRIST                          ACCT NBR   1010084543624
ROBERT D CHRIST                         PROD DESC  HIGH PERFORMANCE MM
2333 JONES ROAD
POTTSTOWN PA  19465                     STMT DATE  03/12/2004
                                        STMT AMT          230618.73+

                                        DAILY BAL         230,618.73+
03/16/2004
            40.00-   FUNDS TRANSFER FEE   (ADVICE 040316009287)
       125,000.00-   INTL FUNDS TRANSFER  (ADVICE 040316009287)
                     SENT TO  WACHOVIA BANK NA /LLOYDS TSB ISLE O
                     BNF=DR BRETT CORMICK RFB=040316400085
                      AMT=         125000.00 CUR=USD RATE=
                     REF=040316400085       03/16/04  09:59AM
         6,000.00-   COUNTER WITHDRAWAL

                                        DAILY BAL          99,578.73+


        *** INCLUDES TRANSACTIONS POSTED FROM 03/13/2004 TO 03/22/2004 ***
            *** INFORMATIONAL COPY ONLY - NO ENCLOSURES ***
```

# EXHIBIT C

State of Delaware
Secretary of State
Division of Corporations
Delivered 12:37 PM 03/15/2004
FILED 11:47 AM 03/15/2004
SRV 040189312 - 3776919 FILE

# CERTIFICATE OF FORMATION

## OF

## Elan Suisse International Holdings (USA) LLC

FIRST: The name of the limited liability company is **Elan Suisse International Holdings (USA) LLC**.

SECOND: The address of its registered office in the State of Delaware is 3422 Old Capitol Trail, Suite 700, Wilmington, DE 19808-6192, county of New Castle. The name of its registered agent at such address is DELAWARE BUSINESS INCORPORATORS, INC.

THIRD: The name and address of the initial member of this Limited Liability Company will be:
Dr. Brett Cornick
2 Lansdowne Row
Suite 334
Mayfair, W1J -6HL England

FOURTH: The initial member(s) of this Limited Liability Company has the authorization to lend money to, borrow money from, act as a surety, guarantor or endorser for, guarantee or assume one or more obligations of, provide collateral for, and transact other business.

FIFTH: The duration of this Limited Liability Company will be perpetual.

IN WITNESS WHEREOF, the undersigned Authorized Agent has executed this Certificate of Formation on this date of 03/15/2004

AUTHORIZED PERSON/AGENT:

AGENT - DELAWARE BUSINESS INCORPORATORS, INC.

By: _Russell D. Murray, V.P._
RUSSELL D. MURRAY, V.P.

DBI: 15890

# EXHIBIT D

**Bracegirdle, Thad J.**

---

**From:** Dr Brett Cormick [brettc@elan-capital.com]
**Sent:** Tuesday, February 17, 2004 2:05 AM
**To:** bob.christ@seatrepid.com
**Subject:** US Company

Bob

Just checking whether its better to be a straight Delaware LLC or a Foreign Delaware LLC


Advantages of a Delaware Corporation or LLC

Over 50% of all companies on the NY Stock Exchange are Delaware corporations.

Delaware has a long heritage as a business-friendly state and may be a good choice if you intend to take your company public and offer publicly traded stock.

Delaware has many other advantages, including low incorporation fees, low annual franchise taxes, *and no state corporate income tax for corporations that operate outside of Delaware!!!!!!!!!!!*

(if you incorporate in Delaware while your business is located outside of Delaware, you may need to qualify to do business in your home jurisdiction. This may require an extra step in the home state)


Delaware Foreign LLC

>  A foreign limited liability company may register with the Secretary of State under any name (whether or not it is the name under which it is registered in the jurisdiction of its formation) that includes the words "Limited Liability Company" or the abbreviation "L.L.C." or the designation "LLC" and that could be registered by a domestic limited liability company; provided however, that a foreign limited liability company may register under any name which is not such as to distinguish it upon the records in the office of the Secretary of State from the name on such records of any domestic or foreign corporation, partnership, statutory trust, limited liability company or limited partnership reserved, registered, formed or organized under the laws of the State of Delaware with the written consent of the other corporation, partnership, statutory trust, limited liability company or limited partnership, which written consent shall be filed with the Secretary of State.
>
>  Before doing business in the State of Delaware, a foreign limited liability company shall register with the Secretary of State. In order to register, a foreign limited liability company shall submit to the Secretary of State: a copy executed by an authorized person of an application for registration as a foreign limited liability company, A fee as set forth in § 18-1105(a)(6) of this title shall be paid.
>
>  *A person shall not be deemed to be doing business in the State of Delaware solely by reason of being a member or manager of a domestic limited liability company or a foreign limited liability company.!!!!!!!!*

06/22/2006

**Bracegirdle, Thad J.**

---

| | |
|---|---|
| **From:** | Dr Brett Cormick [brettc@elan-capital.com] |
| **Sent:** | Wednesday, February 18, 2004 3:28 AM |
| **To:** | bob.christ@seatrepid.com |
| **Subject:** | Re: US Company |

Yes checked up, it looks like the straight Delaware LLC will do it

Then we do a simple assignment of intellectual property rights into this baby (I.e. the ownership of the 13,000 IFAs and 1 million investors dumb/happy enough to pay 5% to join a fund, 2.5% a year, and 1.25% to get out)

PLUS

the African Renaissance factor (We could even throw in the relationship with the big banks if we got more $$)..then we start grooming IMMEDIATELY to sell....

----- Original Message -----
From: <bob.christ@seatrepid.com>
To: "Dr Brett Cormick" <brettc@elan-capital.com>
Sent: Tuesday, February 17, 2004 6:35 PM
Subject: Re: US Company


> Yep, Wilmington is about 1 hour drive from my house. I had several
clients
> that were DE corporations. It works for an international corporation,
> but doesn't have a big advantage for a local corp. since the states
> make you apportion the income anyway. But it does make sense for an
> E.S.-type arrangement and that's what I was thinking as well.
>
> Dr Brett Cormick writes:
>
> > Bob
> >
> >
> >
> > Just checking whether its better to be a straight Delaware LLC or a
Foreign Delaware LLC
> >
> >
> >
> >
> > Advantages of a Delaware Corporation or LLC
> >
> >
> > Over 50% of all companies on the NY Stock Exchange are Delaware
corporations.
> >
> >
> > Delaware has a long heritage as a business-friendly state and may be
> > a
good choice if you intend to take your company public and offer publicly traded stock.
> >
> >
> > Delaware has many other advantages, including low incorporation
> > fees,
low annual franchise taxes, and no state corporate income tax for corporations that operate outside of Delaware!!!!!!!!!!!

1

