

*AQUACINE's first plant is under construction in Lorraine, France, having raised >14m USD from a combination of private equity, French government and central EU funds.*

Aquacine's 25 acre site, with its state-of-the-art 84,000 sqft R&D, clinical trials and manufacturing halls, allows the Group to deliver a combination of development and manufacture for a broad range of products, from functional beverages to prescription only medicines, along with innovative liquid products for animal healthcare.

Aquacine's partners include several of the world's biggest pharmas, and global players in food and beverage markets.

Aquacine's priorities naturally led it to Africa, where, with the widespread support of many global organisations, including the World Bank, the company will build its second plant, to deliver RTD medicines to places where the company's medicine format can deliver an immediate and pivotal benefit.

# AQUACINE: technology snapshot



Aquacine has a large proprietary technology portfolio, which allow it to create and manufacture functional beverages where other companies can not.

In the soft drinks market a key example would be high catechin-containing green-tea based products. For example in Japan the leading brand can deliver 540mg in a 350ml serving, which is barely palatable, but maintains its market position because of its demonstrable functionality: the ability to promote increased burning of calories and thus underpins its position as a leading dietary aid.

Aquacine's technology and process delivers a:

- 2500mg catechin quantity in 250ml serving
- with no fobbing
- stable to flash pasteurisation
- negligible calorific content
- no increased viscosity
- using components permitted for use in foods

# AQUACINE: alcoholic beverages



Our portfolio contains:

- beer supplemented with masked-catechins to provide a "calorie zero" beer
- short-serve carbonated vodka with masked-capsaicin as an appetite suppressant
- hangover-free beer
- long-serve whisky plus stimulants

The group is currently seeking manufacturing and distribution partners for Southern Africa.

The group's executives believe the African business will command a value of >£100m (sterling) within 36 months.

*For further details please contact Dr Brett Cormick, Elan Suisse*

**EXHIBIT G**

# ELAN SUISSE
CAPITAL

# INVESTING IN RANDS
## – for profit in pounds

Elan Suisse Capital is bringing a truly unique and historic private investment opportunity to South Africa through its Elan Suisse Capital Biopharma investment vehicle. This will be the first Biopharma investment opportunity ever made available in South Africa and is the result of 10 years' combined financial and biochemical engineering.

## Key Features
The key features of this investment opportunity, *which is by invitation only*, and will not be made available to South African institutional investors are:
- Investors will participate locally in Rands, but will receive dividends in pounds and a hard currency exit
- Participation will be directly into the world's leading breakthrough operating Biopharma companies
- All Biopharma companies will be operationally reversed into the South African economy and headquartered in South Africa, with their international subsidiaries owned and controlled by the South African entity
- All technologies have billion dollar potential


Dr Brett Cormick, who has served as a Director and Managing Director of several of the largest banks in Europe, and is the founding director of the London School of Economics International Economic Development Group, said of the financial engineering of the investment opportunity: "Imagine going back in time and persuading Mark Shuttleworth to allow you to invest in his company in Rands, two weeks after it started operations, knowing fully what the outcome was going to be in hard currency ... we have engineered this ideal as a mechanism for all of our private Biopharma investments."

- International investors will not generally be admitted to the companies until South African investors have had an opportunity to achieve a significant capital appreciation, after which the participation of international investors will increase their returns exponentially
- Liquidity to be provided by secondary market mandates
- All companies are strictly private until exit

## Microsoft Equivalent
According to Norman Botha, previously a Portfolio Manager with Barnard Jacobs Mellet, who now represents Elan Suisse Capital in the Gauteng area "....this invitation only investment opportunity is the most exciting investment that I have ever seen..... it is to the pharmaceutical industry what Microsoft is to the IT industry"

**Elan Suisse Capital Biopharma Portfolio Operations include:**
- Europe's largest analgesics brand distributed in over 142 countries worldwide
- The world's largest lozenge brand
- The world's largest prescription only non-steroidal anti-inflammatory drug
- The UK's largest health and beauty retailer
- The world's third largest brewer
- The French Government
- A European network of animal healthcare distributors in more than six countries


Dr John Walters, formerly of the University of Oxford and NASA, who heads up the international Elan Suisse Capital Biopharma operation said of Aquacine: "The beneficial impact on global health, social and economic welfare from delivering controlled doses of fast-acting and safe medicines, in combination with clean water in a soft drink format, cannot be over-estimated."

