# EXHIBIT B

Case 1:06-cv-00275-GMS    Document 32-5    Filed 04/02/2007    Page 1 of 3

» Close window

## Registry Data

**aquacine.com**

Whois Server Version 2.0

Domain names in the .com and .net domains can now be registered with many different competing registrars. Go to http://www.internic.net for detailed information.

   Domain Name: AQUACINE.COM
   Registrar: WILD WEST DOMAINS, INC.
   Whois Server: whois.wildwestdomains.com
   Referral URL: http://www.wildwestdomains.com
   Name Server: NS1.MIDDNS3.CO.UK
   Name Server: NS2.MIDDNS3.CO.UK
   Status: clientDeleteProhibited
   Status: clientRenewProhibited
   Status: clientTransferProhibited
   Status: clientUpdateProhibited
   Updated Date: 24-jul-2006
   Creation Date: 07-oct-2003
   Expiration Date: 07-oct-2011

\>>> Last update of whois database: Mon, 02 Apr 2007 12:52:50 UTC <<<

NOTICE: The expiration date displayed in this record is the date the registrar's sponsorship of the domain name registration in the registry is currently set to expire. This date does not necessarily reflect the expiration date of the domain name registrant's agreement with the sponsoring registrar. Users may consult the sponsoring registrar's Whois database to view the registrar's reported date of expiration for this registration.

TERMS OF USE: You are not authorized to access or query our Whois database through the use of electronic processes that are high-volume and automated except as reasonably necessary to register domain names or modify existing registrations; the Data in VeriSign Global Registry Services' ("VeriSign") Whois database is provided by VeriSign for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. VeriSign does not guarantee its accuracy. By submitting a Whois query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes

that apply to VeriSign (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of VeriSign. You agree not to use electronic processes that are automated and high-volume to access or query the Whois database except as reasonably necessary to register domain names or modify existing registrations. VeriSign reserves the right to restrict your access to the Whois database in its sole discretion to ensure operational stability.  VeriSign may restrict or terminate your access to the Whois database for failure to abide by these terms of use. VeriSign reserves the right to modify these terms at any time.

The Registry database contains ONLY .COM, .NET, .EDU domains and Registrars.