# EXHIBIT D



# MERCARI FINANCIAL SERVICES (PTY) LTD
Reg. No: 1999/13339/07

Ground Floor • Oxford Gate • Hyde Park Lane • Hyde Park 2196 • P O Box 78540 • Sandton 2146
Tel: 27 11 325-0814 • Fax: 27 11 325-0819 • E-mail: mercari@mercari.co.za

## FAX

25 January 2005

TO : Assheton-Smith Inc.

ATT : Craig Assheton-Smith

FAX : (021) 685 6796

I refer to your letter dated 30 November 2004.

Elan Suisse RSA (Pty) Ltd does not sublet offices from us and do not pay us rental. They employ none of our staff, and we hold no shares in Elan Suisse RSA (Pty) Ltd.

Yours faithfully

D F MOSTERT
CEO

Directors: Dr DF Mostert (Chairman), Mr DF Mostert (CEO)*, Dr B Cormick, Adv KE Swanepoel
* Executive