IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT D. CHRIST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BRETT J. CORMICK, ELAN SUISSE | ) | C.A. No. 06-275-GMS |
| INTERNATIONAL HOLDINGS (USA) | ) | |
| LLC, ELAN SUISSE (PTY) LTD., | ) | |
| NICOGEL LTD., JOHN WALTERS, | ) | |
| DIANNE MARSHALL and MERCARI | ) | |
| FINANCIAL SERVICES (PTY) LTD., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| ELAN SUISSE, LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-00060 (GMS) |
| | ) | |
| ROBERT D. CHRIST, | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendant. | ) | |

**NOTICE OF SERVICE OF DISCOVERY RESPONSES**

Brett J. Cormick, Elan Suisse International Holdings (USA) LLC and Elan Suisse (Pty) Ltd., defendants in Civil Action No. 06-265-GMS[1], and Elan Suisse Ltd., plaintiff in Civil Action No. 07-60-GMS, hereby give notice that on this 2nd day of July, 2007, they caused two copies of FIRST SET OF INTERROGATORIES AND FIRST REQUEST FOR PRODUCTION OF DOCUMENTS

---

[1] By agreement of the parties, participation by any of the defendants in Civil Action No. 06-265-GMS pending resolution of their motion to dismiss shall not constitute a waiver of their positions, including (without limitation) their claims of lack of personal jurisdiction.

PROPOUNDED BY BRETT J. CORMICK, ELAN SUISSE INTERNATIONAL HOLDINGS (USA) LLC, ELAN SUISSE (PTY) LTD., AND ELAN SUISSE, LTD. TO ROBERT D. CHRIST was served via first-class mail, postage prepaid, on the below-listed counsel of record:

>Thad J. Bracegirdle, Esq.
>Reed Smith LLP
>1201Market Street, Suite 1500
>Wilmington, DE 19801

>/s/ David L. Finger
>David L. Finger (DE Bar ID #2556)
>Finger & Slanina, LLC
>One Commerce Center
>1201 Orange Street, Suite 725
>Wilmington, DE 19801-1155
>(302) 884-6766
>Attorney for Brett J. Cormick, Elan Suisse International Holdings (USA), LLC, Elan Suisse (Pty) Ltd. and Elan Suisse Ltd.

## CERTIFICATE OF SERVICE

I, David L. Finger, hereby certify that on this 2nd day of July, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send electronic notification to the following counsel of record:

>Thad J. Bracegirdle, Esq.
>Reed Smith LLP
>1201 Market Street, Suite 1500
>Wilmington, DE 19801

>/s/ David L. Finger
>David L. Finger (DE Bar ID #2556)
>Finger & Slanina, LLC
>One Commerce Center
>1201 Orange Street, Suite 725
>Wilmington, DE 19801-1155
>(302) 884-6766