**FINGER & SLANINA, LLC**
ATTORNEYS AT LAW

David L. Finger, Resident, Wilmington Office:
One Commerce Center, 1201 Orange St., Suite 725
Wilmington, Delaware 19801-1155
Ph: (302) 884-6766 | Fax: (302) 984-1294
E-mail: dfinger@delawgroup.com
www.delawgroup.com

July 5, 2007

**Via E-Filing**
The Honorable Gregory M. Sleet
U.S. District Court for the District of Delaware
844 King Street, Lock Box 19
Wilmington, DE 19801

        Re:    **Christ v. Cormick**, *et al.*. C.A. No. 06-275-GMS
                  **Elan Suisse Ltd. v. Christ**, C.A. No. 07-60-GMS

Dear Judge Sleet:

        In anticipation of this morning's discovery teleconference set for 9:15 a.m., I respectfully request that Exhibit B to the agenda letter be supplemented with the attached e-mail, which Mr. Christ sent to Dr. Cormick on July 4th, after the agenda letter was submitted.

        As always, I am available at the convenience of the Court to answer any questions Your Honor may have.

                                      Respectfully,

                                      David L. Finger
                                  (DE Bar ID #2556)

cc:    Clerk of the Court (via CM/ECF)
        Thad J. Bracegirdle, Esq. (via CM/ECF)

**From:** bob.christ@seatrepid.com [mailto:bob.christ@seatrepid.com]
**Sent:** 04 July 2007 20:47
**To:** Dr Brett Cormick
**Subject:** Re: Discovery

Oh Bretty, I was most worried that you were going to throw in the towel. But it looks like you want some more. That's cool! You need to waste some more of Peter and Zog's and Anthony's money.

So, which one of those little statements do you want up on the web site? I think I'll put the one about your preference to little boys first. You did put it in the document request. Then after that, well, the statement from Chrissy about your small dick. And after that, you stupid fuck, can't you find you own family easier than I can? They are all turning on you. Boy, I sure wouldn't want my family turning on me. But yours loves you so much because you are such a superior family man - NOT!!!

But that's ok, my dude, because all of this stuff is background noise. You might want to check your six because there is some more stuff to come from your past. Shortly. Very shortly.

This little game is over when the case hits court. But I am enjoying it in the mean time. Because I am really starting to get the hang of it...