# ReedSmith

**Thad J. Bracegirdle**
Direct Phone: 302.778.7571
Email: tbracegirdle@reedsmith.com

Reed Smith LLP
1201 Market Street
Suite 1500
Wilmington, DE 19801-1163
302.778.7500
Fax 302.778.7575

August 6, 2007

**VIA CM/ECF**

The Honorable Gregory M. Sleet
U.S. District Court for the District of Delaware
844 North King Street, Lock Box 19
Wilmington, DE 19801

    Re:    *Robert D. Christ v. Brett J. Cormick, et al.*, C.A. No. 06-275-GMS;
            *Elan Suisse Ltd. v. Robert D. Christ*, C.A. No. 07-60-GMS

Dear Judge Sleet:

    On behalf of the parties to the above-referenced actions, I write to update the Court on the status of settlement discussions pursuant to Your Honor's request during the July 5, 2007 telephone conference. Counsel for the parties have engaged in discussions concerning the possibility of resolving this dispute but, to date, the parties have been unable to agree to settlement terms.

    Should Your Honor have any questions concerning this matter, counsel are available at the Court's convenience.

                                 Respectfully,

                                 Thad J. Bracegirdle
                                 (Del. Bar No. 3691)

cc:    Clerk of the Court (via CM/ECF)
        David L. Finger, Esquire (via CM/ECF)

NEW YORK ♦ LONDON ♦ LOS ANGELES ♦ PARIS ♦ SAN FRANCISCO ♦ WASHINGTON, D.C. ♦ PHILADELPHIA ♦ PITTSBURGH ♦ OAKLAND
MUNICH ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ NEWARK ♦ MIDLANDS, U.K. ♦ CENTURY CITY ♦ RICHMOND

reedsmith.com

WILLIB-54996.1