IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT D. CHRIST, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BRETT J. CORMICK, ELAN SUISSE )<br>INTERNATIONAL HOLDINGS (USA) )<br>LLC, ELAN SUISSE (PTY) LTD., )<br>NICOGEL LTD., JOHN WALTERS, )<br>DIANNE MARSHALL and MERCARI )<br>FINANCIAL SERVICES (PTY) LTD., )<br>)<br>Defendants. ) | C.A. No. 06-275-GMS |
| ELAN SUISSE LTD., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ROBERT D. CHRIST, )<br>)<br>Defendant. ) | C.A. No. 07-60-GMS |

## NOTICE OF SERVICE

The undersigned hereby certifies that on August 6, 2007, two copies of *Robert D. Christ's Responses to First Set of Interrogatories and First Request for Production of Documents Propounded by Brett J. Cormick, Elan Suisse International Holdings (USA) LLC, Elan Suisse (Pty) Ltd., and Elan Suisse Ltd.* and this Notice of Service were served by hand delivery on the following counsel of record:

    David L. Finger, Esquire
    Finger & Slanina, P.A.
    One Commerce Center, Suite 725
    1201 North Orange Street
    Wilmington, DE  19801

WILLIB-53949.1

- 2 -

          REED SMITH LLP

          */s/ Thad J. Bracegirdle*
          Thad J. Bracegirdle (No. 3691)
          1201 Market Street
          Suite 1500
          Wilmington, Delaware 19801
          (302) 778-7500

          Attorneys for Robert D. Christ

Dated: August 6, 2007