IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT D. CHRIST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BRETT J. CORMICK and ELAN SUISSE INTERNATIONAL HOLDINGS (USA) LLC, | ) ) ) | C.A. No. 06-275-GMS |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |
| ELAN SUISSE, LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-60-GMS |
| | ) | |
| ROBERT D. CHRIST, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**<u>MOTION TO DETERMINE APPLICABLE LAW</u>**

Brett J. Cormick and Elan Suisse International Holdings (USA) LLC, defendants in Civil Action No. 06-275-GMS, and Elan Suisse, Ltd., plaintiff in Civil Action No. 07-60-GMS, hereby move, in accordance with paragraph 7 of the Scheduling Order in the above-caption actions, for an Order in the form attached hereto, determining the applicable law (to the extent not agreed upon by the parties).

The bases for this motion are set forth in the opening memorandum filed contemporaneously herewith.

Dated:  August 21, 2007.

                              Respectfully submitted,


                              /s/ David L. Finger
                              David L. Finger (DE Bar ID #2556)
                              Finger & Slanina, LLC
                              One Commerce Center
                              1201 Orange Street, Suite 725
                              Wilmington, DE 19801-1155
                              (302) 884-6766
                              Attorney for Brett J. Cormick, Elan Suisse International Holdings (USA) LLC, and Elan Suisse Ltd.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT D. CHRIST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BRETT J. CORMICK and ELAN SUISSE INTERNATIONAL HOLDINGS (USA) LLC, | ) ) ) | C.A. No. 06-275-GMS |
| | ) | |
| Defendants. | ) | |
| | ) | |
| ELAN SUISSE, LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-60-GMS |
| | ) | |
| ROBERT D. CHRIST, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## **ORDER**

WHEREAS, the parties have stipulated that the claims of Brett J. Cormick, defendant/counterclaim plaintiff in Civil Action No. 06-264, for false imprisonment and intentional infliction of emotional distress are to be governed by Zimbabwe law, and that Mr. Cormick's claim under the federal Alien Tort Claims Act statute is governed by the law of nations; and

WHEREAS, the parties disagree as to what law governs the balance of the claims; and

WHEREAS, the Court has reviewed and considered the submissions of the parties regarding the applicable law.

NOW, THEREFORE, on this _____ day of _____, 2007, IT IS HEREBY ORDERED THAT:

1. Mr. Christ's promissory estoppel claim is governed by South African law;

2. Mr. Christ's breach of contract claim is governed by Zimbabwe law;

3. Mr. Christ's fraud claim is governed by Pennsylvania law;

4. The defamation claims of Mr. Cormick and Elan Suisse, Ltd. are governed by South African law; and

5. Mr. Cormick's breach of contract law, to the extent it is not governed by Delaware's Limited Liability Company Act, is governed by Zimbabwe law.

_____
Sleet, J.

**STATEMENT PURSUANT TO LOCAL RULE 7.1.1**

I, David L. Finger, hereby certify that I have made a reasonable effort to reach agreement with opposing counsel on the matters set forth within this motion, *i.e.,* the applicable law. The parties were able to agree on some of the claims, but not as to all.

    /s/ David L. Finger
David L. Finger (DE Bar ID #2556)
Finger & Slanina, LLC
One Commerce Center
1201 Orange Street, Suite 725
Wilmington, DE 19801-1155
(302) 884-6766

**CERTIFICATE OF SERVICE**

I, David L. Finger, hereby certify that on this 21st day of August, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send electronic notification to the following counsel of record:

>Thad J. Bracegirdle, Esq.
>Reed Smith LLP
>1201 Market Street, Suite 1500
>Wilmington, DE 19801

>/s/ David L. Finger
>David L. Finger (DE Bar ID #2556)
>Finger & Slanina, LLC
>One Commerce Center
>1201 Orange Street, Suite 725
>Wilmington, DE 19801-1155
>(302) 884-6766