# ReedSmith

Reed Smith LLP
1201 Market Street
Suite 1500
Wilmington, DE 19801-1163
302.778.7500
Fax 302.778.7575

**Thad J. Bracegirdle**
Direct Phone: 302.778.7571
Email: tbracegirdle@reedsmith.com

September 20, 2007

**VIA CM/ECF**

The Honorable Gregory M. Sleet
U.S. District Court for the District of Delaware
844 North King Street, Lock Box 19
Wilmington, DE  19801

   Re: *Robert D. Christ v. Brett J. Cormick, et al.*, C.A. No. 06-275-GMS

Dear Judge Sleet:

   In Section II.B. of their reply memorandum filed yesterday (D.I. 54), defendants Brett Cormick and Elan Suisse International Holdings (USA) LLC addressed the choice of law to be applied to defendants' counterclaim for breach of contract.  In that section, defendants state that plaintiff Robert Christ "did not respond to this argument, and so appears to concede the point."  (D.I. 54 at p. 8).  I write simply to inform the Court and defendants' counsel that Mr. Christ argued the applicability of Delaware law to defendants' breach of contract claim at pages 11-12 of his answering brief (D.I. 53).  I respectfully apologize to the Court for any confusion this may have caused.

   Respectfully,

Thad J. Bracegirdle
(Del. Bar No. 3691)

cc: Clerk of the Court (via CM/ECF)
  David L. Finger, Esquire (via CM/ECF)