IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT D. CHRIST,<br><br>   Plaintiff,<br><br>v.<br><br>BRETT J. CORMICK and ELAN SUISSE INTERNATIONAL HOLDINGS (USA) LLC,<br><br>   Defendants. | C.A. No. 06-275-GMS |
| ELAN SUISSE LTD.,<br><br>   Plaintiff,<br><br>v.<br><br>ROBERT D. CHRIST,<br><br>   Defendant. | C.A. No. 07-60-GMS |

## ROBERT D. CHRIST'S MOTION FOR JUDGMENT ON THE PLEADINGS

Pursuant to Federal Rule of Civil Procedure 12(c), Robert D. Christ hereby respectfully moves for judgment on the pleadings as to all claims alleged in Civil Action No. 07-60-GMS and Counts I, II, III and IV of the counterclaims alleged in Civil Action No. 06-275-GMS. The grounds for this motion are set forth fully in the opening brief filed concurrently herewith.

                REED SMITH LLP

                */s/ Thad J. Bracegirdle*
                Thad J. Bracegirdle (No. 3691)
                1201 Market Street, Suite 1500
                Wilmington, Delaware 19801
                (302) 778-7500

                Attorneys for Robert D. Christ

Dated: October 16, 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT D. CHRIST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-275-GMS |
| | ) | |
| BRETT J. CORMICK and ELAN SUISSE INTERNATIONAL HOLDINGS (USA) LLC, | ) ) | |
| | ) | |
| Defendants. | ) | |
| ELAN SUISSE LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-60-GMS |
| | ) | |
| ROBERT D. CHRIST, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

WHEREAS, Robert D. Christ having moved pursuant to Federal Rule of Civil Procedure 12(c) for judgment on the pleadings, and good cause having been shown;

IT IS HEREBY ORDERED, this _____ day of _____, 2007, that Robert D. Christ's Motion for Judgment on the Pleadings is GRANTED and judgment is entered in his favor on all counts of Civil Action No. 07-60-GMS and Counts I, II, III and IV of the counterclaims alleged by defendants in Civil Action No. 06-275-GMS.

_____
Sleet, Chief Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT D. CHRIST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-275-GMS |
| | ) | |
| BRETT J. CORMICK and ELAN SUISSE | ) | |
| INTERNATIONAL HOLDINGS (USA) LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| ELAN SUISSE LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 07-60-GMS |
| v. | ) | |
| | ) | |
| ROBERT D. CHRIST, | ) | |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 16, 2007, I caused a true and correct copy of the foregoing ***Robert D. Christ's Motion for Judgment on the Pleadings*** to be served on counsel for defendants as listed below, via electronic CM-ECF:

*Attorneys for Defendants:*

David L. Finger, Esquire
Finger & Slanina, P.A.
One Commerce Center, Suite 725
1201 North Orange Street
Wilmington, DE  19801-1155


Dated:  October 16, 2007

                                         */s/ Thad J. Bracegirdle*
                                         Thad J. Bracegirdle (No. 3691)