IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT D. CHRIST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BRETT J. CORMICK, ELAN SUISSE INTERNATIONAL HOLDINGS (USA) LLC, ELAN SUISSE (PTY) LTD., NICOGEL LTD., JOHN WALTERS, DIANNE MARSHALL and MERCARI FINANCIAL SERVICES (PTY) LTD., | ) ) ) ) ) ) ) | C.A. No. 06-275-GMS |
| Defendants. | ) | |
| ELAN SUISSE LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 07-60-GMS |
| v. | ) | |
| | ) | |
| ROBERT D. CHRIST, | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION AND PROPOSED ORDER**

WHEREAS, on November 7, 2007, Brett J. Cormick ("Cormick") filed a Motion to Supplement the Record, so as to add to his answering brief in opposition to the Motion of Robert D. Christ ("Christ") for Judgment on the Pleadings a declaration from Bruce B. Mujeyi, Esq.; and

WHEREAS, Cormick's attorney erroneously failed to consult with Christ's counsel to determine whether Christ had any objection to such supplementation of the record; and

WHEREAS, in a subsequent conversation between counsel for the parties, counsel for Christ informed counsel for Cormick that there was no objection to the supplementation of the record.

Now, therefore, on this 7th day of November, 2007, it is stipulated by and between the parties hereto, subject to the approval of the Court, as follows:

1. The record on Christ's Motion for Judgment of the Pleadings may be and is deemed supplemented with the addition of the declaration of Bruce B. Mujeyi, Esq., appended hereto as Exhibit A.

2. Cormick's Motion to Supplement the Record is withdrawn.

*/s/ Thad J. Bracegirdle*  
Thad J. Bracegirdle (DE Bar ID #3691)  
Reed Smith LLP  
1201 Market Street, Suite 1500  
Wilmington, DE  19801  
(302) 778-7500  
Attorney for Robert D. Christ

*/s/DavidL Finger*  
David L. Finger (De Bar ID #2556)  
Finger & Slanina, LLC  
One Commerce Center  
1201 Orange Street, Suite 725  
Wilmington, DE  19801-1155  
(302) 884-6766  
Attorney for Brett J. Cormick

SO ORDERED this _____ day of November, 2007.

_____  
Sleet, J.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT D. CHRIST, | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 06-00275 GMS |
| BRETT J. CORMICK, ELAN SUISSE INTERNATIONAL HOLDINGS (USA) LLC, | ) |
| Defendants. | ) |

### DECLARATION OF BRUCE B. MUJEYI

1. My name is Bruce B. Mujeyi. I am a lawyer with he law firm of Lofty & Fraser in Harare, Zimbabwe.

2. I represented Brett D. Cormick in connection with obtaining his release from a Zimbabwe prison after he was arrested by the Zimbabwe Republic Police on August 23, 2006.

3. During the course of Dr. Cormick's incarceration I was shown a document which purported to be a statement from Robert D. Christ. While I do not recall the specific language of that document, I do recall that it included a specific charge that Dr. Cormick was a fugitive from the law and wanted in other countries.

4. Also during that period I met a man at the police station who claimed to be a lawyer representing Robert D. Christ.

6. I declare, under penalty of perjury under the laws of the United States and of Delaware, pursuant to 28 U.S.C. § 1748, that the foregoing is true and correct. Executed on this 29th day of October, 2007 in Harare, Zimbabwe.



LOFTY & FRASER
LEGAL PRACTITIONERS
2 VAN PRAAGH AVENUE
MILTON PARK
HARARE
P.O. BOX 4467
HARARE
TELEPHONE 723300/703670



Bruce B Mujeyi

LOFTY & FRASER
LEGAL PRACTITIONERS
2 VAN PRAAGH AVENUE
MILTON PARK
HARARE
P.O. BOX 4467
HARARE
TELEPHONE 723300/703670