IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT D. CHRIST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BRETT J. CORMICK, ELAN SUISSE INTERNATIONAL HOLDINGS (USA) LLC, ELAN SUISSE (PTY) LTD., NICOGEL LTD., JOHN WALTERS, DIANNE MARSHALL and MERCARI FINANCIAL SERVICES (PTY) LTD., | ) ) ) ) ) ) ) | C.A. No. 06-275-GMS |
| Defendants. | ) | |
| ELAN SUISSE LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 07-60-GMS |
| v. | ) | |
| | ) | |
| ROBERT D. CHRIST, | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION AND PROPOSED ORDER**

WHEREAS, the Scheduling Order currently entered in the above-referenced actions provides for the completion of all discovery on or before December 27, 2006; and

WHEREAS, the parties believe they require an additional six weeks after that date in order to, among other things, complete the production of supplemental interrogatory responses and documents as previously ordered by the Court, conduct additional discovery if warranted by such supplemental production, and take depositions of witnesses who reside overseas and are either unavailable and/or unable to travel for deposition prior to December 27, 2006;

IT IS HEREBY STIPULATED by and between the parties hereto, through their undersigned counsel, and subject to the approval of the Court, that:

1. The deadlines for completion of discovery and the filing of any case dispositive motions are extended to February 7, 2008.

2. All other deadlines set forth in the previously-entered Scheduling Order shall remain unchanged.

*/s/ Thad J. Bracegirdle*_____    */s/David L. Finger*_____
Thad J. Bracegirdle (DE Bar ID #3691)    David L. Finger (DE Bar ID #2556)
Reed Smith LLP                           Finger & Slanina, LLC
1201 Market Street, Suite 1500           One Commerce Center
Wilmington, DE  19801                    1201 Orange Street, Suite 725
(302) 778-7500                           Wilmington, DE  19801-1155
Attorney for Robert D. Christ            (302) 884-6766
                                         Attorney for Brett J. Cormick

SO ORDERED this _____ day of _____, 2007.

_____
Sleet, J.