IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT D. CHRIST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-275-GMS |
| | ) | |
| BRETT J. CORMICK and ELAN SUISSE | ) | |
| INTERNATIONAL HOLDINGS (USA), | ) | |
| | ) | |
| Defendants. | ) | |

### AFFIDAVIT OF ROBERT D. CHRIST

| | |
|---|---|
| STATE OF LOUISIANA | ) |
| | ) ss: |
| PARISH OF _____ Tangipahoa | ) |

Robert D. Christ, being duly sworn, hereby deposes and says:

1.      I am the plaintiff in the above-captioned action and submit this affidavit in support of my Motion for Partial Summary Judgment.  I have personal knowledge of the facts set forth herein and can testify truthfully as to those facts if called upon to do so.

2.      Attached to this affidavit are the following pieces of e-mail correspondence that took place between defendant Brett J. Cormick and me in September 2004:

a.      Attached hereto as **Exhibit A** is a true and correct copy of an e-mail I sent to Mr. Cormick on September 5, 2004 at 3:00 p.m.

b.      Attached hereto as **Exhibit B** is a true and correct copy of an e-mail I sent to Mr. Cormick on September 5, 2004 at 7:33 p.m.

c.      Attached hereto as **Exhibit C** is a true and correct copy of an e-mail I sent to Mr. Cormick on September 6, 2004 at 6:05 a.m.

d.    Attached hereto as **Exhibit D** is a true and correct copy of an e-mail I sent to Mr. Cormick on September 7, 2004 at 6:48 a.m.

e.    Attached hereto as **Exhibit E** is a true and correct copy of an e-mail I sent to Mr. Cormick on September 7, 2004 at 1:09 p.m.

f.    Attached hereto as **Exhibit F** is a true and correct copy of an e-mail I sent to Mr. Cormick on September 7, 2004 at 5:35 p.m.

g.    Attached hereto as **Exhibit G** is a true and correct copy of an e-mail I sent to Mr. Cormick on September 8, 2004 at 10:05 a.m.

h.    Attached hereto as **Exhibit H** is a true and correct copy of an e-mail I sent to Mr. Cormick on September 8, 2004 at 3:13 p.m.

i.    Attached hereto as **Exhibit I** is a true and correct copy of an e-mail I sent to Mr. Cormick on September 9, 2004 at 8:27 a.m.

j.    Attached hereto as **Exhibit J** is a true and correct copy of an e-mail I sent to Mr. Cormick on September 9, 2004 at 9:48 a.m.

k.    Attached hereto as **Exhibit K** is a true and correct copy of an e-mail I sent to Mr. Cormick on September 9, 2004 at 9:53 a.m.

l.    Attached hereto as **Exhibit L** is a true and correct copy of an e-mail I sent to Mr. Cormick on September 9, 2004 at 10:37 a.m.

m.    Attached hereto as **Exhibit M** is a true and correct copy of an e-mail I sent to Mr. Cormick on September 13, 2004 at 6:12 p.m.

3.    As the foregoing e-mails demonstrate, in early September 2004 I began to question Mr. Cormick about the status of the $250,000 I wired to him in March 2004 purportedly as an investment in Elan Suisse.  When Mr. Cormick informed me that the

cash had been spent, but did not explain to me how it was spent, I demanded that Elan Suisse be audited. To this end, I consulted and retained a South African accountant to perform the audit and requested that Mr. Cormick cooperate in providing that accountant with all information necessary to perform the audit. Ultimately I decided not to pursue the audit after Mr. Cormick agreed to repay $250,000 to me. To this day, however, Mr. Cormick has never explained to me how the $250,000 I wired to him was spent.

4.      At page 13 of his answering brief filed in opposition to my motion for partial summary judgment, Mr. Cormick claims that in late November 2004, he learned that I had "filed a lawsuit against him in South Africa." In actuality, I did not institute legal proceedings in South Africa against Mr. Cormick until January 2005, when my South African counsel arranged for Mr. Cormick to be served with a summons. Attached hereto as **Exhibit N** is a true and correct copy of an e-mail I received from Mr. Cormick in which he states that he received a letter from my South African counsel, rather than service of a complaint, on November 29, 2004. On November 30, 2004, my South African counsel wrote Mr. Cormick a letter (attached to my December 19, 2007 affidavit as Exhibit G) confirming my acceptance of Mr. Cormick's prior offer to repay $250,000 to me and in anticipation of potentially enforcing Mr. Cormick's agreement through litigation.

5.      At page 13 of his answering brief, Mr. Cormick also references a letter I wrote that was published in the Financial Gazette of Zimbabwe as well as an article that was written and published by Julius Cobbett, a South African journalist who writes for Moneyweb, an online publication. The letter to which Mr. Cormick refers (which I wrote to the editor of the Financial Gazette without intending for it to be published) was

published on March 30, 2005.  A true and correct copy of the letter, which is available

online at *http://www.fingaz.co.zw/fingaz/2005March/March30/8136.shtml*, is attached

hereto as **Exhibit O**.  A true and correct copy of Mr. Cobbett's article, which was first

posted on May 11, 2005 and which is available online at *http://www.moneyweb.co.za/*

*mw/view/mw/en/page62053?oid=46560&sn=Daily%20news%20Detail*, is attached

hereto as **Exhibit P**.  Mr. Cormick also refers to the Internet website

*www.elansuisse.co.za*, which I did not begin posting to until October 2005.

FURTHER AFFIANT SAYETH NOT.

Robert D. Christ

Subscribed and sworn to before me
this ___15___ day of ___January___, 2008
My commission expires_____

Shauna Owens
Commission# 62862
Expires at death

Notary Public

- 4 -

# EXHIBIT A

From:        Bob Christ
Sent:        Sunday, September 05, 2004 3:00 PM
To:          brettc@elan-capital.com
Subject:     Re: Elan Suisse Status

Brett,

Where are you?  I would like to go over and have an extended meeting on this.

Your offer to take me out of this on initial funding of the platform is meaningless since
if it doesn't get off of the ground (Barbados Part 2) then I'm fucked anyway.  I want
specific information as to the status of this company and why it is not operational.

