IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT D. CHRIST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-275-GMS |
| | ) | |
| BRETT J. CORMICK and ELAN SUISSE INTERNATIONAL HOLDINGS (USA) LLC, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

### REQUEST FOR ORAL ARGUMENT

Pursuant to District Court Local Rule 7.1.4, plaintiff Robert D. Christ hereby respectfully requests oral argument before the Court on his Motion for Partial Summary Judgment (D.I. 74).

REED SMITH LLP

/s/ Thad J. Bracegirdle
Thad J. Bracegirdle (No. 3691)
1201 Market Street
Suite 1500
Wilmington, Delaware 19801
(302) 778-7500

Attorneys for Plaintiff

Dated: January 16, 2008

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT D. CHRIST, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-275-GMS |
| ) | |
| BRETT J. CORMICK and ELAN SUISSE ) | |
| INTERNATIONAL HOLDINGS (USA) LLC, ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 16, 2008, I caused a true and correct copy of the foregoing *Request for Oral Argument* to be served on counsel for defendants as listed below, via electronic CM-ECF:

*Attorneys for Defendants:*

David L. Finger, Esquire
Finger & Slanina, P.A.
One Commerce Center, Suite 725
1201 North Orange Street
Wilmington, DE 19801-1155


Dated: January 16, 2008

/s/ Thad J. Bracegirdle
Thad J. Bracegirdle (No. 3691)