IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT D. CHRIST, | ) | |
| | ) | |
| Plaintiff/Counterclaim Defendant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BRETT J. CORMICK and ELAN SUISSE INTERNATIONAL HOLDINGS (USA) LLC, | ) ) ) | C.A. No. 06-275-GMS |
| | ) | |
| Defendants/Counterclaim Plaintiffs. | ) ) | |

**NOTICE OF DEPOSITION**

PLEASE TAKE NOTICE that defendants/counterclaim plaintiffs will take the telephonic deposition of Apostolos Zographos on Thursday, January 31, 2008, at the offices of Finger & Slanina, LLC, One Commerce Center, 1201 Orange Street, Suite 725, Wilmington, DE 19801-1155 (or at such other location as the parties may agree to), beginning at 9:00 a.m. The deposition will be recorded stenographically.

You are invited to attend.

Dated: January 23, 2008

      /s/ David L. Finger
David L. Finger (DE Bar ID #2556)
Finger & Slanina, LLC
One Commerce Center
1201 Orange Street, Suite 725
Wilmington, DE 19801-1155
(302) 884-6766
Attorney for defendants/counterclaim plaintiffs