IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT D. CHRIST, | ) |
| | ) |
|     Plaintiff/Counterclaim Defendant, | ) |
| | ) |
|     v. | ) |
| | ) |
| BRETT J. CORMICK and ELAN SUISSE INTERNATIONAL HOLDINGS (USA) LLC, | )    C.A. No. 06-275-GMS |
| | ) |
|     Defendants/Counterclaim Plaintiffs. | ) |

## RE-NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that defendants/counterclaim plaintiffs will take the telephonic deposition of Apostolos Zographos on Friday, February 8, 2008, at the offices of Reed Smith LP, 1201 N. Market St., Suite 1500, Wilmington, DE 19801 (or at such other location as the parties may agree to), beginning at 9:00 a.m. The deposition will be recorded stenographically.

You are invited to attend.

Dated: February 1, 2008

                                                        /s/ David L. Finger
                                                       David L. Finger (DE Bar ID #2556)
                                                       Finger & Slanina, LLC
                                                       One Commerce Center
                                                       1201 Orange Street, Suite 725
                                                       Wilmington, DE 19801-1155
                                                       (302) 884-6766
                                                       Attorney for defendants/counterclaim plaintiffs