IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT D. CHRIST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BRETT J. CORMICK, ELAN SUISSE INTERNATIONAL HOLDINGS (USA) LLC, ELAN SUISSE (PTY) LTD., NICOGEL LTD., JOHN WALTERS, DIANNE MARSHALL and MERCARI FINANCIAL SERVICES (PTY) LTD., | ) ) ) ) ) ) ) | C.A. No. 06-275-GMS |
| Defendants. | ) | |
| ELAN SUISSE LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 07-60-GMS |
| v. | ) | |
| | ) | |
| ROBERT D. CHRIST, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that on February 6, 2008, copies of ***Robert D. Christ's First Set of Interrogatories Directed to Brett J. Cormick, Elan Suisse International Holdings (USA) LLC and Elan Suisse Ltd.*** and this Notice of Service were served by hand delivery on the following counsel of record:

David L. Finger, Esquire
Finger & Slanina, P.A.
One Commerce Center, Suite 725
1201 North Orange Street
Wilmington, DE 19801

- 2 -

                    REED SMITH LLP

                    */s/ Thad J. Bracegirdle*
                    Thad J. Bracegirdle (No. 3691)
                    1201 Market Street
                    Suite 1500
                    Wilmington, Delaware 19801
                    (302) 778-7500

                    Attorneys for Robert D. Christ

Dated: February 6, 2008