Civil Action Nos. 06-275 & 07-60 (GMS)

## ORDER SCHEDULING
## DISCOVERY TELECONFERENCE

IT IS HEREBY **ORDERED** that a **THIRD** discovery dispute telephone conference in these matters has been scheduled for **Tuesday, February 12, 2008, at 2:00 p.m.** Counsel with primary responsibility for this case shall participate by phone. Unless otherwise excused by the court, local counsel shall participate on the teleconference as well. Counsel for the plaintiff is directed to coordinate and initiate the telephone conference call to chambers at (302) 573-6470.

IT IS FURTHER **ORDERED** that the parties shall file with the court, by electronic means, a **joint**, **non-argumentative** letter agenda (a sample letter can be found on the court's website (www.ded.uscourts.gov)), not to exceed two pages in length, outlining the issues in dispute by the close of business on **Monday, February 11, 2008**. This is the THIRD discovery teleconference. The parties will be required to file a joint letter showing good cause why the court should permit a fourth discovery teleconference.

    /s/ Gregory M. Sleet
UNITED STATES DISTRICT JUDGE