IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT D. CHRIST, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| BRETT J. CORMICK, et al., | ) C.A. No. 06-275-GMS |
| Defendants. | ) ) ) ) |

## ORDER

On February 12, 2008, the parties conducted a teleconference with the court regarding discovery. (D.I. 88.) Pursuant to that teleconference,

IT IS HEREBY ORDERED THAT:

1. The discovery schedule (D.I. 73) is amended with respect to depositions only. The parties shall complete depositions by the end of March 17, 2008.

2. Cormick shall submit a declaration regarding his current living situation and job status, as well as other means of income, by the end of February 26, 2008. This information shall be produced pursuant to Rule 26.2 of the Local Rules and filed with the court under seal.

Dated: February 12, 2008

_____
CHIEF, UNITED STATES DISTRICT JUDGE