IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT D. CHRIST, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| BRETT J. CORMICK, et al., | ) )   C.A. No. 06-275-GMS |
| Defendants. | ) ) ) |

## ORDER

On February 12, 2008, the parties conducted a teleconference with the court regarding discovery. (D.I. 88.) Pursuant to that teleconference,

IT IS HEREBY ORDERED THAT:

1. The discovery schedule (D.I. 73) is amended with respect to depositions only. The parties shall complete depositions by the end of March 17, 2008.

2. Cormick shall submit a declaration regarding his current living situation and job status, as well as other means of income, by February 26, 2008. The declaration shall be filed with the court under seal. This information shall be produced for attorneys' eyes only in accordance with the provisions of Rule 26.2 of the Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware.

Dated: February 13, 2008

CHIEF, UNITED STATES DISTRICT JUDGE

FILED
FEB 13 2008