IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT D. CHRIST,<br><br>        Plaintiff,<br><br>v.<br><br>BRETT J. CORMICK and ELAN SUISSE INTERNATIONAL HOLDINGS (USA),<br><br>        Defendants. | C.A. No. 06-275-GMS |
| ELAN SUISSE LTD.,<br><br>        Plaintiff,<br><br>v.<br><br>ROBERT D. CHRIST,<br><br>        Defendant. | C.A. No. 07-60-GMS |

## NOTICE OF DEPOSITIONS

TO:    David L. Finger, Esquire
         Finger & Slanina, LLC
         1201 Orange Street, Suite 725
         Wilmington, DE 19801

PLEASE TAKE NOTICE that plaintiff Robert D. Christ will take the telephonic deposition of the following individuals at the dates, times and locations indicated (or at such other dates, times and locations as the parties and the witnesses may agree):

| **Deponent** | **Date** | **Time** | **Location** |
|---|---|---|---|
| Alan Dean | March 3, 2008 | 2:00 p.m. EST | Reed Smith LLP<br>1201 Market Street, Suite 1500<br>Wilmington, DE 19801 |
| Bruce Lyman | March 3, 2008 | 5:00 p.m. EST | Reed Smith LLP<br>1201 Market Street, Suite 1500<br>Wilmington, DE 19801 |

- 2 -

| | | | |
|---|---|---|---|
| Carl Palmer | March 4, 2008 | 2:00 p.m. EST | Reed Smith LLP<br>1201 Market Street, Suite 1500<br>Wilmington, DE 19801 |
| Gordon Subloo | March 4, 2008 | 5:00 p.m. EST | Reed Smith LLP<br>1201 Market Street, Suite 1500<br>Wilmington, DE 19801 |

The depositions shall be recorded by stenographic means. You are invited to attend and participate in the depositions to the extent permitted by the Federal Rules of Civil Procedure.

REED SMITH LLP

*/s/ Thad J. Bracegirdle*
Thad J. Bracegirdle (No. 3691)
1201 Market Street
Suite 1500
Wilmington, Delaware 19801
(302) 778-7500

Attorneys for Plaintiff Robert D. Christ

Dated: February 19, 2008

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT D. CHRIST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | C.A. No. 06-275-GMS |
| BRETT J. CORMICK and ELAN SUISSE INTERNATIONAL HOLDINGS (USA), | ) ) | |
| | ) | |
| Defendants. | ) | |
| ELAN SUISSE LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-60-GMS |
| | ) | |
| ROBERT D. CHRIST, | ) | |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 19, 2008, I caused a true and correct copy of the foregoing *Notice of Depositions* to be served on counsel for defendants as listed below, via electronic CM-ECF:

*Attorneys for Defendants:*
David L. Finger, Esquire
Finger & Slanina, P.A.
One Commerce Center, Suite 725
1201 North Orange Street
Wilmington, DE  19801-1155


Dated: February 19, 2008

/s/ Thad J. Bracegirdle
Thad J. Bracegirdle (No. 3691)