IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT D. CHRIST, ) | |
| ) | |
|    Plaintiff/Counterclaim Defendant, ) | |
| ) | |
| v. ) | |
| ) | |
| BRETT J. CORMICK and ELAN SUISSE ) | C.A. No. 06-275-GMS |
| INTERNATIONAL HOLDINGS (USA) ) | |
| LLC, ) | |
| ) | |
|    Defendants/Counterclaim Plaintiffs. ) | |
| _____ ) | |

**NOTICE OF DEPOSITION**

PLEASE TAKE NOTICE that defendants/counterclaim plaintiffs will take the telephonic deposition of Richard J. Crook on Thursday, February 28, 2008, at the offices of Reed Smith LP, 1201 N. Market St., Suite 1500, Wilmington, DE 19801 beginning at 9:00 a.m. The deposition will be recorded stenographically.

You are invited to attend.

Dated: February 25, 2008

 

/s/ David L. Finger
David L. Finger (DE Bar ID #2556)
Finger & Slanina, LLC
One Commerce Center
1201 Orange Street, Suite 725
Wilmington, DE 19801-1155
(302) 884-6766
Attorney for defendants/counterclaim plaintiffs