IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT D. CHRIST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BRETT J. CORMICK and ELAN SUISSE INTERNATIONAL HOLDINGS (USA) LLC, | ) ) ) ) | C.A. No. 06-275-GMS |
| | ) | |
| Defendants. | ) ) | |
| ELAN SUISSE, LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-60-GMS |
| | ) | |
| ROBERT D. CHRIST, | ) | |
| | ) | |
| Defendant. | ) ) | |

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that defendants/counterclaim plaintiffs will take the deposition of Robert D. Christ on Wednesday, March 5, 2008, at the offices of Finger & Slanina, LLC, 1201 N. Orange St., 7th floor, Wilmington, DE 19801 beginning at 9:00 a.m. The deposition will be recorded stenographically.

You are invited to attend.

Dated: February 25, 2008

        /s/ David L. Finger
David L. Finger (DE Bar ID #2556)
Finger & Slanina, LLC
One Commerce Center
1201 Orange Street, Suite 725
Wilmington, DE 19801-1155
(302) 884-6766
Attorney for defendants/counterclaim plaintiffs