

FINGER & SLANINA, LLC
ATTORNEYS AT LAW

David L. Finger, Resident, Wilmington Office:
One Commerce Center, 1201 Orange St., Suite 725
Wilmington, Delaware 19801-1155
Ph: (302) 884-6766 | Fax: (302) 984-1294
E-mail: dfinger@delawgroup.com
www.delawgroup.com

February 26, 2008

**Via E-Filing and Hand Delivery**
The Honorable Gregory M. Sleet
U.S. District Court for the District of Delaware
844 King Street, Lock Box 19
Wilmington, DE 19801

> Re:  **Christ v. Cormick**, *et al.*. C.A. No. 06-275-GMS
>       **Elan Suisse Ltd. v. Christ**, C.A. No. 07-60-GMS

Dear Judge Sleet:

Per Your Honor's instruction, and in anticipation of the teleconference scheduled for February 29, 2008 at 11:00 a.m., enclosed please find the Declaration of Dr. Brett J. Cormick, which is being filed under seal.

The parties respectfully request that, during the teleconference, the Court resolve two recently-arisen discovery disputes:

1.    Is Dr. Cormick required to answer interrogatories issued by Mr. Christ one day before the written discovery cut-off deadline, where the Court's original scheduling order stated that "all discovery…shall be initiated so that it will be completed on or before" the cut-off date?

2.    Given that the Court's Feb. 12, 2008 Order provides that "[t]he discovery schedule (D.I. 73) is amended with respect to depositions only," is Mr. Christ obligated to now produce documents responsive to a request for production of documents served July 2, 2007, as Dr. Cormick claims is required under Federal Rule of Civil Procedure 26(e)(1), where Dr. Cormick did not realize that Mr. Christ was withholding responsive documents until after the deadline?

3.    Given Dr. Cormick's impecunious condition, whether Mr. Christ must pay any costs associated with Dr. Cormick's travel to attend his deposition if Mr. Christ insists on taking his deposition in a location not reasonably accessible or affordable to him.

The Hon. Gregory M. Sleet
February 26, 2008
2

       As always, I am available at the convenience of the Court to answer any questions
Your Honor may have.

Respectfully,

David L. Finger
(DE Bar ID #2556)

cc:    Thad J. Bracegirdle, Esq. (via CM/ECF)
       Clerk of the Court (via CM/ECF)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT D. CHRIST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-00275 GMS |
| | ) | |
| BRETT J. CORMICK and ELAN SUISSE | ) | |
| INTERNATIONAL HOLDINGS (USA) | ) | **HIGHLY CONFIDENTIAL** |
| LLC, | ) | **ATTORNEYS' EYES ONLY** |
| | ) | |
| Defendants. | ) | |

### DECLARATION OF DR. BRETT J. CORMICK

**FILED UNDER SEAL PURSUANT TO COURT ORDER**

David L. Finger (DE Bar ID #2556)
Finger & Slanina, LLC
One Commerce Center
1201 Orange Street, Suite 725
Wilmington, DE 19801-1155
(302) 884-6766
Attorney for defendants