IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT D. CHRIST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | C.A. No. 06-275-GMS |
| BRETT J. CORMICK and ELAN SUISSE INTERNATIONAL HOLDINGS (USA), | ) ) | |
| | ) | |
| Defendants. | ) | |
| ELAN SUISSE LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-60-GMS |
| | ) | |
| ROBERT D. CHRIST, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF DEPOSITION**

TO:  David L. Finger, Esquire
    Finger & Slanina, LLC
    1201 Orange Street, Suite 725
    Wilmington, DE 19801

PLEASE TAKE NOTICE that plaintiff Robert D. Christ will take the deposition of defendant Brett J. Cormick on March 27, 2008 at 9:00 a.m. at the office of Reed Smith LLP, 1201 Market Street, Suite 1500, Wilmington, Delaware 19801 (or at such other time and location as the parties and the witness may agree). The deposition shall be recorded by stenographic means. You are invited to attend and participate in the deposition to the extent permitted by the Federal Rules of Civil Procedure.

- 2 -

                         REED SMITH LLP

                         */s/ Thad J. Bracegirdle*
                         Thad J. Bracegirdle (No. 3691)
                         1201 Market Street
                         Suite 1500
                         Wilmington, Delaware 19801
                         (302) 778-7500

                         Attorneys for Plaintiff Robert D. Christ

Dated:  March 10, 2008

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT D. CHRIST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | C.A. No. 06-275-GMS |
| BRETT J. CORMICK and ELAN SUISSE | ) | |
| INTERNATIONAL HOLDINGS (USA), | ) | |
| | ) | |
| Defendants. | ) | |
| ELAN SUISSE LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-60-GMS |
| | ) | |
| ROBERT D. CHRIST, | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 10, 2008, I caused a true and correct copy of the foregoing *Notice of Deposition* to be served on counsel for defendants as listed below, via electronic CM-ECF:

*Attorneys for Defendants:*
David L. Finger, Esquire
Finger & Slanina, P.A.
One Commerce Center, Suite 725
1201 North Orange Street
Wilmington, DE  19801-1155


Dated:  March 10, 2008

                                             */s/ Thad J. Bracegirdle*
                                             Thad J. Bracegirdle (No. 3691)