IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT D. CHRIST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BRETT J. CORMICK, ELAN SUISSE INTERNATIONAL HOLDINGS (USA) LLC, ELAN SUISSE (PTY) LTD., NICOGEL LTD., JOHN WALTERS, DIANNE MARSHALL and MERCARI FINANCIAL SERVICES (PTY) LTD., | ) ) ) ) ) ) ) | C.A. No. 06-275-GMS |
| | ) | |
| Defendants. | ) | |
| ELAN SUISSE LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 07-60-GMS |
| v. | ) | |
| | ) | |
| ROBERT D. CHRIST, | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION AND PROPOSED ORDER REGARDING MOTIONS IN LIMINE**

WHEREAS, the Scheduling Order in the above-captioned cases states, at paragraph 9, that "[b]riefs (opening, answering and reply) on all motions *in limine* shall be filed by April 14, 2008"; and

WHEREAS, the parties believe that it is appropriate to set forth a schedule for such briefing.

NOW, THEREFORE, it is hereby stipulated by and between the parties hereto, through their undersigned counsel, and subject to the approval of the Court, that:

1.  All motions *in limine* and opening briefs thereon shall be filed on or by March 28, 2008.

2.  All answering briefs on the parties' motions *in limine* shall be filed on or by April 7, 2008.

3.  All reply briefs on the parties' motions *in limine* shall be filed on or by April 14, 2008.

| | |
|---|---|
| */s/ Thad J. Bracegirdle*_____ | */s/David L. Finger*_____ |
| Thad J. Bracegirdle (DE Bar ID #3691) | David L. Finger (De Bar ID #2556) |
| Reed Smith LLP | Finger & Slanina, LLC |
| 1201 Market Street, Suite 1500 | One Commerce Center |
| Wilmington, DE  19801 | 1201 Orange Street, Suite 725 |
| (302) 778-7500 | Wilmington, DE  19801-1155 |
| Attorney for Robert D. Christ | (302) 884-6766 |
| | Attorney for Brett J. Cormick |

SO ORDERED this _____ day of March, 2008.

_____
Sleet,  J.