IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT D. CHRIST, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-275-GMS |
| ) | |
| BRETT J. CORMICK and ELAN SUISSE ) | |
| INTERNATIONAL HOLDINGS (USA) ) | |
| LLC, ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE EVIDENCE
OF BRETT J. CORMICK'S PHYSICAL AND PSYCHOLOGICAL INJURIES**

Pursuant to Federal Rules of Evidence 402 and 403, plaintiff-counterclaim defendant Robert D. Christ hereby respectfully moves the Court for an order precluding defendant-counterclaim plaintiff Brett J. Cormick from offering at trial in this action any testimony or other evidence concerning physical or psychological injuries he alleges to have suffered or the cause of such injuries. The grounds for this motion are set forth fully in the opening memorandum of law filed concurrently herewith.

REED SMITH LLP

/s/ Thad J. Bracegirdle
Thad J. Bracegirdle (No. 3691)
1201 Market Street, Suite 1500
Wilmington, Delaware 19801
(302) 778-7500

Attorneys for Robert D. Christ

Dated: March 28, 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT D. CHRIST, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-275-GMS |
| ) | |
| BRETT J. CORMICK and ELAN SUISSE ) | |
| INTERNATIONAL HOLDINGS (USA) LLC, ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 28, 2008, I caused a true and correct copy of the foregoing *Plaintiff's Motion in Limine to Exclude Evidence of Brett J. Cormick's Physical and Psychological Injuries* to be served on counsel for defendants as listed below, via electronic CM-ECF:

*Attorneys for Defendants:*

David L. Finger, Esquire
Finger & Slanina, P.A.
One Commerce Center, Suite 725
1201 North Orange Street
Wilmington, DE 19801-1155

Dated: March 28, 2008

/s/ Thad J. Bracegirdle
Thad J. Bracegirdle (No. 3691)

WILLIB-58146.1