IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT D. CHRIST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BRETT J. CORMICK and ELAN SUISSE INTERNATIONAL HOLDINGS (USA) LLC, | ) ) ) | C.A. No. 06-275-GMS |
| | ) | |
| Defendants. | ) | |
| ELAN SUISSE, LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-60-GMS |
| | ) | |
| ROBERT D. CHRIST, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION IN LIMINE TO BIFURCATE THE TRIAL

Defendants Brett J. Cormick and Elan Suisse International Holdings (USA) LLC, and plaintiff Elan Suisse, Ltd., hereby move the Court, pursuant to *Fed. R.Civ. P*. 42(b), to bifurcate the trial, having Mr. Christ's claims heard first and separately from the other claims. In support thereof, movants state as follows:

1. In separate motions *in limine*, movants asked the Court to exclude the deposition testimony of Andre Alan Dean, Graham Lyman, Carl W. Palmer and Gordon Subloo, on the ground that their testimony consists of evidence of prior instances of conduct in violation of *F.R.E.* 405(b),

and because the unfair prejudice caused by such depositions outweighs any probative value, and so the evidence violates *F.R.E.* 403. If the Court grants that motion, this motion is withdrawn.

2.    On the other hand, if the Court allows any of those depositions into evidence as part of Mr. Christ's defense against Dr. Cormick's claims, then the Court should taken efforts to ensure that Dr. Cormick is not prejudiced in his defense against Mr. Christ's claims.

3.    The Court has authority to bifurcate a trial in order to avoid unfair prejudice to a party. *Daniels v. Moizzo*, 178 F.R.D. 46, 47 (S.D.N.Y. 1998). If all the claims are heard and decided together, the deposition evidence will be heard and considered by the jury. The jury may take into account the deposition testimony in connection with Mr. Christ's claims despite the fact that it would not be admissible in Mr. Christ's affirmative case. Thus, there exists a substantial danger of unfair prejudice to the movants warranting separate trials. *Id.* at 48 (bifurcating trial to avoid prejudice from introduction of F.R.E. 405(b) evidence).

WHEREFORE, for the foregoing reasons, movants respectfully request that the Court bifurcate the trial, first holding a trial on Mr. Christ's claims and, following a jury verdict on those claims, hold trial on the remaining claims.

Dated: March 28, 2008

Respectfully submitted,

/s/ David L. Finger
David L. Finger (DE Bar ID #2556)
Finger & Slanina, LLC
One Commerce Center
1201 Orange Street, Suite 725
Wilmington, DE 19801-1155
(302) 884-6766
Attorney for Brett J. Cormick, Elan Suisse International Holdings (USA) LLC and Elan Suisse Ltd.