IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT D. CHRIST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | C.A. No. 06-275-GMS |
| BRETT J. CORMICK and ELAN SUISSE INTERNATIONAL HOLDINGS (USA), | ) ) | |
| | ) | |
| Defendants. | ) | |
| ELAN SUISSE LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 07-60-GMS |
| v. | ) | |
| | ) | |
| ROBERT D. CHRIST, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S MOTION FOR SANCTIONS AGAINST BRETT J. CORMICK**

Pursuant to Federal Rule of Civil Procedure 37(d), plaintiff Robert D. Christ hereby respectfully moves the Court for an order imposing sanctions against defendant Brett J. Cormick for his failure to appear for deposition after being served with proper notice. The grounds for this motion are set forth fully in the opening memorandum of law filed concurrently herewith.

REED SMITH LLP

_/s/ Thad J. Bracegirdle_
Thad J. Bracegirdle (No. 3691)
1201 Market Street, Suite 1500
Wilmington, Delaware 19801
(302) 778-7500

Attorneys for Robert D. Christ

Dated: April 9, 2008

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT D. CHRIST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | C.A. No. 06-275-GMS |
| BRETT J. CORMICK and ELAN SUISSE INTERNATIONAL HOLDINGS (USA), | ) ) | |
| | ) | |
| Defendants. | ) | |
| ELAN SUISSE LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 07-60-GMS |
| v. | ) | |
| | ) | |
| ROBERT D. CHRIST, | ) | |
| | ) | |
| Defendant. | ) | |

**STATEMENT PURSUANT TO LOCAL RULE 7.1.1**

Pursuant to District of Delaware Local Rule 7.1.1, the undersigned hereby certifies that he has made a reasonable effort to reach agreement with opposing counsel on the matters set forth in the foregoing Motion for Sanctions Against Brett J. Cormick.

REED SMITH LLP

/s/ Thad J. Bracegirdle
Thad J. Bracegirdle (No. 3691)
1201 Market Street
Suite 1500
Wilmington, Delaware 19801
(302) 778-7500

Attorneys for Robert D. Christ

Dated: April 9, 2008

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT D. CHRIST,<br><br>    Plaintiff,<br><br>v.<br><br>BRETT J. CORMICK and ELAN SUISSE<br>INTERNATIONAL HOLDINGS (USA),<br><br>    Defendants. | C.A. No. 06-275-GMS |
| ELAN SUISSE LTD.,<br><br>    Plaintiff,<br><br>v.<br><br>ROBERT D. CHRIST,<br><br>    Defendant. | C.A. No. 07-60-GMS |

**CERTIFICATE OF SERVICE**

    I, Thad J. Bracegirdle, hereby certify that on April 9, 2008, I caused a true and correct copy of the foregoing (1) *Plaintiff's Motion for Sanctions Against Brett J. Cormick* and (2) *Statement Pursuant to Local Rule 7.1.1* to be served on counsel for defendants as listed below, electronically via CM/ECF.

*Attorneys for Defendants:*

David L. Finger, Esquire
Finger & Slanina, P.A.
One Commerce Center, Suite 725
1201 North Orange Street
Wilmington, DE 19801-1155

Dated: April 9, 2008

                                                       /s/ Thad J. Bracegirdle
                                                       Thad J. Bracegirdle (No. 3691)