ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT D. CHRIST, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BRETT J. CORMICK and ELAN SUISSE )<br>INTERNATIONAL HOLDINGS (USA), )<br>)<br>Defendants. ) | C.A. No. 06-275-GMS |
| ELAN SUISSE LTD., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ROBERT D. CHRIST, )<br>)<br>Defendant. ) | C.A. No. 07-60-GMS |

**HIGHLY CONFIDENTIAL – FILED UNDER SEAL
SUBJECT TO A PROTECTIVE ORDER**

REED SMITH LLP

*/s/ Thad J. Bracegirdle*
Thad J. Bracegirdle (No. 3691)
1201 Market Street
Suite 1500
Wilmington, Delaware 19801
(302) 778-7500

Attorneys for Plaintiff Robert D. Christ

Dated: April 9, 2008

ORIGINAL