IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT D. CHRIST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BRETT J. CORMICK and ELAN SUISSE | ) | C.A. No. 06-275-GMS |
| INTERNATIONAL HOLDINGS (USA) | ) | |
| LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |
| ELAN SUISSE, LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-60-GMS |
| | ) | |
| ROBERT D. CHRIST, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**REPLY MEMORANDUM IN SUPPORT OF
MOTION IN LIMINE TO PRECLUDE HEARSAY TESTIMONY**

1.      In their opening memorandum, movants Brett J. Cormick, Elan Suisse International

Holdings (USA) LLC and Elan Suisse, Ltd. demonstrated that Mr. Christ has no witnesses with first-

hand knowledge as to the facts which allegedly prove that Dr. Cormick made false representations,

and so any testimony from Mr. Christ demonstrating the falsity of the alleged statements would

constitute inadmissible hearsay and should be excluded.

2.      Mr. Christ does not deny that he has no first-hand knowledge and is relying solely on

statements he either read or were told to him from other sources.  Further, Mr. Christ does not give

any examples demonstrating that any hearsay would be subject to any known exception.

3.     Mr. Christ has claimed that there are numerous fraudulent statements in each of over 200 pages of e-mails.  He has claims an unspecified number of unspecified false oral statements (as to which movants have objected in a separate motion *in limine*).  Mr. Christ seeks a trial where there are continuous objections in front of a jury, the risk of answers given notwithstanding objections, and numerous delays as the foundation must be established outside the presence of the jury, all to the prejudice of movants.

4.     In the event that the Court is unwilling to issue an Order excluding all hearsay statements to prove fraud, the Court should adopt an orderly procedure to determine the admissibility of any testimony without constant interruption and removal of the jury.

WHEREFORE, for the foregoing reasons, movants respectfully request that the Court exclude from trial any testimony from Mr. Christ, and any related documents derived from investigation rather than his personal observation.

Dated: April 14, 2008

Respectfully submitted,


 /s/ David L. Finger
David L. Finger (DE Bar ID #2556)
Finger & Slanina, LLC
One Commerce Center
1201 Orange Street, Suite 725
Wilmington, DE 19801-1155
(302) 884-6766
Attorney for Brett J. Cormick, Elan Suisse
International Holdings (USA) LLC and Elan
Suisse, Ltd.