```
> >
> >
> >
> > (if you incorporate in Delaware while your business is located
> > outside
of Delaware, you may need to qualify to do business in your home jurisdiction. This may require an extra step in the home state)
> >
> >
> >
> >
> >
> >
> >
> > Delaware Foreign LLC
> >
> >
> >
> >
> >
> > A foreign limited liability company may register with the Secretary
> > of
State under any name (whether or not it is the name under which it is registered in the jurisdiction of its formation) that includes the words "Limited Liability Company" or the abbreviation "L.L.C." or the designation "LLC" and that could be registered by a domestic limited liability company; provided however, that a foreign limited liability company may register under any name which is not such as to distinguish it upon the records in the office of the Secretary of State from the name on such records of any domestic or foreign corporation, partnership, statutory trust, limited liability company or limited partnership reserved, registered, formed or organized under the laws of the State of Delaware with the written consent of the other corporation, partnership, statutory trust, limited liability company or limited partnership, which written consent shall be filed with the Secretary of State.
> >
> > Before doing business in the State of Delaware, a foreign limited
liability company shall register with the Secretary of State. In order to register, a foreign limited liability company shall submit to the Secretary of State: a copy executed by an authorized person of an application for registration as a foreign limited liability company, A fee as set forth in §
18-1105(a)(6) of this title shall be paid.
> >
> > A person shall not be deemed to be doing business in the State of
Delaware solely by reason of being a member or manager of a domestic limited liability company or a foreign limited liability company.!!!!!!!!
> >
> >
> >
> >
> >
>
>
>
> Bob Christ
> SeaTrepid
> 2333 Jones Road
> Pottstown, PA  19465
> Phone: +1(610)469-1730
> Cell: +1(610)547-4185
> http://www.seatrepid.com
>
>
```

2

# EXHIBIT E

**From:** Dr Brett Cormick
**Sent:** Saturday, July 31, 2004 3:56 AM
**To:** 'Bob Christ'
**Subject:** FW: Private Equity

Bob

Thoughts for you to give you a stiffy to get you through the day : - )

As you know our financial engineering product base is designed to dominate the 5 major investment categories, with better investment product, directly to the 1 million active South African investors, direct through the 12, 960 IFA's nationally with investment product better than anyone has ever seen before

Our investment product base is

Equity

Bonds

Cash

Real Estate

And Private equity


Attached is the first Private Equity transaction

It is the most important and revolutionary development in drug delivery systems in the last 20 years anywhere in the world

It is a French company.

The French government are so committed they gave this company free access to the Evian Water company aquifer for an indefinite period at no charge.

Amazing

It has just done a jv with Boots in the UK and the largest beer company in Japan...

It is fantastic in its implications for South Africa...everything from cheaper and more effective medicines to no calorie beers to appetite suppressing soft drinks

Brilliant

Every product that we do in its own way makes history as the most important innovation in its asset class.

In the private equity asset class, it's the underlying companies that we do that have these features.

This sort of thing will make us the standard by which the national IFA investment market judges everybody else

It will also make sure that our company value goes through the roof, because it basically guarantees our capture of the national retail market and sale to one of the giants

This could also be incredible for the ENTIRE US EH??????  Every hotel and bar selling appetite suppressing or no calorie beer

Drugs such as aspirin/Viagra/etc available in designer water bottles or soft drinks??

Mu hahahahahahahahahahahahha

# EXHIBIT F



# AQUACINE

WATER + FUNCTIONALITY ➡ USP + CONVENIENCE + VALUE



*BEVERAGES - ALCOHOLIC AND NON*

*AQUACINE SAS researches, developments and will shortly manufacture ready to drink pharmaceutically active beverages*



The Aquacine Group is the world's first and only pharmaceutical company dedicated to the research, development and manufacture of ready to drink (RTD) single-dose medicines: medicines delivered in soft drinks' format. Soon medicines such as paracetamol and ibuprofen will be available in RTD format, e.g. 400mg of ibuprofen in a great tasting 200ml PET beverage serving.

One of Aquacine's core business units is the application of its proprietary technology and know-how to unlicensed products, such as functional beverages and alcoholic short and long serves.

Commercially, Aquacine's products meet the consumer's demands and, through good value at a premium price, delivers exceptional returns.