- Pan-Caribbean
- More than 8200 pharmacies across Southern Africa
- The top national retail and supermarket chains in Southern Africa
- Pharmaceutical distributors across South East Asia

**Elan Suisse Capital Biopharma operations from South Africa to the world**
The first Biopharma operational launch in South Africa commences in June 2005. All products released will carry the "Elan Suisse Bio Capital" marque, making it a simple matter for all investors to walk into any pharmacy or major supermarket chain in South Africa (Europe, SEA, USA and Caribbean) and physically witness how their investment is growing in hard currencies internationally.


Dr Parashkev Nachev is Elan Suisse Capital's Head of Clinical Development. He is a member of the Royal College of Physicians, and studied Clinical Medicine at Christ Church College, Oxford University, where he received the Bristol Meyers Prize in Cardiology, and Downing College Cambridge University. He is the Clinical Research Fellow of the Department of Visual Neuroscience at Imperial College London.

Moneyweb editorial note: Parashkev Nachev wishes to point out that he was never formally appointed to this position and did not authorise or see this press release before publication.

"Poor compliance remains a key problem in pharmacotherapy. There is no doubt that the way in which a drug is presented and consumed is critical. For many patients, conventional tablet or capsule formulations present a barrier which may be difficult to overcome. This problem is likely to become more acute in the future as therapy shifts from disease treatment to disease prevention where the patient's motivation to take the drug is understandably weaker."

"The remarkable advances in drug development over the past 50 years have not been paralleled by commensurate improvements in drug delivery. Although liquid formulations are sometimes used, particularly in paediatric practice, there have been no serious attempts to introduce them across the spectrum of commonly used medications. The RTD technology presented here overcomes many of the difficulties associated with liquid formulations, especially drug stability and taste masking, and provides perhaps the first credible rival to tablets as the mainstream formulation for a range of commonly used drugs. As a means of improving patient compliance it represents a very signficiant advance," says Dr Parashkev Nachev.

### Elan Suisse Capital Biopharma RTD medicines from Aquacine: a £ billion global market and a world's first for South Africa

Too often people struggle to take the medicines they need in tablet form. There is a safer, more effective and maximally convenient alternative that will revolutionise the way we take medicines: ready to drink (RTDs) medicines from Aquacine.

### RTD Medicines

RTD medicines are medicines in water, served in a soft drinks format, that do away with the inherent difficulties of taking medicines in tablet form. Aquacine's proprietary patented technology and manufacturing processes allow a broad range of drugs to be stabilised in water, taste-masked and made bio-available to the body immediately after ingestion. Compared to tablets RTD medicines are faster acting; require a lower overage of medicines; avoid high local drug concentrations during absorptions and related problems; make abuse and overdose almost impossible; and allow many global block-bluster drugs which are unstable in water, such as aspirin, to be stabilised for liquid delivery for the first time in history.

### RTD Markets

The market for any one of these RTDs is billions of USDs. The US analgesics market is more than 10 billion doses per year and the RTD format opportunity exceeds $10bn. The African market for anti-malarials exceeds $2bn per year. The SEA market for various CVD treatments exceeds $5bn.

### Elan Suisse Capital Biopharma first two portfolio companies: Smart Water Technologies (SMT) and Aquacine

SMT and Aquacine deliver pharmaceutically active substances in RTD formats; SMT's focus is unlicensed functional alcoholic and non-alcoholic beverages and Aquacine's is licensed RTD medicines.

SMT product portfolio include Nicotea – a tobacco-based iced tea for use in cessation of smoking, a multi-nutrient range for mums to be and young mums called BabySafe, a dieting aid that assists with weight control, as well as an immune booster that helps fight and prevent upper respiratory chest infection. The product launches commence in June 2005 in Africa, Europe and the Caribbean.