You told me that $350,000 is all that was needed (I think that I asked you this a whole
bunch of times BEFORE sending you the $250k) in order to get this up and running.  And now
Elan Suisse is out of money.  Why is it out of money, Brett?

Fran Chilcot made similar promises.  Everyone in Barbados had doctorates and advanced
degrees.  But everyone left penniless since no one could afford to pay the hotel and
communications bills (which I ended up taking the lion's share of – read, equity
participant for the loss and employee participant for the profit).  It never got off of
the ground due to credibility gaps which caused lack of trust.  The difference here is
that my stakes in this is higher and I knew you before and consider you a friend.  I
cannot explain what is happening with this company and I want answers.

So, I want an audit done on Elan Suisse – specifically the spending of the $250,000 which
I have given to you thus far.  That is independently verified truth.  I'll find someone
locally in Cape Town to do it.  Transparency.  I want to see where the money went and that
is my right as a shareholder.
Then we're going to either a) together make this company work, or b) I am going to get my
money back.

So, either do one of 2 things this week:
1) Begin preparing a dossier of all of the information on this company which I will view
in person next week.  We can work out the problems, together.
or
2) Send my $250,000 back and we'll just call it a little misunderstanding.
No hard feelings.  I am not going to wait for some payout that never happens.

Please specify which of these you would like.

I gave you complete trust.  I feel you have broken that trust.  I hope I am – and please
do prove me – wrong.

Bob

----- Original Message -----
From: "Dr Brett Cormick" <brettc@elan-capital.com>
To: "Bob Christ" <bobc@elan-capital.com>
Sent: Saturday, September 04, 2004 11:15 AM
Subject: Re: Elan Suisse Status


> Nope
>
> Completely incorrect on all points actually
>
> Did the old scheme particulars scare you or something?/
>
> Status is simply this.
>
> 1. Funds pre sold and pre approved by all buyers and end users (biggest on

1

RDC 14555

the
> continent)...usually this happens only after approval
>
> 2. New Expert Investor Scheme (Jersey) provides fast track registration
(10
> days only for approval)
>
> 3. FSB approves on new understanding of umbrella fund structure
>
> 4. Funds are subscribed to...
>
> thats it.
>
> The only difference is that before it was necessary to use someone elses
> platform in Guernsey (M3's...approval took 3 months or so)but it was used
by
> the biggest institutions in RSA
>
> Now Elan Suisse has approval for its OWN platform...same as Old Mutual,
> Investec etc.....
>
> This is out of budget, but I am getting it funded now, and will then be a
fund
> supermarket
>
> Thats it...
>
> If you want out let me know, its no problem...will organise it as part of
the
> fundng of the platform
>
>
>
>
>
> ---- Original message ----
> >Date: Fri, 3 Sep 2004 16:55:22 -0400
> >From: "Bob Christ" <bobc@elan-capital.com>
> >Subject: Elan Suisse Status
> >To: "Brett Cormick" <brettc@elan-capital.com>
> >
> >   Brett,
> >
> >   This is the status of Elan Suisse from what I can gather:
> >
> >   1) In order for ES to take in its first dollar of revenue, FSB and
> >   Jersey approval of the scheme and the cells must be gained.
> >   2) In order for the FSB/Jersey regulators to approve the scheme,
> >   approval of the scheme particulars as well as all of the custodian,
> >   management, investment advisor(s) and administration agreements must
> >   be in place.
> >   3) As far as I can tell, none of these agreements are in place [or
> >   drafted] or on file and we're still in the "Talk" phase.
> >   4) If 1) through 3) are correct then we are not days or weeks but
> >   literally months if not years away from launching this company and
> >   generating revenue to pay back the investment in this company.
> >
> >   Please tell me if my assessment of the above is correct.  If it is
> >   incorrect, please tell me which points are incorrect and what is the
> >   proper status.
> >
> >   Bob
> >
> >
> >
> >
> >

2

# EXHIBIT B

**From:**       Bob Christ
**Sent:**       Sunday, September 05, 2004 7:33 PM
**To:**         brettc@elan-capital.com
**Subject:**    Re: Fw: 1 Bn rand

Send me back my $250,000 USD this week and you can have whatever you want.
----- Original Message -----
From: "Dr Brett Cormick" <brettc@elan-capital.com>
To: "Bob Christ" <bobc@elan-capital.com>
Sent: Saturday, September 04, 2004 11:39 AM
Subject: Re: Fw: 1 Bn rand


> Bob
>
> If we are paying you out, can I contact Julee directly to keep the web
site
> moving??
>
> There are some other things I have thought of!!
>
> ---- Original message ----
> >Date: Thu, 2 Sep 2004 07:59:18 -0400
> >From: "Bob Christ" <bobc@elan-capital.com>
> >Subject: Fw: 1 Bn rand
> >To: "Brett Cormick" <brettc@elan-capital.com>
> >
> >    fwd
> >    ----- Original Message -----
> >    From: Dr Brett Cormick
> >    To: 'Bob Christ'
> >    Sent: Sunday, July 04, 2004 7:55 AM
> >    Subject: 1 Bn rand
> >
> >    Bob
> >
> >
> >
> >    You saw this right
> >
> >
> >
> >    1 Bn Rand??
> >
> >    ------------------------------------------------------------------
> >
> >    From: Norman Botha [mailto:nbotha@bjm.co.za]
> >    Sent: 01 July 2004 09:39
> >    To: 'Dr Brett Cormick'
> >    Subject: RE: FSB
> >
> >
> >
> >    Hi
> >
> >
> >
> >    This is brilliant. How long do you think before this one gets up and
> >    running?
> >
> >    We have a billion Rand in offshore capacity which we want to wrap
> >    around the likes of the US Gov Bond Fund or this..... SA investors are

1

```
> >   looking for safe high-yielding investments and it is a perfect time to
> >   move with the Rand were it is.......
> >
> >
> >
> >   When will you be back in SA?
> >
> >   Norman Botha
> >   Barnard Jacobs Mellet Private Client Services
> >   +27 11 778 0000
> >
> >   -----Original Message-----
> >   From: Dr Brett Cormick [mailto:brettc@elan-capital.com]
> >   Sent: 28 June 2004 09:31
> >   To: Norman Botha
> >   Subject: FSB
> >
> >   Norman
> >
> >
> >
> >   FSB FYI
> >
> >
> >
> >   Brett
> >
> >
> >
> >
> >
> >
> >
> >
```

2

RDC 14561

# EXHIBIT C

| From: | Bob Christ |
|---|---|
| Sent: | Monday, September 06, 2004 6:05 AM |
| To: | brettc@elan-capital.com |
| Subject: | Re: Elan Suisse Status |

I took you twice to the North Pole. It was difficult, but I never misused your money
(i.e. the trust you gave me). It was a matter of honor.