Anthony Carter from Elan Suisse Corporate Services shakes hands with Des Magua the Chief Executive of Ino Asante on the initiative to create an Elan Suisse Capital Biopharma manufacturing park in the Western Cape for sale and distribution of Aquacine, Smart Water Technologies and many other Elan Suisse Capital Biopharma products throughout the African continent and key hard currency export markets.

Aquacine's RTD medicines are planned for global launches in 2006 and 2007, targeting the largest volume medicines in the world. Included in the company's pipeline are RTD analgesics (paracetamol and ibuprofen), proton-inhibitors (e.g. ranitidine), treatments for malaria, contraception, antibiotics (erythromycin), anti-histamines (loratidine, cetrizidine) and various medicines for the treatment of CVD.

### Management

The management team has over 65 years combined experience in Biopharmaceutical corporate development and international investment finance throughout every country in Europe. There is no other management team in South Africa with this level of international experience.

### Information about Elan Suisse Capital Biopharma Private Investment Opportunities

For more information on participating in this *by invitation only* private investment opportunity, please contact **Dr Brett Cormick** of Elan Suisse Capital or **Dr John Walters** of Elan Suisse Biocapital on **+ 27 21 410 8786** or contact them at brett.cormick@elan-capital.com and john.walters@elan-biocapital.com.



**European manufacturing centre:** The world's first RTD medicines plant near Strasbourg in France, entirely funded by French Government Regional and Central EU Funds

# EXHIBIT H

# ELAN SUISSE
CAPITAL

# BIOPHARMA INVESTMENT PORTFOLIO



Capitalising on the success of the launch of the historic Biopharma investment platform, which was first featured in the April 2005 edition of the FA News, Elan Suisse Capital is now launching the first **Biopharma Investment Portfolio** of its kind in the World.



Dr Brett Cormick says "The availability of this important new asset class to investors in South Africa for the first time, is a critical addition to any Financial Advisors investment portfolio. It provides access to a unique *Best in Class* private equity investment facility, that is not available to the institutional market."

First round investors, who were invited to participate in the initial Biopharma private round, achieved capital appreciation of their stock in excess of 80% in only 8 weeks.

This was specifically due to Elan Suisse Capital's international corporate engineering of the underlying private Biopharma companies. This included multiple JV's with major international European retail chains, major long haul airlines, European parastatial research institutions and Asian multi-channel distributors.

### The Portfolio
The key features of the Elan Suisse Capital Biopharma Investment Portfolio are:

**Biopharma Investment Portfolio – The Difference**
- Proprietary deal flow of high-growth, near-market, global operating Biopharma companies, who have world renowned partners, no gearing and strong IPR
- A management team with over 65 years combined multinational operational experience
- Comprehensive exits, including Elan Suisse Capital engineered international trade sales



Dr John Walters head of Elan Suisse Capital's Biopharma Investment Portfolio operations says "The elegant fact that all products from our portfolio companies will carry the Elan Suisse Capital marque is great because it allows all portfolio investors to take delight in how their investment is growing from day to day on the retail shelves they know so well."

**Biopharma Investment Portfolio Unique Objectives & Features**
- Delivering significant capital gains with ongoing hard currency yield
- OTC liquidity facility
- International hard currency co-investors engineered to maximise local South African investors' returns
- Not available to institutional investors

**Biopharma Investment Portfolio Update**



From more than 20 products from the Biopharma Investment Portfolio companies, **Nicotea®** is the world's first cigarette replacement product. **Nicotea®** provides a revolutionary nicotine drink which is the world's only alternative to smoking. **Nicotea®** makes it possible for the first time for smokers to enjoy the satisfaction of smoking in the ever-increasing

number of places where cigarettes are no longer allowed, such as in-flight, the work-place, restaurants, cinemas, schools and hospitals.