From where I sit, I cannot come up with $250,000 worth of expenses for Elan Suisse over
the past 6 months. And Elan Suisse is out of money. Perhaps (and I hope that) there were
$250,000 worth of expenses. But I will need proof since the appearance is otherwise.

Work to shore up my doubts this week and we're back on track. Then I'll need a whole
bunch more information and perhaps I can help make this thing work. I specialize in
making difficult things work. Failure to shore up my doubts though will pretty much
demonstrate that this is a nightmare scenario.

Help me out here dude. It's just some documents I'd like to look at...

----- Original Message -----
From: "Dr Brett Cormick" <brettc@elan-capital.com>
To: "Bob Christ" <bobc@elan-capital.com>
Sent: Saturday, September 04, 2004 11:15 AM
Subject: Re: Elan Suisse Status


> Nope
>
> Completely incorrect on all points actually
>
> Did the old scheme particulars scare you or something?/
>
> Status is simply this.
>
> 1. Funds pre sold and pre approved by all buyers and end users (biggest on
the
> continent)...usually this happens only after approval
>
> 2. New Expert Investor Scheme (Jersey) provides fast track registration
(10
> days only for approval)
>
> 3. FSB approves on new understanding of umbrella fund structure
>
> 4. Funds are subscribed to...
>
> thats it.
>
> The only difference is that before it was necessary to use someone elses
> platform in Guernsey (M3's...approval took 3 months or so)but it was used
by
> the biggest institutions in RSA
>
> Now Elan Suisse has approval for its OWN platform...same as Old Mutual,
> Investec etc.....
>
> This is out of budget, but I am getting it funded now, and will then be a
fund
> supermarket
>
> Thats it...
>

1

> If you want out let me know, its no problem...will organise it as part of
the
> fundng of the platform
>
>
>
>
>
> ---- Original message ----
> >Date: Fri, 3 Sep 2004 16:55:22 -0400
> >From: "Bob Christ" <bobc@elan-capital.com>
> >Subject: Elan Suisse Status
> >To: "Brett Cormick" <brettc@elan-capital.com>
> >
> >    Brett,
> >
> >    This is the status of Elan Suisse from what I can gather:
> >
> >    1) In order for ES to take in its first dollar of revenue, FSB and
> >    Jersey approval of the scheme and the cells must be gained.
> >    2) In order for the FSB/Jersey regulators to approve the scheme,
> >    approval of the scheme particulars as well as all of the custodian,
> >    management, investment advisor(s) and administration agreements must
> >    be in place.
> >    3) As far as I can tell, none of these agreements are in place [or
> >    drafted] or on file and we're still in the "Talk" phase.
> >    4) If 1) through 3) are correct then we are not days or weeks but
> >    literally months if not years away from launching this company and
> >    generating revenue to pay back the investment in this company.
> >
> >    Please tell me if my assessment of the above is correct.  If it is
> >    incorrect, please tell me which points are incorrect and what is the
> >    proper status.
> >
> >    Bob
> >
> >
> >
> >
>

2

# EXHIBIT D

**From:**       Bob Christ
**Sent:**       Tuesday, September 07, 2004 6:48 AM
**To:**         Brett Cormick
**Subject:**    Re: Elan Suisse Status


I'm in a negotiating mood up until 1000 eastern US time next Monday morning (September 13th).

Return of my $250k will be the easiest way here. I'll absorb my time and expenses and interest on the money for the past 6 months. And this will go no further. I won't be made whole, but I will be relieved. It will save me the trouble of what is to come. This dream, for me, is over. You can still keep your dream up until next Monday morning.

I'm giving you and easy way out of this, Brett. Take it.
----- Original Message -----
From: "Bob Christ" <bobc@elan-capital.com>
To: <brettc@elan-capital.com>
Sent: Sunday, September 05, 2004 3:59 PM
Subject: Re: Elan Suisse Status


> Brett,
>
> Where are you? I would like to go over and have an extended meeting on
> this.
>
> Your offer to take me out of this on initial funding of the platform is
> meaningless since if it doesn't get off of the ground (Barbados Part 2)
then
> I'm fucked anyway. I want specific information as to the status of this
> company and why it is not operational.
>
> You told me that $350,000 is all that was needed (I think that I asked you
> this a whole bunch of times BEFORE sending you the $250k) in order to get
> this up and running. And now Elan Suisse is out of money. Why is it out
of
> money, Brett?
>
> Fran Chilcot made similar promises. Everyone in Barbados had doctorates
and
> advanced degrees. But everyone left penniless since no one could afford
to
> pay the hotel and communications bills (which I ended up taking the lion's
> share of - read, equity participant for the loss and employee participant
> for the profit). It never got off of the ground due to credibility gaps
> which caused lack of trust. The difference here is that my stakes in this
> is higher and I knew you before and consider you a friend. I cannot
explain
> what is happening with this company and I want answers.
>
> So, I want an audit done on Elan Suisse - specifically the spending of the
> $250,000 which I have given to you thus far. That is independently
verified
> truth. I'll find someone locally in Cape Town to do it. Transparency. I
> want to see where the money went and that is my right as a shareholder.
> Then we're going to either a) together make this company work, or b) I am
> going to get my money back.
>
> So, either do one of 2 things this week:
> 1) Begin preparing a dossier of all of the information on this company
which
> I will view in person next week. We can work out the problems, together.