**Nicotea®** is the only product in the world that provides 0.8mg of naturally derived nicotine with the stimulatory benefits of 75mg of caffeine in a natural tobacco-derived peach flavoured iced tea. It has been specifically bio-pharmacologically engineered to meet the needs of those wishing to quit smoking, bridge the gap between cigarettes in the ever-increasing number of places where smoking is not allowed and as a healthier alternative to cigarettes.

In the first week of its launch **Nicotea®** was pre-sold to 22 long-haul airlines out of South East Asia, the largest health and beauty retailer in Europe and is expanding its third party distributor base exponentially.

As an unlicensed product **Nicotea®**'s channels to market exceed those of cigarettes and as such global revenue expectations are in line with a significant share of the current world-wide cigarette market.



Juzer Norman the CEO of Smart Water Technologies Asia, a portfolio spin-off company, based in Malaysia, said "It is always exciting launching new technologies, however the response from the SEA market for a share of Nicotea® distribution can only be described as extraordinary."

## Biopharma Investment Portfolio Companies' South East Asia (SEA) Expansion

Following detailed analysis and partner profiling, Malaysia has been selected as the SEA manufacturing hub for the Biopharma Investment Portfolio's RTD businesses. The combination of low-cost, high-margin and aggressive product demand makes this an exceptional fast-track environment for our companies to provide an outstanding share-holder return. Initial SEA product launches include **Nicotea®** and **Doc™** (drug-free alcoholic hangover preventative).

## Biopharma Investment Portfolio JVs

International JVs provide the quickest form of portfolio company valuation appreciation. Elan Suisse Capital specifically targets the largest most prestigious players in each market to achieve this. Examples include:

**MediVend™** – a JV with Europe's largest health and beauty retailer, making our RTD medicines available through vending point of sale in the work-place internationally. This new route to market delivers an excellent ROI within an exciting and innovative COD model



**National Garden of Wales IPR JV** – exploiting the proprietary drug-delivery technology of one of the Biopharma Investment Portfolio companies, together with European bio-pharmacological IPR that spans 700 years of history; Elan Suisse Capital intends to delivery 21st Century consumer health and cosmetics products. The core to these new brands will be anti-aging therapies

## Biopharma Investment Portfolio European R&D Headquarters



The purpose-built 14,000 sqft cGLP facility meets the standards of the world's top research facilities. Located in the western UK, it will provide the global R&D resource for all of the Biopharma Investment Portfolio's companies.

## Biopharma Investment Portfolio

- Minimum investment 100,000 ZAR
- Segregated investor portfolios
- OTC Market Maker **Ino Asante (Nations Bank)**
- Custodian **Computershare**
- Administrator **Mercari Financial Services**
- Legal Advisors **Deneys Reitz**
- Participation in portfolio only available on approval following personal interview

## To Apply for a Personal Investment Interview

Please complete the on-line form at
**www.elansuisse.com/bip/application.htm**
or email your enquiry to
**salome.engelbrecht@elan-capital.com** or
**nadia.van.den.heever@elan-capital.com** or
**telephone +27 21 410 8786**

# EXHIBIT I

Close Window | Print this story

80% in 8 weeks?
By: Julius Cobbett
Posted: 12-JUL-05

There appear to be a number of alarm bells ringing within Elan Suisse Capital, a private equity scheme currently soliciting funds from South African investors. Elan Suisse Capital was introduced to potential investors in the form of a **double page advertisement** placed in the April issue of FANews, a financial publication.

The ad markets two underlying private companies, Aquacine and Smart Water Technologies; readers are informed that investment is by invitation only. Two months later, those who hadn't cracked invites must have felt bleak: a **follow-up ad** placed in the June issue of FANews announced with fanfare that first round investors had achieved capital appreciation of their stock in excess of 80% in only 8 weeks.

Again, the ad appears to be soliciting funds for the portfolio of two stocks, with participation "only available on approval following a personal interview," and a minimum investment of R100 000 required. The second ad also makes reference to a number of entities apparently involved with the scheme: over-the-counter (OTC) market maker Ino Asante, custodian Computershare, administrator Mercari Financial Services, and legal advisors Deneys Reitz.