1

RDC 14565

> or
> 2) Send my $250,000 back and we'll just call it a little misunderstanding.
> No hard feelings.  I am not going to wait for some payout that never
> happens.
>
> Please specify which of these you would like.
>
> I gave you complete trust.  I feel you have broken that trust.  I hope I
> am - and please do prove me - wrong.
>
> Bob
>
> ----- Original Message -----
> From: "Dr Brett Cormick" <brettc@elan-capital.com>
> To: "Bob Christ" <bobc@elan-capital.com>
> Sent: Saturday, September 04, 2004 11:15 AM
> Subject: Re: Elan Suisse Status
>
>
> > Nope
> >
> > Completely incorrect on all points actually
> >
> > Did the old scheme particulars scare you or something?/
> >
> > Status is simply this.
> >
> > 1. Funds pre sold and pre approved by all buyers and end users (biggest
> on
> the
> > continent)...usually this happens only after approval
> >
> > 2. New Expert Investor Scheme (Jersey) provides fast track registration
> (10
> > days only for approval)
> >
> > 3. FSB approves on new understanding of umbrella fund structure
> >
> > 4. Funds are subscribed to...
> >
> > thats it.
> >
> > The only difference is that before it was necessary to use someone elses
> > platform in Guernsey (M3's...approval took 3 months or so)but it was
> used
> by
> > the biggest institutions in RSA
> >
> > Now Elan Suisse has approval for its OWN platform...same as Old Mutual,
> > Investec etc.....
> >
> > This is out of budget, but I am getting it funded now, and will then be
> a
> fund
> > supermarket
> >
> > Thats it...
> >
> > If you want out let me know, its no problem...will organise it as part
> of
> the
> > fundng of the platform
> >
> >
> >
> >
> >

2

RDC 14566

```
> > ---- Original message ----
> > >Date: Fri, 3 Sep 2004 16:55:22 -0400
> > >From: "Bob Christ" <bobc@elan-capital.com>
> > >Subject: Elan Suisse Status
> > >To: "Brett Cormick" <brettc@elan-capital.com>
> >
> > >    Brett,
> >
> > >    This is the status of Elan Suisse from what I can gather:
> >
> > >    1) In order for ES to take in its first dollar of revenue, FSB and
> > >    Jersey approval of the scheme and the cells must be gained.
> > >    2) In order for the FSB/Jersey regulators to approve the scheme,
> > >    approval of the scheme particulars as well as all of the custodian,
> > >    management, investment advisor(s) and administration agreements must
> > >    be in place.
> > >    3) As far as I can tell, none of these agreements are in place [or
> > >    drafted] or on file and we're still in the "Talk" phase.
> > >    4) If 1) through 3) are correct then we are not days or weeks but
> > >    literally months if not years away from launching this company and
> > >    generating revenue to pay back the investment in this company.
> >
> > >    Please tell me if my assessment of the above is correct.  If it is
> > >    incorrect, please tell me which points are incorrect and what is the
> > >    proper status.
> >
> > >    Bob
> >
> >
> >
> >
> >
> >
> >
>
```

3

RDC 14567

# EXHIBIT E

| | |
|---|---|
| **From:** | Bob Christ [bobc@elan-capital.com] |
| **Sent:** | Tuesday, September 07, 2004 1:09 PM |
| **To:** | brettc@elan-capital.com |
| **Subject:** | Re: Stuff |

The stuff below is meaningless until and unless you resolve this trust issue.  Trust is binary, Brett.

I shut Julee down today and cut her a final check.

Let me know when you are back so that we can "sort out our shit".

----- Original Message -----
From: "Dr Brett Cormick" <brettc@elan-capital.com>
To: <bobc@elan-capital.com>
Sent: Tuesday, September 07, 2004 12:37 PM
Subject: Stuff


> Bob
>
> On an emergency trip to London
>
> Back very shortly and we can sort out our shit
>
> Update is....
>
> 1.Two of the Sky News readers (Gordon Radley and Juliette Foster) want
> to
form
a little TV financial news production company specifically to handle
> Elan Suisse investment product news internationally on network news
> television stations
>
> 2. UBS is agreeing that Elan Suisse will be able to put UBS on the
> actual
Elan
> Suisse business cards !!!!!!!!where Elan Suisse uses them as custodian
> (Durh!!! we will sure use them if we can do that): - ) can you believe
> how that will look?? UBS itself!!! (Union Banque of Switzerland one of
> the
largest
> asset managers in the world!!)!!!
>
> 3. Morgan Stanley is letting us use their actual official presentation
> template on the CD0 fund...WOW!! Never would have thought that possible!!
> I have never seen that in 20 years. The presentation upgrade on their
template
> is probably the best financial presentation that I have ever seen
> anywhere
>
> 4. Securing 4 new investment products etc this week that are:
>
> a. 100% capital guaranteed!!!!!!
> b. Pay up to 8% per year
>
>
> 5. Finalising with Simon Pack the head  of sales at Scottish Life this
> Thursday to discuss product rollout for the entire international
> market
>
> Flying back south ASAP

1

```
>
> Brett
>
```

# EXHIBIT F

| | |
|---|---|
| **From:** | Bob Christ [bobc@elan-capital.com] |
| **Sent:** | Tuesday, September 07, 2004 5:35 PM |
| **To:** | Brett Cormick |
| **Subject:** | Stuff (cont.) |

Brett,

1) Elan Suisse is stuck.
2) Elan Suisse is stuck because it is out of money.
3) Elan Suisse should have been funded with $400,000 USD ($250k of mine and $150k of yours).
4) From where I sit, Elan Suisse has not spent $400,000 since we met in England.
5) If Elan Suisse did have at least my $250,000 left we could afford to do the scheme particulars and this thing would be up and running and we would all be happy.

So something happened to the money.  What happened to the money?

Elsabe has gotten me in contact with an accounting firm in Tableview.  Here are my instructions to them:

>>begin inclusion>>
The objective of this audit is to trace my capital investment in Elan Suisse (Pty) Ltd. (a South African Limited Liability Company) [Elan Suisse].  My $250,000 USD transfer is well documented via e-mail.  I am sending to you via courier backup files of my e-mail correspondence.  Some of the communication is rather un-businesslike, but the intent and communication of terms are quite clear.  If there is any lack of cooperation from Mr. Cormick, please terminate the engagement and communicate this in writing via firm stationary.