However, at least three of the above entities deny that they currently perform the functions mentioned. Ino Asante chief operating officer Des Magua says his company has been mandated by Elan Suisse to operate the OTC market, but to date has not been called upon to do so.



**John Walters**

In an interview with *Moneyweb* last month, Elan Suisse Capital director John Walters enforced the OTC claim. According to Walters, the price of stock traded on the Ino Asante OTC market rose from £2,20 a share to £4,50 in a matter of weeks. By coincidence, Walters claimed that the prices quoted applied to both Smart Water Technologies and Aquacine.

With no OTC market in place, one wonders how Elan Suisse came up with the capital appreciation figure of 80% – unless, of course, the figure is a thumb suck.

Mercari director Dirk Mostert says that his company has agreed to act as administrator to Elan Suisse Capital, pending the completion of a due diligence and the finalisation of some "legalities and fees." Walters, however, insists that Mercari currently acts as Elan Suisse's administrator.

Computershare denies any custodian function with respect to Elan Suisse Capital.

The structure of Elan Suisse Capital is also peculiar. According to Walters, investors who buy shares in South African-registered Aquacine and Smart Water Technologies are "gifted" shares in similar companies registered in England and Malaysia. With this corporate structure, explains Walters, shareholders can receive dividends in pounds sterling.

It is magnanimous of Elan Suisse Capital to provide this service to South African investors. But with a global portfolio, one wonders why the company didn't approach a more lucrative haven for private equity like, for example, the USA.

Another important question is why Elan Suisse Capital is bothering to raise funds at all. Its June advert claims that in its first week of its launch, Nicotea, a product apparently owned by Smart Water Technologies, "was pre-sold to 22 long-haul airlines out of South East Asia, the largest health and beauty retailer in Europe and is expanding its third party distributor base exponentially." Surely such deals would make a fund raising campaign unnecessary?

---

This article is a printout from Moneyweb Holding Ltd
Copyright © 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT D. CHRIST,<br><br>**Plaintiff,**<br><br>v.<br><br>BRETT J. CORMICK, ELAN SUISSE INTERNATIONAL HOLDINGS (USA) LLC, ELAN SUISSE (PTY) LTD., NICOGEL LTD., JOHN WALTERS, DIANNE MARSHALL and MERCARI FINANCIAL SERVICES (PTY) LTD.,<br><br>**Defendants.** | C.A. No. 06-275-GMS |

## CERTIFICATE OF SERVICE

I, Thad J. Bracegirdle, hereby certify that on the 26th day of June, 2006, I caused a true and correct copy of *Affidavit of Robert D. Christ* to be served on the counsel for defendants as listed below, via electronic CM-ECF:

*Attorneys for Defendants:*

David L. Finger, Esquire
Finger & Slanina, P.A.
One Commerce Center, Suite 725
1201 North Orange Street
Wilmington, DE 19801-1155


Dated: June 26, 2006

/s/ Thad J. Bracegirdle
Thad J. Bracegirdle (DE ID 3691)

## Other Documents
1:06-cv-00275-GMS Christ v. Cormick et al

**U.S. District Court**

**District of Delaware**

Notice of Electronic Filing

The following transaction was received from Bracegirdle, Thad entered on 6/26/2006 at 5:13 PM EDT and filed on 6/26/2006
**Case Name:** Christ v. Cormick et al
**Case Number:** 1:06-cv-275
**Filer:** Robert D. Christ
**Document Number:** 22