Please begin the engagement the week of September 13th or at a convenient time for Mr. Cormick.  The engagement location will be in Hermanus.

The two tranches were transferred [one each ] to National Westminster Bank ($125,000 USD) and to Lloyds TSB - Isle of Man ($125,000 USD) in late-February/early-March of 2004.  Per Mr. Cormick, the tranche that went to Lloyds TSB was rejected due to lack of fund-source documentation and it bounced back into my account at Wachovia Bank here in the USA.  I then transferred that $125,000 USD to National Westminster Bank for a total transfer to $250,000 USD to the National Westminster Bank account listed below.

Please obtain a signed audit confirmation letter from Mr. Cormick to National Westminster Bank for the following account:
Dr Brett Cormick
National Westminster Bank
Kensington
Royal Garden Branch
PO Box 2341
55 Kensington High Street
London
W8 5ZG
Account No. 78159709
Sort Code. 50 30 10

Please include the period covering February 20, 2004 to present in the confirmation letter.  Have the bank send the records via KTT to the local branch of Standard Bank (or which ever you bank with) - or use whatever methods you feel will give you audit comfort.

I am only interested in the two tranches of $125,000 USD.  I will provide to you the banking confirmation from Wachovia Bank along with the e-mail backup.  From there, please trace where the next stop(s) of the money went.  I am mostly looking for:

1) Debt Payments to creditors for other than Elan Suisse-related debt
2) Transfers to other personal accounts and capital expenditures for personal items from these funds
3) Detailed accounting of any and all Elan Suisse business-related expenditures.

Please give Mr. Cormick the benefit of the doubt on inclusion of Elan Suisse business expenses. Include all expenditure of the funds subsequent to their arrival at National Westminster. It will become quickly apparent if these were Elan Suisse-related business expenses. My guess is that the funds immediately left that bank account - so please trace them downstream. If the funds were transferred to an operating account, please obtain another audit confirmation for that account from Mr. Cormick and continue with the audit until you have accounted for the full amount of my capital investment in Elan Suisse (Pty) Ltd.

Please also inquire as to any and all financial statements and accounting records for the year 2004.

Please forward all working papers via e-mail to me. Please also provide to me your banking coordinates to that I may transfer the retainer.
<<end inclusion<<

Before we start all of this, Brett, is there something you would like to tell me? Expensive mistress? Coke habit? Ponzi scheme where the last guy was a knee-capper? Is this what Jim and Maureen were so upset about?

If I am wrong Brett, I will apologize and not question you again. I hope I am. But this stuff doesn't add up. And according to that over-quoted philosopher, "the simplest answer is the most likely to be correct".

So let's get this done next week. If you don't want to do this, no problem. Just let me know. An audit will either be done by my guy or by folks not being paid by me.

Bob

# EXHIBIT G

| | |
|---|---|
| **From:** | Bob Christ [bobc@elan-capital.com] |
| **Sent:** | Wednesday, September 08, 2004 10:05 AM |
| **To:** | Brett Cormick |
| **Cc:** | a_wright@mweb.co.za |
| **Subject:** | Audit |

Brett,

The Chartered Accountant I am sending over to see you is Kevin Wright.  He is Elsabe's brother in law.  He has worked all over the world in upper level corporate finance and is perfect for this since he understands international finance and is a sophisticated accountant.

Please give him your complete cooperation.  If I remember correctly, he lives near Somerset West; therefore, it shouldn't be much of an inconvenience to get this review done.

The results of this audit will determine if I need to hop on a plane and go to South Africa.

I am going to rely heavily upon his recommendations.

I have copied him on this e-mail.

OK - let's get this over with.

Bob

# EXHIBIT H

| | |
|---|---|
| **From:** | Bob Christ [bobc@elan-capital.com] |
| **Sent:** | Wednesday, September 08, 2004 3:13 PM |
| **To:** | Brett Cormick |
| **Subject:** | Plan of Action |

OK, Kevin and I have come up with a game plan. We do not want to cause havoc with this company and the hard work you have done arranging all of the setups and contacts. If for not other reason, it is not in my best interest to do so. Kevin used to work for Old Mutual and knows everyone in the industry. So he has agreed to be discreet. And I believe he will be.

When all of this is finished and all is said, I would still like to be able to continue our relationship - albeit on a more business-like basis.

So here is our plan of action:
1) I am going to send over to Kevin as much information as is possible so that he can verify through public records the existence of Elan Suisse (Pty) Ltd., that an application is on file with the FSB, etc. - essentially he is going to independently verify all of the information you have given to me over the past few months.
2) Schedule with you to review the documents in your possession to see where the money went that I sent to you.
3) Determine the viability of Elan Suisse and if it is salvageable.
4) Work to salvage it.

So by the time you get back from England, we'll have most if not all of this done and he'll be ready to sit down with you and review the situation.

I hope you don't take this process as an insult Brett. It is business and honest forthright business needs to be completely transparent. And audits are a normal part of business.

This could be a healthy process if you allow it to happen since you will be the one who made this company. I was just here to help straighten it out when it hit some curves. I don't care about being the hero. I care about my family's financial future. And this is a big part of it. Please cooperate with this and we will both be better off on the back side of it.

# EXHIBIT I

| From: | Bob Christ [bobc@elan-capital.com] |
| Sent: | Thursday, September 09, 2004 8:27 AM |
| To: | Brett Cormick |
| Subject: | Next Week |

Karen and I have run the full gamut of emotions on this from disbelief to rage to disappointment to determination. What we want to do now is salvage what is left of our investment.  If we cannot salvage our investment, then we will not be the only ones that suffer.

Kevin runs an RSA subsidiary of a large German holding company.  He used to work for Old Mutual and knows this industry.  He also knows international finance.  He will know what is happening and will be able to determine the viability of this scheme.