**Docket Text:**
AFFIDAVIT of Robert D. Christ re [21] Answering Brief in Opposition,, filed by Robert D. Christ. (Attachments: # (1) Exhibit A# (2) Exhibit A - Part 2# (3) Exhibit B# (4) Exhibit C# (5) Exhibit D# (6) Exhibit E# (7) Exhibit F# (8) Exhibit G# (9) Exhibit H# (10) Exhibit I# (11) Certificate of Service) (Bracegirdle, Thad)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=6/26/2006] [FileNumber=235660-0]
[351cd2c24a8a3b1def408aaa438500872dfcbc5827782e44c0b7f08ddb0dd19245a0
6af2a58bdcd32efdf3cfa4a70103914849b0718d9973bb94b69c31fa00aa]]
**Document description:**Exhibit A
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=6/26/2006] [FileNumber=235660-1]
[0a2224b02aabcfb77801def9d9f867d97a2414a8e1096b6a4123ef4552d4deaac0c5
a56bca8a012aaa2c00e24db4b8288814dd01dfb49d891d7dfda66dbf93de]]
**Document description:**Exhibit A - Part 2
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=6/26/2006] [FileNumber=235660-2]
[8b155a0547fc92ff90416ab47b51f57c6745f6d78b805d515ff5810b50e6254be41d
945f377748e1cb2fda4f6d65b81f55b158706f9b2a6907c845fecc30a55e]]
**Document description:**Exhibit B
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=6/26/2006] [FileNumber=235660-3]
[8ce88394548836ee65730cda9e17fc6b1df0b96b599bbf5550ccaaa339cda174ce9a
a13f6ad8b4f16baa18fcb396ec487a4cb0f4ee02ed31f2d31b023d6c2651]]
**Document description:**Exhibit C

**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=6/26/2006] [FileNumber=235660-4]
[aaf466ab856986a63759059873266062e68674c0fdbb4d0814544c966e3232d0d21f
6149d6585dc4c8957cb7e27641041ea217c6a7b72e2e7c1ecacfd00ced01]]
**Document description:** Exhibit D
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=6/26/2006] [FileNumber=235660-5]
[df75b59784f16db3ddd2c31a6321c3f395e986558fb2d5dafe4a071a160783d33b76
e7557bdfde5ee69f53866eb56d61d6102f966df43761ede5367280bc7ac6]]
**Document description:** Exhibit E
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=6/26/2006] [FileNumber=235660-6]
[2ecd368528e05d830d7497164ebdfd2f0f8fe5bab099842e3ef83de3040c99aec27c
212de669453b240fb15a6caf19f446986e5af30235029eefa56c3d6e093b]]
**Document description:** Exhibit F
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=6/26/2006] [FileNumber=235660-7]
[6143efbb66eb3e6a755508ae048230ad714cbb83a98e725a3d314685364101556829
9e1987d56d7d9dfe640657324837ed5664c985e16653a7e0e9abf76677f3]]
**Document description:** Exhibit G
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=6/26/2006] [FileNumber=235660-8]
[1d5071c061047e66fe2d3751770e1f4a6bab40ad2cecc5f074f86bcb9b6823c280a7
34509c665ec21f89536d840a1367305fbc5fcb55e9308fb81fa95a55b405]]
**Document description:** Exhibit H
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=6/26/2006] [FileNumber=235660-9]
[4c68c5d64f69e32175821bb35c913bebf7a735b19429d18cb15c6aac9187aa942615
d9a2a270ee2359f91773976836e292d03f8c4e30caf56733d36d9c2742bf]]
**Document description:** Exhibit I
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=6/26/2006] [FileNumber=235660-10
] [0968478e3e246351f3e0935fc0e4a74cb1d232cca77b319ea037b58b156f66bcf6d
f505e25382c89a79e620f6dfdf9c19641fe676250e839d7f8cd4ba6085ee1]]
**Document description:** Certificate of Service
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=6/26/2006] [FileNumber=235660-11
] [3e12293ecfb9ecbbadb03810d389893967eeac3d8147d8cd7f51c08bfe2e14352d6
a42de459b66ccf79ce801527cc2535ec18f1b734730da2d4ded1ee095091c]]

**1:06-cv-275 Notice will be electronically mailed to:**

Thad J. Bracegirdle    Tbracegirdle@reedsmith.com

David L. Finger     dfinger@delawgroup.com,

**1:06-cv-275 Notice will be delivered by other means to:**