So here is the decision tree for next week (Kevin has been given exact instructions) and it all depends upon you:
a) You don't cooperate with Kevin's investigation.  That's easy.  He's going to forward this to someone else who will conduct an investigation with a lot more authority.  And it's out of our hands.
b) You do cooperate with Kevin.  And the results are that you have made proper use of this money.  Fine.  He will determine what it will take to bring this company to operational status and advise me of his recommendations.
And the 3 of us will make some decisions as to how best to proceed to get this operation on track.  And I will apologize for doubting your integrity.  But I will say that a simple answer to my question of what happened to the money would have stopped this from escalating.
c) You do cooperate and you did not treat my investment in a proper fiduciary capacity.  You know what is a proper fiduciary capacity.  So does Kevin.  Then I've asked him to determine:
- Is this a viable scheme
- Is there anything left of my investment
- What will it take to bring this to fruition
- What control steps will need to be in place in order to make this company an ongoing concern and protect the funds from letting this happening again

So Brett, it would seem to behoove you to do 2 things:
1) Cooperate with Kevin and give him your fullest "brain dump" on what has happened, and
2) Convince him that this is a viable company

I have requested that he go in to this with the fullest of "Professional Skepticism".  If you cannot convince him of this plot of yours, it's an Eliot Spitzer/Dick Strong situation.  Only Dick committed **Civil** Fraud.

What gives me a small bit of comfort here is that:
- $250,000 USD isn't worth you spending the rest of your life evading the law
- You have a lot invested in your reputation and your LSE education
- You have a family that needs you

I want this company to work.  On the back side of this, we could all get what we want.  You could continue doing the sales and playing the high-powered financier.  And either Kevin or I will manage the finances and the funds.  And this thing will be run like a business.

Kevin will be in touch.  And the clock runs out at 1600 RSA time (1000 US Time) on Monday.

# EXHIBIT J

| | |
|---|---|
| **From:** | Bob Christ [bobc@elan-capital.com] |
| **Sent:** | Thursday, September 09, 2004 9:48 AM |
| **To:** | brettc@elan-capital.com |
| **Subject:** | Re: Further |


Right.  Let's get this audit done next week then we're back on track.  I'll arrange for
more help so that you are not tasked with doing everything.
Then this thing will be off and running.

Perhaps this will be a healthy move forward.  I sincerely hope so.
----- Original Message -----
From: "Dr Brett Cormick" <brettc@elan-capital.com>
To: "Bob Christ" <bobc@elan-capital.com>
Sent: Thursday, September 09, 2004 9:38 AM
Subject: Re: Further


> The truth is that you and I are having an argument and behaving like a
pair of
> 13 year old girls.....
>
> Which I am now starting to think is very funny!!
>
> ---- Original message ----
> >Date: Wed, 8 Sep 2004 11:07:52 -0400
> >From: "Bob Christ" <bobc@elan-capital.com>
> >Subject: Further
> >To: "Brett Cormick" <brettc@elan-capital.com>
> >
> >    You see Brett, I still think you are quite talented and exceptionally
> >    bright.  And this company could still work if you are able to be
> >    pointed in the right direction and kept on track.
> >
> >    So let's get all of the truth out on the table and we'll make some
> >    decisions as to where to go from here.
> >

# EXHIBIT K

From:           Bob Christ [bobc@elan-capital.com]
Sent:           Thursday, September 09, 2004 9:53 AM
To:             brettc@elan-capital.com
Subject:        Re: Why?


I think I've made myself perfectly clear.  This is about trust.  And my trust has been
severely shaken for [I think] obvious reasons.  And I don't think I am being unreasonable.

Let's do this audit next week and I promise to work this out.  And we'll redouble our
efforts to get [and keep] this on track.
----- Original Message -----
From: "Dr Brett Cormick" <brettc@elan-capital.com>
To: "Bob Christ" <bobc@elan-capital.com>
Sent: Thursday, September 09, 2004 9:36 AM
Subject: Re: Why?


> Nooooooo
>
> It was more like
>
> You took a document that was 2 years old written by idiots that were
> doing this for the first time, (M3/AOS) and subsequently all of the
> clients from
BJM
> to us left the structure entirley because they couldn't execute it....
>
> and having read 30 pages of this bollocks, which I only sent you to
> show
you
the kind of crap involved.... (and after I had told you that we would
> now
have
> our own complete platform)......which is a business in its own right!!!
>
> suddenly ...
>
> amazingly....
>
> Decided that everything was no longer doable etc etc...
>
> You can't be sending notes saying that you are 110% behind everything,
> and then run off the rails because you misinterpret a document printed
> by
idiots!!
>
> Ha ha ha
>
> What a pair of dicks we are!!
>
> ---- Original message ----
> >Date: Wed, 8 Sep 2004 10:16:43 -0400
> >From: "Bob Christ" <bobc@elan-capital.com>
> >Subject: Why?
> >To: "Brett Cormick" <brettc@elan-capital.com>
> >
> >    If you are wondering why this is such an issue, here is the answer:
> >    When I asked you a specific question about this company, your response
> >    was in essence "if you question me, I'll cut you out of the deal".
> >
> >    Fran Chilcot said that to me 14 years ago in Barbados.
> >
                                    1

```
> >   What do you do when one of your trusted mates betrays you while in the
> >   field on an op?
> >
> >   If we are able to get through this, then we are going to have clear,
> >   concise and business-like communications.  That's what business
> >   partners do.  If this is not what you wanted, then you picked the
> >   wrong business partner.  It's easier to get into these things than it
> >   is to get out of them.
> >
> >   I'm not interested in Goldman Sachs or Morgan Stanley or UBS right
> >   now.  So don't send me any updates until we get through this issue.
>
```

# EXHIBIT L

From:           Bob Christ [bobc@elan-capital.com]
Sent:           Thursday, September 09, 2004 10:37 AM
To:             brettc@elan-capital.com
Subject:        Re: Further


Brett,

Any investor in the world will want to know what is happening to his/her investment.  I am
no exception.  And there is a credibility gap here.  That is why there is a thriving
business in the public accounting industry.

Am I:
paying for your coke habit?
paying for Josh's medical bills?:
paying for Jenny's diamond jewelry?
paying to fund this company's expenses in order to get it off the ground?

I don't know.  I would like to find out.

If nothing else, this company needs to make the transition to a standard business model
from "Brett Cormick, Inc.".  That is what will attract investors.

I am open to just about anything.  But when:
you don't return my phone calls
you don't answer my questions on e-mail
you tell me the company is out of money and I cannot track where the money went...

I [as would any reasonable person] start asking stronger and stronger questions.  I don't
think it's me being unreasonable.  You are not providing ongoing financial information
about this investment.  So, let's answer these questions.  Or not.  But you are going to
have the same problems with the next guy.  There's something that made me trust you in the
first place.  You can just leave this question hanging by just buying me out.  It won't
answer the question of your integrity, but my stress level will come way back down.
And I will have gotten out of this with my shirt (less a sleeve).  The old adage applies
in investing that "If there is ever a question of trust, beat feet to the door".  If you
expect to attract capital to your projects, you need to do the right thing.  So, you need
to work out this issue so that I can confirm you did not breech my trust in you.

Bob

----- Original Message -----
From: "Dr Brett Cormick" <brettc@elan-capital.com>
To: "Bob Christ" <bobc@elan-capital.com>
Sent: Thursday, September 09, 2004 9:48 AM
Subject: Re: Further


> Did the last piece cum thru??
>
> ---- Original message ----
> >Date: Wed, 8 Sep 2004 11:07:52 -0400
> >From: "Bob Christ" <bobc@elan-capital.com>
> >Subject: Further
> >To: "Brett Cormick" <brettc@elan-capital.com>
> >
> >    You see Brett, I still think you are quite talented and exceptionally
> >    bright.  And this company could still work if you are able to be
> >    pointed in the right direction and kept on track.
> >
> >    So let's get all of the truth out on the table and we'll make some
> >    decisions as to where to go from here.
> >

# EXHIBIT M

From:       Bob Christ [bobc@elan-capital.com]
Sent:       Monday, September 13, 2004 6:12 PM
To:         brettc@elan-capital.com
Subject:    Re: Courier

I tell you what Brett, per your offer below please liquidate my position and send my money ($250,000 USD plus the $8,000 USD I spent for the web site development) back to my Wachovia account from your National Westminster account.  That way the funds don't bounce.

Once I get the funds back, we can renegotiate my position in this thing so that I know better where I stand.  Because right now I am really unclear.
Please do so by October 15th.  That gives you over 30 days.

If after that you don't want me in this then you have gotten 7 months free use of my money (if you use the benchmark of 10% from any of the fixed income funds you are pumping here, that is over $12,000 USD) plus my services.  In other words, this is a great deal for you.  And a bad one for me, but "Oh Well".

I don't see an end in sight.  And the pieces don't add up.  This is the best way I can think of to properly get this in writing and firm it up.

$258,000 into my account by October 15th.  Please.

Also, please acknowledge that you will comply with this and we're done.

----- Original Message -----
From: "Dr Brett Cormick" <brettc@elan-capital.com>
To: "Bob Christ" <bobc@elan-capital.com>
Sent: Friday, September 10, 2004 6:43 AM
Subject: Re: Courier


Its cool if you are in...then we soldier on, if you are out, no sweat, I will just sell your position and you get your money back ASAP

Thing to remember...its happening anyway now...no turning back for me

You call it

# EXHIBIT N

**From:** Dr Brett Cormick [brettc@elan-capital.com]
**Sent:** Monday, November 29, 2004 4:23 PM
**To:** 'Bob Christ'
**Subject:** RE: Letter

Bob

Nobody is cheating you

However

You have actually misrepresented this entire situation to your lawyer in RSA on over 15 counts

I hope you are ready to deal with what is going to come from this now

---

**From:** Bob Christ [mailto:bob.christ@seatrepid.com]
**Sent:** 29 November 2004 22:09
**To:** Dr Brett Cormick
**Subject:** RE: Letter

If you're going to cheat me out of the money which I entrusted to you, then I promise not to go away quietly.

> -----Original Message-----
> **From:** Dr Brett Cormick [mailto:brettc@elan-capital.com]
> **Sent:** Monday, November 29, 2004 2:17 PM
> **To:** 'Bob Christ'
> **Subject:** RE: Letter
>
> Wow
>
> I just spoke to a lawyer at this end, this thing is going to go on for months & months...... its going to be a nightmare
>
> The only people who are going to win here are the lawyers I guess

---

> **From:** Bob Christ [mailto:bob.christ@seatrepid.com]
> **Sent:** 29 November 2004 20:59
> **To:** Dr Brett Cormick
> **Subject:** RE: Letter
>
> Brett,
>
> Just give us our money back and I promise that we will go away quietly.  And you won't hear from us again.
>
> Bob
>
>> -----Original Message-----
>> **From:** Dr Brett Cormick [mailto:brettc@elan-capital.com]
>> **Sent:** Monday, November 29, 2004 1:46 PM
>> **To:** bobc@seatrepid.com
>> **Subject:** Letter

Bob

I just got a letter from a lawyer in South Africa

I will refer it to council here ad they can sort it out I guess

Brett

# EXHIBIT O



WEB DESIGN

cyberplex africa
e-ffective e-business

Our Archives
Make Comments
Current Issue
About Fingaz
Search Fingaz

The Financial Gazette

Southern African Leading    Business and Financial Newspaper

Posted 30 March 2005

Home

National Report

People & Issues

Comment

Readers Forum

Cabinet Files

Sweet taste of the good life

Highveld Market Watch

National Agenda

Companies and Markets

From The Horse's Mouth

Your Business Advisor

Farming Report

Property Report

Property Gazette

Weekend Gazette

Diamonds and Dogs

Level The Vibes

Top Gear

Sport

Economic Viewpoint

Success Coach

Biblical Perspective

Human Resources Talk

Personal Glimpses

**Readers Forum**

## Might this be the same man?

*3/30/2005 8:18:31 AM (GMT +2)*

**EDITOR — There is a South African company by the name of Elan Suisse (Pty) Ltd that has a man by the name of Dr Brett Cormick as its sole director.**
**Until a couple of months ago, Cormick lived in Harare (to the best of my knowledge he now lives in Hermanus, South Africa).**
I have read extensively about Elan Suisse's involvement in the ENG scandal, which you reported.
From the news reports, this is the biggest financial scam in Zimbabwe's history.
Now Cormick is in RSA. I am looking for a positive link between Cormick and the Elan Suisse Financial Advisory Services scandal in Zimbabwe.
Currently, Cormick vehemently denies any involvement (see the implausible denial at
http://www.at.artslink.co.za/~bob.christ/seatrepid/EmailAprSep04/Re a couple of questions.txt).
This may be the same person that was involved with the ENG scandal. I would like to know if you have any information linking him to that company.
This man and Elan Suisse (Pty) Ltd are now marketing investment products in the South African financial marketplace.
I realise that the election coverage is taking precedence, but if you are able to link Dr. Cormick to ESFS the picture of the scam might become clearer allowing some of those victims to get their money back.

Bob Christ
South Africa

Other Ne

Not surpri
Tuku's act

Quit politic
Mtukudzi

Is Tuku fe
remorse?

Beware th
Mercy...

Christianit
explain a l

Vote wisel

Homelink
needs to b

Might this
same man



**Homelink**

**Matters Legal**

**Opinion**

**Focus On Election**

**From the Grand Stand**

**Kingdom Financial Holdings**

**Golf Column**

# EXHIBIT P

# Historical news: Daily news

## Assassin or prey?

*An ugly legal battle is brewing between a US citizen and Elan Suisse, a global investment scheme which plans to kick off in SA later this year.*

Julius Cobbett
11 May 2005
Last month, the marketing material of a new investment scheme, the Elan Suisse Capital Biopharma Fund, found its way into the Moneyweb offices. Readers of the material are introduced to a remarkable investment opportunity: the first Biopharma fund in South Africa. The material can be downloaded by **clicking here** and **here**.

The BioPharma fund appears to offer its investors the opportunity to invest in a variety of medical companies "that can achieve net worth >$500m within 4 years." Apparently a number of medical products are set to hit the shelves of South Africa's major retailers and pharmacies this year. These products include: Nicotea, a tobacco-based iced tea and Smart Water Technologies, a range of "functional waters targeting supermarkets, convenience stores and petrol forecourts suppressing appetite, boosting the immune system and preventing alcohol-induced hangover;"

One can also invest in a "cholesterol lowering functional beverage based around derivatives of the naturally occurring molecule resveratol." According to the brochure this project is endorsed by "African billionaire Miko Rwayitare, who was the first black man to own a vineyard."

It is opportune for South African investors that the decision was taken to locate the global headquarter of the fund in this country. The reason behind this decision was apparently simple: " With a significant international revenue base in hard currencies, the Elan Suisse Capital Biopharma Fund can deliver returns at a previously unheard of level in Rands, and under off-shore options, provide dividends to investors in hard currencies (against a Rand based investment)."

So how does one invest in the scheme? According to the brochure, all participation "is on a *strictly invitation only* basis."

Zimbabwean resident Dr Brett Cormick, the brain behind Elan Suisse, says that he plans to release a suite of investment products onto South African markets within the next two years; the products will apparently be years ahead of their time.

But further investigation reveals that not everyone who has invested into an Elan Suisse-related entity is a satisfied stakeholder. Take the case of Bob Christ, an American national and former friend of Cormick's, who "invested" $250 000 into Cormick's personal bank account in England, apparently on the verbal understanding that he would receive a stake in the Elan Suisse global group of companies. The payment was made in two tranches of $125 000 in early 2004 – a period when the two were still friends.

Instead of receiving a stake in the entire group, Christ was given a 36% stake in Elan Suisse International Holdings (ESIH), a Delaware-incorporated company. In court documents, Cormick contends that the original agreement was clear: Christ's investment would buy him a stake in the US entity only.

After months of allegedly working on marketing material and a website for Elan Suisse, Christ apparently became suspicious about the nature of his investment and requested that an audit be conducted into the whereabouts of his cash. Cormick apparently "failed to cooperate" with the audit. According to Christ, Cormick also made several offers to refund him the money, but failed to deliver on his promises.

Christ and Cormick are currently embroiled in a ferocious legal battle. Christ has served letters of demand upon Elan Suisse (Pty) Ltd, the South African arm of Elan Suisse, and on Cormick himself for the recovery of $10 450 (the cost of work allegedly completed on the website) and the $250 000 investment. Christ also applied for liquidation of Elan Suisse (Pty) Ltd in an attempt to get his $10 450 back; Cormick paid the majority of the $10 450 two hours before the case went to court. [According to Cormick's lawyer, a portion of the amount was settled because it would have been uneconomical to go to trial, considering the size of the amount in question]

Case 1:06-cv-00275-GMS     Document 70-3     Filed 01/16/2008     Page 2 of 2

Christ now finds himself as the reluctant stakeholder in a company that he claims appears suspiciously to be a "shelf" company.

When contacted by Moneyweb, Cormick said that Christ's allegations are "clearly outrageous lies." He termed Christ the "archbishop of internet assassination" and declared his intention to claim damages resulting from a letter penned by Christ that was published on the website of the Financial Gazette, a Zimbabwean publication. Cormick also argues that Christ's investment into ESIH was worthwhile and that the company is in possession of valuable intellectual capital.

Incidentally, it seems that Christ's attack on Elan Suisse is not the first time the name has been tarnished. A previous scheme, run in Zimbabwe under the guise "Elan Suisse Financial Advisory Services (ESFAS)", lost its investors millions of Zimbabwean dollars. According to Cormick, ESFAS has no connection to his own company. He says that rogue operators hijacked the Elan Suisse name and that this sort of misrepresentation is rife in Zimbabwe. He adds that the hijackers were themselves duped by the entity into which they placed investors' funds, ENG Asset Management.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT D. CHRIST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-275-GMS |
| | ) | |
| BRETT J. CORMICK and ELAN SUISSE | ) | |
| INTERNATIONAL HOLDINGS (USA) LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 16, 2008, I caused a true and correct copy of

the foregoing *Affidavit of Robert D. Christ* to be served on counsel for defendants as listed below, via

electronic CM-ECF:

*Attorneys for Defendants:*

David L. Finger, Esquire
Finger & Slanina, P.A.
One Commerce Center, Suite 725
1201 North Orange Street
Wilmington, DE  19801-1155


Dated:  January 16, 2008

*/s/ Thad J. Bracegirdle*
Thad J. Bracegirdle (No. 3691)