IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT D. CHRIST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | C.A. No. 06-275-GMS |
| BRETT J. CORMICK and ELAN SUISSE | ) | |
| INTERNATIONAL HOLDINGS (USA), | ) | |
| | ) | |
| Defendants. | ) | |
| ELAN SUISSE LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-60-GMS |
| | ) | |
| ROBERT D. CHRIST, | ) | |
| | ) | |
| Defendant. | ) | |

## **FINAL PRETRIAL ORDER**[1]

These matters having come before the Court at a pretrial conference held pursuant to Fed.

R. Civ. P. ("Rule") 16, and Thad J. Bracegirdle Reed Smith LLP, 1201 Market Street, Suite

1500, Wilmington, Delaware ((302) 778-7500) having appeared as counsel for Robert D. Christ

(plaintiff-counterclaim defendant in C.A. No. 06-275-GMS and defendant in C.A. No. 07-60-

GMS), and David L. Finger, Finger & Slanina, LLC, 1201 Orange Street, Suite 725, Wilmington

Delaware ((302) 884-6766) having appeared as counsel for Brett J. Cormick, Elan Suisse

International Holdings (USA) LLC (defendants-counterclaim plaintiffs in C.A. No. 06-275-

GMS) and Elan Suisse Ltd. (plaintiff in C.A. No. 07-60-GMS), the following actions were taken:

---

1 Pursuant to the Court's ruling made during a March 24, 2008 telephone conference with
counsel (*see* D.I. 101), the parties reserve the right to modify and supplement this pretrial order
no later than May 1, 2008.

1.    Civil Action No. 06-275-GMS is an action for promissory estoppel, breach of contract and fraud and the jurisdiction of the Court is involved under 28 U.S.C. § 1332(a). Defendants in Civil Action No. 06-275-GMS have filed counterclaims for violation of the Alien Tort Claims Act, false imprisonment, intentional infliction of emotional distress, defamation and breach of contract/declaratory judgment.    Civil Action No. 07-60-GMS is an action for commercial disparagement and the jurisdiction of the Court is involved under 28 U.S.C. § 1441. Jurisdiction is not disputed and the parties stipulate that the matters in controversy exceed the sum or value of $75,000, exclusive of interest or costs.

2.    The following stipulations and statements were submitted and are attached to and made a part of this Order:

a.    A comprehensive stipulation or statement of all uncontested facts, which will become a part of the evidentiary record in the case and which may be read to the jury by the Court or any party;

b.    An agreed statement or statements by each party of the contested issues of fact and law and a statement or statements of contested issues of fact or law not agreed to;

c.    Except for rebuttal exhibits, schedules of (i) all exhibits (all exhibits shall be marked for identification before trial), including documents, summaries, charts and other items expected to be offered in evidence, and (ii) any demonstrative evidence and experiments to be offered during trial;

d.    A list or lists of names and addresses of the potential witnesses to be called by each party, with a statement of any objections to calling, or to the qualifications of, any witness identified on the list;

e.    Stipulations or statements setting forth the qualifications of each expert witness in such form that the statement can be read to the jury at the time the expert witness takes the stand;

f.    A list of all depositions, or portions thereof, to be read into evidence and statements of any objections thereto;

g.    An itemized statement of special damages;

h.    Waivers of any claims or defenses that have been abandoned by any party;

i.    For a jury trial, each party shall provide the following:

    i.    trial briefs except as otherwise ordered by the Court;

    ii.    three sets of marked proposed jury instructions, verdict forms, and special interrogatories, if any; and

    iii.    a list of questions the party requests the court to ask prospective jurors in accordance with Fed. R. Civ. P. 47(a) and D. Del. LR 47.1(a);

j.    A statement summarizing the history and status of settlement negotiations, indicating whether further negotiations are ongoing and likely to be productive;

k.    A statement that each party has completed discovery, including the depositions of expert witnesses (unless the Court has previously ordered otherwise).  Absent good cause shown, no further discovery shall be permitted; and

l.    Motions *in limine*:  No party shall file more than five (5) motions in limine without prior approval of the Court.  Briefs (opening, answering, and reply) on all such motions shall be due at the time of the filing of this Pretrial Order.  Opening and answering briefs shall not exceed five (5) pages and reply briefs shall not exceed three (3) pages.  The parties should

submit an original and two (2) copies, excluding appendices, declarations, affidavits and exhibits.

      3.      Trial of these cases is expected to take nine (9) days.

      4.      [Indicate type of trial by placing an X in the appropriate box]

            Jury  ☒    Non-jury  ☐

      5.      The parties recommend that 13 jurors be selected at the commencement of trial.

      6.      This Order will control the course of the trial and may not be amended except by consent of the parties and the Court, or by order of the Court to prevent manifest injustice.

      7.      Possibility of settlement of these cases was considered by the parties.


_____
UNITED STATES DISTRICT JUDGE

Date: April 14, 2008


/s/ Thad J. Bracegirdle
Thad J. Bracegirdle (DE Bar ID #3691)
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801
(302) 778-7500

Attorney for Robert D. Christ

/s/ David L. Finger
David L. Finger (De Bar ID #2556)
Finger & Slanina, LLC
One Commerce Center
1201 Orange Street, Suite 725
Wilmington, DE 19801-1155
(302) 884-6766

Attorney for Brett J. Cormick, Elan Suisse International Holdings (USA) LLC and Elan Suisse Ltd.

## SCHEDULE A

## Statement of Uncontested Facts

1.    Plaintiff Robert D. Christ ("Christ") is a citizen of Louisiana who resides in Abita Springs, Louisiana.  At the time of the transaction complained of, Christ was a citizen of Pennsylvania.

2.    Defendant Brett J. Cormick ("Cormick") is a citizen of the Commonwealth of Australia whose legal residence is the Republic of Zimbabwe.

3.    Defendant Elan Suisse International Holdings (USA) LLC ("Elan Suisse USA") is a limited liability company formed and organized under the laws of Delaware.

4.    Christ graduated from Louisiana Tech with a B.S. in Aviation in 1981 and a B.S. in Accounting in 1982.

5.    In 1982 Christ received a license from the State of Louisiana to practice as a certified public accountant.  That license currently is not active.

6.    In the mid- to late 1990's, Christ operated a tour company specializing in expeditions to the geographic North and South Poles.

7.    Christ first met Cormick in April 1996, when Cormick participated in one of Christ's expeditions, after which time Christ and Cormick maintained a friendship.

8.    In January 2004, Christ traveled to Cape Town, South Africa to attend to the affairs of a close friend who had died suddenly in an accident.

9.    While Christ was in South Africa, Cormick traveled to Cape Town from his residence in Harare, Zimbabwe to meet with Christ.

10.    Between January and March 2004, Christ and Cormick engaged in numerous communications concerning Christ's potential investment in a business venture proposed by Cormick.

11.     On or about March 2, 2004, $125,000 was wired to Cormick on Christ's behalf.

On or about March 23, 2004, another $125,000 was wired to Cormick on Christ's behalf.

## SCHEDULE B

### Statements of Contested Issues of Fact and Law

**By Robert D. Christ:**

1.      Whether Brett J. Cormick ("Cormick") made statements to Robert D. Christ ("Christ") which, at the time the statements were made, Cormick knew to be false.

2.      Whether Cormick knowingly made false statements to Christ to induce Christ to pay $250,000 to Cormick.

3.      Whether Christ justifiably relied upon Cormick's false statements in paying $250,000 to Cormick.

4.      Whether, in order to induce Christ to pay $250,000 to him, Cormick promised (i) to provide Christ with 50% equity shares in Elan Suisse (Pty) Ltd. ("Elan Suisse RSA") and Elan Suisse International Holdings (USA) LLC ("Elan Suisse USA"), and (ii) to enter into a written agreement with Christ governing his investment following Christ's payment of such funds.

5.      Whether, in reasonable reliance upon Cormick's promises, Christ paid $250,000 to Cormick but never received any consideration in return and the parties never drafted or executed a written agreement.

6.      Whether Christ and Cormick entered into a contract pursuant to which Cormick agreed to repay $250,000 to Christ in consideration for Christ's agreement to forego legal action against Cormick and audits of Elan Suisse RSA and Elan Suisse USA and Christ's agreement to perform web development and other services for Cormick's proposed business venture.

7.      Whether, if Christ and Cormick entered into a contract pursuant to which Cormick agreed to repay $250,000 to Christ, Cormick materially breached the contract.

8.      Whether and to what extent Christ is entitled to compensatory damages on his claims.

9.     Whether and to what extent Christ is entitled to punitive damages on his claims.

10.     Whether Elan Suisse USA is governed by an operating agreement.

11.     If Elan Suisse USA is governed by an operating agreement, whether Christ is a party to and bound by such operating agreement.

12.     If Elan Suisse USA is governed by an operating agreement and Christ is a party to that agreement, whether Christ is relieved of any duties or obligations under that agreement because of Cormick's and Elan Suisse USA's fraudulent inducement.

13.     Whether Christ was a member of Elan Suisse USA.

14.     Whether Christ breached the operating agreement of Elan Suisse USA.

15.     If Christ breached the operating agreement of Elan Suisse USA, whether such breach precludes repayment of Christ's $250,000.

16.     If Christ breached the operating agreement of Elan Suisse USA, whether such breach entitles Elan Suisse USA to payment of damages.

17.     The effect on the claims of Cormick, Elan Suisse USA and Elan Suisse Ltd. of the South African Financial Services Board's June 27, 2006 revocation of Elan Suisse RSA's financial service provider license.

18.     Whether Cormick initially contacted Christ in January 2004 to suggest that Christ become involved in the operations of Elan Suisse RSA and/or Elan Suisse USA.

19.     Whether Christ is a highly experienced CPA and forensic accountant.

20.     Whether Cormick ever presented to, and whether Christ ever reviewed, documents related to Elan Suisse USA and/or Elan Suisse (including, but not limited, to the "Articles of Association" of Elan Suisse USA).

21.     Whether Cormick and Christ entered into an agreement pursuant to which Christ would acquire 50% of Elan Suisse USA and 50% of Elan Suisse RSA in exchange for an investment by Christ of $350,000.

22.     Whether Cormick stated to Christ in February 2004 that Christ should not commence start-up operations for Elan Suisse USA and that Cormick would not sell Christ any equity until a final operational dry run of the concept had been completed.

23.     Whether Cormick took any actions in an attempt to "liquidate" Cormick's "equity position" in Elan Suisse USA and/or Elan Suisse RSA.

24.     Whether Christ deliberately published a false letter in the Zimbabwean Financial Gazette attacking the credibility of Cormick and Elan Suisse.

25.     Whether Cormick or Elan Suisse USA suffered any damages as a result of the publication of Christ's correspondence to the Zimbabwean Financial Gazette.

26.     Whether Christ enticed or engaged Julius Cobbett to publish any articles concerning Cormick or Elan Suisse RSA.

27.     Whether Cormick or Elan Suisse USA suffered any damages as a result of Julius Cobbett's publication of articles concerning Cormick or Elan Suisse RSA.

28.     Whether the www.elansuisse.co.za website contains any false statements of fact concerning Cormick or Elan Suisse USA.

29.     Whether Christ published false statements on the www.elansuisse.co.za website intentionally, recklessly, negligently, maliciously, and with knowledge of their falsity or with reckless disregard for their truth or falsity.

30.     Whether Cormick or Elan Suisse USA suffered any damages as a result of the publication of any statements on the www.elansuisse.co.za website.

31.    Whether Christ made any false criminal complaints about Cormick to authorities in any country or jurisdiction.

32.    Whether Christ falsely testified about Cormick by affidavit to authorities in Zimbabwe.

33.    Whether Christ submitted a false affidavit to authorities in Zimbabwe and knew or reasonably should have known that his conduct would assist or encourage Zimbabwean authorities to incarcerate Cormick.

34.    Whether Christ knew or should have known that it was reasonably probable that Cormick, if incarcerated, would be subject to confinement that violated international norms.

35.    Whether Cormick was subjected to confinement that violated specific, universal, and obligatory international norms including inhumane conditions and psychological and physical torture.

36.    How long Cormick was detained by Zimabwean authorities.

37.    Whether, as a direct and proximate result of Christ's actions, Cormick suffered and continues to suffer:  (a) shock and nervous reaction; (b) great fear and apprehension; (c) post-traumatic stress disorder (manifesting itself in regular nightmares, insomnia, bouts of depression, and partial memory loss); (d) double pneumonia coinciding with malaria; (e) a broken nose, with resultant breathing difficulty; (f) long-term impairment of hearing; (g) long-term impairment of vision; soft tissue damage in the kidney region; and (i) extreme and permanent psychological damage and distress.

38.    Whether and to what extent Cormick has incurred medical expenses for physical and/or mental injuries proximately caused by Christ's actions.

39.     Whether Cormick has undergone any medical procedures for injuries proximately caused by Christ's actions.

40.     Whether Christ is liable under 28 U.S.C. § 1350 as an aider and abettor of human rights abuses carried out by a foreign government.

41.     Whether Christ knowingly and maliciously made materially false statements to Zimbabwean authorities which resulted in Cormick's being incarcerated and tortured.

42.     Whether Christ took any actions that were intentional, outrageous and constituted the intentional infliction of emotional distress.

43.     Whether the counterclaims alleged by Cormick and Elan Suisse USA (the "Counterclaims") state a claim upon which relief can be granted.

44.     Whether the Counterclaims are barred by the doctrines of laches, estoppel and/or waiver.

45.     Whether the Counterclaims are barred by the doctrine of unclean hands.

46.     Whether any injury or damage to Cormick or Elan Suisse USA was proximately caused solely by the negligence or fault of others than Christ, and Christ is not liable or responsible therefor.

47.     Whether Christ's conduct was a substantial factor in bringing about the injuries or damages alleged in the Counterclaims.

48.     Whether Cormick and Elan Suisse USA have failed to act reasonably to mitigate their damages and whether their recovery is barred or reduced thereby.

49.     Whether Cormick's or Elan Suisse USA's injuries or damages, if any, were proximately caused by their reasonable assumption of a known risk, and their recovery is barred or reduced thereby.

50.    Whether Cormick's or Elan Suisse USA's injuries or damages, if any, were proximately caused by unforeseen, independent, intervening and/or superseding events or causes unrelated to Christ and whether Christ therefore bears no liability.

51.    Whether the allegedly defamatory statements of which Cormick, Elan Suisse USA and Elan Suisse Ltd. complain were and are, each and all of them, in their natural and ordinary meaning, true in substance and in fact.

52.    Whether Christ published the allegedly defamatory statements of which Cormick, Elan Suisse USA and Elan Suisse Ltd. complain with malice or reckless and/or negligent indifference as to the truth of those statements.

53.    Whether Cormick's, Elan Suisse USA's and Elan Suisse Ltd.'s reputation for morality, integrity and honest dealing is and was notoriously bad and, accordingly, whether they could be injured or damaged by any allegedly defamatory statements.

54.    Whether Cormick, Elan Suisse USA and Elan Suisse Ltd., prior to this action, had earned or maintained a good reputation and whether, by virtue of their actions, Cormick, Elan Suisse USA and Elan Suisse Ltd. are and were at all times relevant to this action parties of bad name, fame and reputation.

55.    Whether Christ was provoked to make the allegedly defamatory statements of which Cormick, Elan Suisse USA and Elan Suisse Ltd. complain by their own wrongful and malicious acts.

56.    Whether the Counterclaims fail for lack of consideration.

57.    Whether the Counterclaims are barred by the Statute of Frauds.

**By Brett J. Cormick, Elan Suisse International Holdings (USA) LLC and Elan Suisse Ltd.:**

**A.    As to Christ's Promissory Estoppel Claim.**

- 6 -

1.    Whether there was a contract between Christ and Cormick and/or Elan Suisse USA.

2.    Since the assertion in the Amended Complaint of the existence of a contract (Am. Compl. ¶¶18-19) constitutes a binding judicial admission against Christ, *Berckeley Inv. Group, Ltd. v. Colkitt*, 455 F.3d 195, 211 & n. 20 (3rd Cir. 2006), whether this bars Christ's promissory estoppel claim. *In re U.S. West, Inc. Sec. Litig.*, 201 F.Supp.2d 302, 308 (D. Del. 2002), *aff'd*, 65 Fed. Appx. 856 (3rd Cir. 2003).

**B.    As to Christ's Breach of Contract Claim.**

1.    Whether Cormick offered to refund Christ's investment, or merely offered to sell Christ's interest and deliver the proceeds of that sale to Christ as soon as possible.

2.    Whether any purported acceptance by Christ of any offer by Cormick differed in its terms from those set forth in the offer.

3.    Whether the fact that the acceptance did not mirror the terms of the offer and added additional terms rendered the acceptance a counteroffer, which constituted a rejection of the original offer, terminating the power to accept the original offer. *PAMI-LDMB I, LLC*, 857 A.2d at 1015; R.H. Christie, *Business Law in Zimbabwe* 36 (2nd ed. 1998).

4.    Whether Cormick's offer to liquidate Christ's interest and deliver the proceeds "ASAP" render the offer conditional upon Cormick being able to liquidate and deliver the proceeds. *American University v. Todd*, 1 A.2d 595, 597-98 (Del. Super. 1938).

5.    Whether at any time after the purported offer Cormick had the ability to return Christ's investment.

6.    Whether Cormick made reasonable efforts to sell Christ's interest in the Elan Suisse project.

7.     Whether Christ's actions in (i) attacking Cormick's credibility in the Zimbabwe press, (ii) instituting litigation against Cormick in South Africa, and (iii) setting up a website making accusations and defamatory attacks on Cormick impaired the ability to sell Christ's interest to a new investor and destroyed the value of the Elan Suisse project.

C.     **As to Christ's Fraud Claim.**

1.     Whether Cormick intentionally and knowingly made any false statements of material fact, and what they were.

2.     Whether Christ relied on any such statements?

3.     Whether any reliance by Christ was reasonable under the circumstances, including his testimony on deposition that all that he relied upon in deciding to invest in Elan Suisse was (i) his friendship with Dr. Cormick (which was established prior to Mr. Christ hearing about Elan Suisse, and (ii) that he thought Dr. Cormick had a good business idea.

4.     Whether Christ had a duty to investigate the representations in light of his previous history of being bilked and the fact that he admitted to having had warnings of circumstances that would otherwise cause him to doubt what Cormick was telling him.

5.     Whether Christ's friendship with Cormick justified his failure to investigate.

6.     Whether the alleged fraud was the cause of Christ's loss.

D.     **As to Cormick's and Elan Suisse Ltd.'s Defamation Claims.**

[Under South African Law]

1.     Whether Christ published defamatory statements about Cormick, *i.e.,* made the statements known to someone other than Cormick.

2.     Whether Christ has established that such publication was lawful,

3.    Whether Christ has established the absence of intent to defame.

4.    What is the proper amount of damages?

[Under Delaware Law]

1.    Whether Christ published false and defamatory statements of and concerning Cormick.

2.    Whether such defamatory statements were communicated to a third party.

3.    Whether Christ can prove the truth of any of his defamatory statements.

4.    What is the proper amount of damages?

**D.    As to Cormick's Alien Tort Claims Act Claim.**

1.    Whether Christ provided information to the Zimbabwe police in order to obtain the arrest of Cormick.

2.    Whether the information Christ provided to the Zimbabwe police in order to obtain the arrest of Cormick was false or intentionally misleading.

3.    Whether, as a consequence of the false and/or misleading information about Cormick that Christ provided to the Zimbabwe police, the Zimbabwe police arrested and detained Cormick.

4.    Whether, during Cormick's detention, Cormick was subjected to torture.

5.    Whether Christ knew or had reason to know that there was a danger that Cormick could be subjected to torture by the Zimbabwe police.

6.    Whether Christ sought Cormick's arrest by the Zimbabwe police to obtain the return of his investment.

**E.    As to Cormick's False Imprisonment & Infliction of Emotional Distress Claim.**

1.      Whether Christ provided information to the Zimbabwe police in order to obtain the arrest of Cormick.

2.      Whether the information Christ provided to the Zimbabwe police in order to obtain the arrest of Cormick was false or intentionally misleading.

3.      Whether, as a consequence of the false and/or misleading information about Cormick that Christ provided to the Zimbabwe police, the Zimbabwe police arrested and detained Cormick.

4.      Whether Christ sought Cormick's arrest by the Zimbabwe police to obtain the return of his investment.

**F.      As to the Declaratory Judgment/Breach of Contract Claim of Cormick and Elan Suisse International Holdings (USA) LLC.**

1.      Whether, prior to his agreeing to invest in Elan Suisse, Christ was aware of the terms of the Articles of Association of Elan Suisse International Holdings (USA) LLC.

2.      Whether Christ's delivery of $250,000 constituted performance or partial performance under an agreement to invest in the Elan Suisse project.

3.      Whether Christ and Cormick agreed that Christ's investment was to be in exchange for an interest in Elan Suisse International Holdings (USA) LLC alone, or also in Elan Suisse (Pty.) Ltd.

4.      Whether Christ reviewed and accepted the terms of the Articles of Association of Elan Suisse International Holdings (USA) LLC.

5.      To the extent that Christ claims to have purchased an interest in Elan Suisse (Pty.) Ltd., whether he is bound by the Articles of Association whether or not he read them.

**G.      Miscellaneous**

1.      Whether Christ's defense of unclean hands is inapplicable to this action as unclean hands is an equitable defense, and Christ's claims are all legal seeking only damages. *McAdams v. Dean Witter Reynolds, Inc.*, 896 F.2d 750, 756 n.10 (3rd Cir. 1990).

## SCHEDULE C

### Exhibits

1.    The following exhibits were offered by Robert D. Christ, received in evidence and

marked as indicated:

| Exhibit No. | Bates Nos. | Description | Objection(s) |
|---|---|---|---|
| | RDC05991-RDC05992 | E-mail dated 2/17/2004 from Brett Cormick to Bob Christ | |
| | None | Certificate of Formation of Elan Suisse International Holdings (USA) LLC | |
| | None | Certificate of Incorporation of a Private Limited Company for Elan Suisse Ltd., Company No. 4998672 | |
| | RDC03236-RDC-3237 | Newsletter, The London School of Economics & Political Science International Economic Development Group (IEDG) | |
| | | | |

2.    The following exhibits were offered by Robert D. Christ and marked for

identification.  Brett J. Cormick, Elan Suisse International Holdings (USA) LLC and Elan Suisse

Ltd. objected to their receipt in evidence on the grounds stated:

| Exhibit No. | Bates Nos. | Description | Objection(s) |
|---|---|---|---|
| | RDC05449-RDC05450 | E-mail dated 1/28/2004 from Brett Cormick to Bob Christ | F.R.E. 402 |
| | RDC05461-RDC05465 | E-mail dated 1/29/2004 from Brett Cormick to Bob Christ (with attachments) | F.R.E. 402 |
| | RDC05474-RDC05475 | E-mail dated 1/29/2004 from Brett Cormick to Bob Christ | F.R.E. 402 |
| | RDC05476-RDC05479 | E-mail dated 1/29/2004 from Brett Cormick to Bob Christ | F.R.E. 402 |
| | RDC05480-RDC05483 | E-mail dated 1/29/2004 from Brett Cormick to Bob Christ | F.R.E. 402 |

| Exhibit No. | Bates Nos. | Description | Objection(s) |
|---|---|---|---|
| | RDC05487 | E-mail dated 1/29/2004 from Brett Cormick to Bob Christ | F.R.E. 402 |
| | RDC05489-RDC05492 | E-mail dated 1/29/2004 from Brett Cormick to Bob Christ | F.R.E. 402 |
| | RDC05544-RDC05550 | E-mail dated 2/6/2004 from Brett Cormick to Bob Christ | F.R.E. 402 |
| | RDC05557-RDC05558 | E-mail dated 2/6/2004 from Brett Cormick to Bob Christ | F.R.E. 402 |
| | RDC05575-RDC05576 | E-mail dated 2/6/2004 from Brett Cormick to Bob Christ | F.R.E. 402 |
| | RDC05431-RDC05432 | E-mail dated 2/9/2004 from Brett Cormick to Bob Christ | F.R.E. 402 |
| | RDC05717 | E-mail dated 2/9/2004 from Brett Cormick to Bob Christ | F.R.E. 402 |
| | RDC05722-RDC05723 | E-mail dated 2/9/2004 from Brett Cormick to Bob Christ | F.R.E. 402 |
| | RDC05734 | E-mail dated 2/9/2004 from Brett Cormick to Bob Christ | F.R.E. 402 |
| | RDC05960-RDC05962 | Resume, Dr. Brett Cormick | F.R.E. 402 |
| | RDC05757-RDC05758 | E-mail dated 2/10/2004 from Brett Cormick to Bob Christ | F.R.E. 402 |
| | RDC05762-RDC05763 | E-mail dated 2/10/2004 from Brett Cormick to Bob Christ | F.R.E. 402 |
| | RDC05764-RDC05766 | E-mail dated 2/10/2004 from Brett Cormick to Bob Christ | F.R.E. 402 |
| | RDC05774 | E-mail dated 2/10/2004 from Brett Cormick to Bob Christ | F.R.E. 402 |
| | RDC05805-RDC05807 | E-mail dated 2/10/2004 from Brett Cormick to Bob Christ (with attachment) | F.R.E. 402 |
| | RDC05808-RDC05810 | E-mail dated 2/10/2004 from Brett Cormick to Bob Christ (with attachment) | F.R.E. 402 |
| | RDC05819 | E-mail dated 2/10/2004 from Brett Cormick to Bob Christ | F.R.E. 402 |

| Exhibit No. | Bates Nos. | Description | Objection(s) |
|---|---|---|---|
| | RDC05827 | E-mail dated 2/11/2004 from Brett Cormick to Bob Christ | F.R.E. 402 |
| | RDC05830-RDC05831 | E-mail dated 2/11/2004 from Brett Cormick to Bob Christ | F.R.E. 402 |
| | RDC05832 | E-mail dated 2/11/2004 from Brett Cormick to Bob Christ | F.R.E. 402 |
| | RDC05833 | E-mail dated 2/11/2004 from Brett Cormick to Bob Christ | F.R.E. 402 |
| | RDC05834 | E-mail dated 2/11/2004 from Brett Cormick to Bob Christ | F.R.E. 402 |
| | RDC05845 | E-mail dated 2/11/2004 from Brett Cormick to Bob Christ | F.R.E. 402 |
| | RDC05846-RDC05847 | E-mail dated 2/11/2004 from Brett Cormick to Bob Christ | F.R.E. 402 |
| | RDC05858 | E-mail dated 2/11/2004 from Brett Cormick to Bob Christ | F.R.E. 402 |
| | RDC05884 | E-mail dated 2/12/2004 from Brett Cormick to Bob Christ | F.R.E. 402 |
| | RDC05885-RDC05886 | E-mail dated 2/13/2004 from Brett Cormick to Bob Christ | F.R.E. 402 |
| | RDC05889-RDC05890 | E-mail dated 2/13/2004 from Brett Cormick to Bob Christ | F.R.E. 402 |
| | RDC05891 | E-mail dated 2/13/2004 from Brett Cormick to Bob Christ | F.R.E. 402 |
| | RDC05892-RDC05893 | E-mail dated 2/13/2004 from Brett Cormick to Bob Christ | F.R.E. 402 |
| | RDC05894-RDC05897 | E-mail dated 2/13/2004 from Brett Cormick to Bob Christ | F.R.E. 402 |
| | RDC05918 | E-mail dated 2/15/2004 from Brett Cormick to Bob Christ | F.R.E. 402 |
| | RDC05919 | E-mail dated 2/15/2004 from Brett Cormick to Bob Christ | F.R.E. 402 |
| | RDC05929-RDC05930 | E-mail dated 2/15/2004 from Brett Cormick to Bob Christ | F.R.E. 402 |

| Exhibit No. | Bates Nos. | Description | Objection(s) |
|---|---|---|---|
| | RDC05933-RDC05935 | E-mail dated 2/15/2004 from Brett Cormick to Bob Christ | F.R.E. 402 |
| | RDC05942 | E-mail dated 2/16/2004 from Brett Cormick to Bob Christ | F.R.E. 402 |
| | RDC05943 | E-mail dated 2/16/2004 from Brett Cormick to Bob Christ | F.R.E. 402 |
| | RDC05944-RDC05954 | E-mail dated 2/16/2004 from Brett Cormick to Bob Christ (with attachments) | F.R.E. 402 |
| | RDC05963-RDC05964 | E-mail dated 2/16/2004 from Brett Cormick to Bob Christ | F.R.E. 402 |
| | RDC05997 | E-mail dated 2/17/2004 from Brett Cormick to Bob Christ | F.R.E. 402 |
| | RDC06004-RDC06005 | E-mail dated 2/17/2004 from Brett Cormick to Bob Christ | F.R.E. 402 |
| | RDC06025 | E-mail dated 2/19/2004 from Brett Cormick to Bob Christ | F.R.E. 402 |
| | RDC06037-RDC06038 | E-mail dated 2/19/2004 from Brett Cormick to Bob Christ | F.R.E. 402 |
| | RDC06058-RDC06059 | E-mail dated 2/20/2004 from Brett Cormick to Bob Christ | F.R.E. 402 |
| | RDC06060-RDC06061 | E-mail dated 2/20/2004 from Brett Cormick to Bob Christ | F.R.E. 402 |
| | RDC07005-RDC07006 | E-mail dated 2/21/2004 from Brett Cormick to Bob Christ | F.R.E. 402 |
| | RDC07034-RDC07036 | E-mail dated 2/22/2004 from Brett Cormick to Bob Christ | F.R.E. 402 |
| | RDC07047-RDC07055 | E-mail dated 2/23/2004 from Brett Cormick to Bob Christ (with attachments) | F.R.E. 402 |
| | RDC07079-RDC07086 | Elan Suisse European Public Real Estate Company Portfolio, Company Snapshots | F.R.E. 402 |
| | RDC07175-RDC07176 | E-mail dated 2/25/2004 from Brett Cormick to Bob Christ | F.R.E. 402 |
| | RDC07285-RDC07286 | E-mail dated 2/27/2004 from Brett Cormick to Bob Christ | F.R.E. 402 |

| Exhibit No. | Bates Nos. | Description | Objection(s) |
|---|---|---|---|
| | RDC07291 | E-mail dated 2/27/2004 from Brett Cormick to Bob Christ | F.R.E. 402 |
| | RDC07296-RDC07297 | E-mail dated 2/27/2004 from Brett Cormick to Bob Christ | F.R.E. 402 |
| | RDC09692 | E-mail dated 2/29/2004 from Bob Christ to Brett Cormick | F.R.E. 402 |
| | RDC07376-RDC07377 | E-mail dated 3/1/2004 from Brett Cormick to Bob Christ | F.R.E. 402 |
| | RDC07504-RDC07505 | E-mail dated 3/9/2004 from Brett Cormick to Bob Christ | F.R.E. 402 |
| | RDC07549-RDC07550 | E-mail dated 3/11/2004 from Brett Cormick to Bob Christ (with attachment) | F.R.E. 402 |
| | RDC14579 | E-mail dated 3/13/2004 from Brett Cormick to Bob Christ | F.R.E. 402 |
| | RDC14581 | E-mail dated 3/13/2004 from Brett Cormick to Bob Christ | F.R.E. 402 |
| | RDC14617-RDC14619 | E-mail dated 3/15/2004 from Brett Cormick to Bob Christ | F.R.E. 402 |
| | RDC14621-RDC14623 | E-mail dated 3/15/2004 from Brett Cormick to Bob Christ | F.R.E. 402 |
| | RDC14624-RDC14625 | E-mail dated 3/15/2004 from Brett Cormick to Bob Christ | F.R.E. 402 |
| | RDC14634 | E-mail dated 3/18/2004 from Brett Cormick to Bob Christ | F.R.E. 402 |
| | RDC14635 | E-mail dated 3/18/2004 from Brett Cormick to Bob Christ | F.R.E. 402 |
| | None | Defendant's Affidavit Opposing Application for Summary Judgment, dated 4/15/2005, as filed with the High Court of South Africa in *Christ v. Cormick*, Case No. 05/2033 | F.R.E. 402 |
| | RDC18070-RDC18077 | Respondent's Opposing Affidavit, dated Aug. 30, 2006, as filed with the High Court of Zimbabwe in *The Matter Between Jennifer Anne Cormick and Brett John Cormick*, Case No. HC4481/06 | F.R.E. 402 |
| | None | Current Activity Record for Wachovia Bank Account No. 1010084543624, dated 3/23/2004 | F.R.E. 402, 901 |

| Exhibit No. | Bates Nos. | Description | Objection(s) |
|---|---|---|---|
| | RDC18084-RDC18090 | Defendant's Plea, dated 6/23/2005, as filed with the High Court of South Africa in *Christ v. Cormick*, Case No. 05/2033 | F.R.E. 402 |
| | RDC14555-RDC14557 | E-mail dated 9/5/2004 from Bob Christ to Brett Cormick | F.R.E. 402 |
| | RDC14565-RDC14567 | E-mail dated 9/7/2004 from Bob Christ to Brett Cormick | F.R.E. 402 |
| | None | E-mail dated 9/9/2004 from Brett Cormick to Bob Christ (Exhibit F to 12/19/2007 Christ Affidavit) | F.R.E. 402 |
| | RDC01589 | Letter dated 11/30/2004 from Craig Assheton-Smith to Brett Cormick | F.R.E. 402, 802, 901 |
| | RDC14560-RDC14561 | E-mail dated 9/5/2004 from Bob Christ to Brett Cormick | F.R.E. 402 |
| | RDC14562-RDC14563 | E-mail dated 9/6/2004 from Bob Christ to Brett Cormick | F.R.E. 402 |
| | None | E-mail dated 9/7/2004 from Bob Christ to Brett Cormick (Exhibit E to 1/15/2008 Christ Affidavit) | F.R.E. 402 |
| | None | E-mail dated 9/7/2004 from Bob Christ to Brett Cormick (Exhibit F to 1/15/2008 Christ Affidavit) | F.R.E. 402 |
| | None | E-mail dated 9/8/2004 from Bob Christ to Brett Cormick (Exhibit G to 1/15/2008 Christ Affidavit) | F.R.E. 402 |
| | None | E-mail dated 9/8/2004 from Bob Christ to Brett Cormick (Exhibit H to 1/15/2008 Christ Affidavit) | F.R.E. 402 |
| | None | E-mail dated 9/9/2004 from Bob Christ to Brett Cormick (Exhibit I to 1/15/2008 Christ Affidavit) | F.R.E. 402 |
| | None | E-mail dated 9/9/2004 from Bob Christ to Brett Cormick (Exhibit J to 1/15/2008 Christ Affidavit) | F.R.E. 402 |
| | None | E-mail dated 9/9/2004 from Bob Christ to Brett Cormick (Exhibit K to 1/15/2008 Christ Affidavit) | F.R.E. 402 |
| | None | E-mail dated 9/9/2004 from Bob Christ to Brett Cormick (Exhibit L to 1/15/2008 Christ Affidavit) | F.R.E. 402 |
| | None | E-mail dated 9/13/2004 from Bob Christ to Brett Cormick (Exhibit M to 1/15/2008 Christ Affidavit) | F.R.E. 402 |
| | None | E-mail dated 11/29/2004 from Brett Cormick to Bob Christ (Exhibit N to 1/15/2008 Christ Affidavit) | F.R.E. 402 |

| Exhibit No. | Bates Nos. | Description | Objection(s) |
|---|---|---|---|
| | RDC17716-RDC17718 | E-mail dated 8/28/2005 from Christine Gagnier to Bob Christ, Julius Cobbett | F.R.E. 402, 802, 901 |
| | RDC17917-RDC17918 | E-mail dated 8/28/2005 from Christine Gagnier to Bob Christ | F.R.E. 402, 802, 901 |
| | RDC17989 | E-mail dated 8/30/2005 from Christine Gagnier to Bob Christ, Julius Cobbett | F.R.E. 402, 802, 901 |
| | RDC17688 | E-mail dated 9/5/2005 from Christine Gagnier to Bob Christ | F.R.E. 402, 802, 901 |
| | RDC17871 | E-mail dated 9/1/2005 from Virginie Hamel to Bob Christ | F.R.E. 402, 802, 901, incomplete |
| | RDC17849 | E-mail dated 9/2/2005 from Virginie Hamel to Bob Christ | F.R.E. 402, 802, 901, incomplete |
| | RDC17911 | E-mail dated 9/2/2005 from Virginie Hamel to Bob Christ | F.R.E. 402, 802, 901, incomplete |
| | RDC17714 | E-mail dated 9/3/2005 from Virginie Hamel to Bob Christ | F.R.E. 402, 802, 901, incomplete |
| | RDC17869-RDC17870 | E-mail dated 9/3/2005 from Virginie Hamel to Bob Christ | F.R.E. 402, 802, 901, incomplete |
| | RDC17868 | E-mail dated 9/5/2005 from Virginie Hamel to Bob Christ | F.R.E. 402, 802, 901, incomplete |
| | RDC17834 | E-mail dated 9/6/2005 from Virginie Hamel to Bob Christ | F.R.E. 402, 802, 901, incomplete |
| | RDC17988 | E-mail dated 9/6/2005 from Virginie Hamel to Bob Christ | F.R.E. 402, 802, 901, incomplete |
| | RDC17727 | E-mail dated 9/7/2005 from Virginie Hamel to Bob Christ | F.R.E. 402, 802, 901, incomplete |
| | RDC17692 | Letter dated 10/16/1997 from Alan Dean re: Dr. Brett Cormick/European Venture Finance (EVF) – Zebra Project | F.R.E. 402, 802, 901 |
| | RDC17694 | E-mail dated 9/7/2005 from Virginie Hamel to Bob Christ | F.R.E. 402, 802, 901, incomplete |
| | RDC17905 | E-mail dated 9/15/2005 from Virginie Hamel to Bob Christ | F.R.E. 402, 802, 901, incomplete |
| | RDC17888-RDC17889 | E-mail dated 9/17/2005 from Virginie Hamel to Bob Christ | F.R.E. 402, 802, 901, incomplete |

| Exhibit No. | Bates Nos. | Description | Objection(s) |
|---|---|---|---|
| | RDC17847 | E-mail dated 9/17/2005 from Virginie Hamel to Bob Christ | F.R.E. 402, 802, 901, incomplete |
| | RDC17775-RDC17776 | E-mail dated 11/22/2005 from James Mortleman to Bob Christ | F.R.E. 402, 802, 901 |
| | RDC17914-RDC17015 | E-mail dated 4/3/2007 from James Mortleman to Bob Christ | F.R.E. 402, 802, 901 |
| | RDC17916 | E-mail dated 7/13/2005 from Michael Wolf to Bob Christ | F.R.E. 402, 802, 901 |
| | RDC17844 | E-mail dated 3/14/2000 from Les Lloyd to Tim McDonald | F.R.E. 402, 802, 901 |
| | None | Companies House Application for Striking Off, dated Aug. 13, 2007, submitted for Elan Suisse Ltd., Company No. 4998672 | F.R.E. 402, 802, 901 |
| | None | Website domain registration information for *bobchristamericantraitor.com* | F.R.E. 402, 802, 901 |
| | None | Website domain registration information for *bobchrist.net* | F.R.E. 402, 802, 901 |
| | None | Website domain registration information for *bobchrist.org* | F.R.E. 402, 802, 901 |
| | None | E-mail dated 9/20/2007 from T.J. de Klerk to Brett Cormick re: immediate removal of defamatory hate sites | F.R.E. 402, 802, 901 |
| | None | E-mail dated 11/25/2004 from Brett Cormick to Bob Christ re: subscription docs | F.R.E. 402 |
| | None | E-mail dated 10/15/2004 from Brett Cormick to Bob Christ re: docs | F.R.E.402 |
| | None | Elan Suisse Ltd. Report of the Director and Financial Statements for the Year Ended 31st December 2005 | F.R.E. 402 |
| | None | Financial Services Board of South Africa, Withdrawal of Authorisation, No. 2 of 2006, for Elan Suisse (Pty) Ltd. (FSP No. 852) | F.R.E. 402, 802, 901 |
| | RDC18542-RDC18544 | Letter of Agreement (undated) between European Venture Finance Ltd. and CoalCorp Pty Ltd. | F.R.E. 402, 802, 901 |
| | RDC18560 | Fax dated 2/19/1997 from Brett Cormick to Gordon Subloo | F.R.E. 402 |

| Exhibit No. | Bates Nos. | Description | Objection(s) |
|---|---|---|---|
| | RDC18607 | Fax dated 2/24/1997 from Brett Cormick to Gordon Subloo | F.R.E. 402 |
| | RDC18578 | Fax dated 4/23/1998 from Brett Cormick to Gordon Subloo | F.R.E. 402 |
| | None | E-mail dated 5/10/2005 from Julius Cobbett to Brett Cormick re: Elan Suisse story.doc | F.R.E. 402, 802, 901 |
| | None | Letter dated 8/29/2006 from Bruce B. Mujeyi, Lofty & Fraser, to The Officer Commanding, Zimbabwe Republic Police | F.R.E. 402, 802, 901 |
| | None | E-mail dated 5/7/2007 from Janet Goodwin (janet@swemlaw.com) to Brett Cormick re: Asset Search (including attachments) | F.R.E. 402, 802, 901 |
| | None | E-mail dated 2/14/2007 from Kyle Schonekas (kyle@swemlaw.com) to Brett Cormick re: FW: Christ (including attachments) | F.R.E. 402, 802, 901 |
| | None | E-mail dated 5/8/2007 from Todd Kelly (tkelly@the barnettgroup.com) to Brett Cormick and Janet Goodwin re: CHRIST PROPERTY PHOTOS!!!! | F.R.E. 402, 802, 901 |
| | None | E-mail dated 11/27/2004 from Bob Christ to Brett Cormick re: Address | F.R.E. 402 |
| | None | E-mail dated 6/14/2007 from Bob Christ to Brett Cormick re: FW: Discovery | F.R.E.402 |
| | None | E-mail dated 10/16/2004 from Bob Christ to Brett Cormick re: Paperwork for ES | F.R.E. 402 |
| | None | E-mail dated 12/30/2005 from Bob Christ to Brett Cormick re: ????!!! | F.R.E. 402 |
| | None | E-mail (undated) from Brett Cormick to Bob Christ re: Press Conference Today | F.R.E. 402 |
| | None | E-mail dated 11/18/2005 from Bob Christ to Brett Cormick re: Can't Wait!! | F.R.E. 402 |
| | None | E-mail dated 11/22/2005 from Apostolos Zographos to Brett Cormick re: Conclusion of Investigation | F.R.E. 402, 802, 901 |
| | None | E-mail dated 10/16/2004 from Bob Christ to Brett Cormick re: Docs | F.R.E. 402 |
| | None | E-mail dated 11/25/2004 from Bob Christ to Brett Cormick re: First Wave Docs | F.R.E. 402 |

| Exhibit No. | Bates Nos. | Description | Objection(s) |
|---|---|---|---|
| | None | E-mail dated 10/19/2004 from Bob Christ to Brett Cormick re: Local Lawyer | F.R.E. 402 |
| | None | E-mail dated 10/17/2004 from Bob Christ to Brett Cormick re: Paperwork for ES | F.R.E. 402 |
| | None | E-mail dated 11/17/2005 from John Walters to Brett Cormick re: Walter Mitty | F.R.E. 402, 802, 901 |
| | None | E-mail dated 6/9/2005 from Brett Cormick to Bob Christ re: WITHOUT PREJUDICE SAVE AS TO COSTS | F.R.E. 402 |
| | RDC05405-RDC05413 | E-mail dated 9/2/2004 from Bob Christ to Brett Cormick (with attachment) | F.R.E. 402 |
| | RDC09614 | E-mail dated 2/24/2004 from Bob Christ to Brett Cormick | F.R.E. 402 |
| | RDC09615 | E-mail dated 2/24/2004 from Bob Christ to Brett Cormick | F.R.E. 402 |
| | RDC09647 | E-mail dated 2/26/2004 from Bob Christ to Brett Cormick | F.R.E. 402 |
| | RDC09690-RDC09691 | E-mail dated 2/29/2004 from Bob Christ to Brett Cormick (with attachment) | F.R.E. 402 |
| | RDC9693 | E-mail dated 2/29/2004 from Bob Christ to Brett Cormick | F.R.E. 402 |
| | RDC09829 | E-mail dated 3/15/2004 from Bob Christ to Brett Cormick | F.R.E. 402 |
| | RDC09830-RDC09832 | E-mail dated 3/15/2004 from Bob Christ to Brett Cormick | F.R.E. 402 |
| | RDC13805 | E-mail dated 9/4/2004 from Brett Cormick to Bob Christ | F.R.E. 402 |
| | RDC13810-RDC13811 | E-mail dated 9/4/2004 from Brett Cormick to Bob Christ | F.R.E. 402 |
| | RDC13812-RDC13813 | E-mail dated 9/4/2004 from Brett Cormick to Bob Christ | F.R.E. 402 |
| | RDC14548 | E-mail dated 9/2/2004 from Bob Christ to Brett Cormick | F.R.E. 402 |
| | RDC14550 | E-mail dated 9/2/2004 from Bob Christ to Brett Cormick | F.R.E. 402 |

| Exhibit No. | Bates Nos. | Description | Objection(s) |
|---|---|---|---|
| | RDC14554 | E-mail dated 9/3/2004 from Bob Christ to Brett Cormick | F.R.E. 402 |
| | RDC14558-RDC14559 | E-mail dated 9/5/2004 from Bob Christ to Brett Cormick | F.R.E. 402 |
| | RDC17730-RDC17731 | E-mail dated 5/14/2000 from Alanna McAlery to Brett Cormick | F.R.E. 402, 802, 901 |
| | RDC17747 | E-mail dated 10/12/2005 from Brett Cormick to Bob Christ | F.R.E. 402 |
| | RDC17769-RDC17774 | E-mail dated 9/14/2005 from Brett Cormick to Bob Christ | F.R.E. 402 |
| | RDC17803 | E-mail dated 9/8/2005 from Brett Cormick to valbaer@aol.com | F.R.E. 402 |
| | RDC17804-RDC17816 | E-mail dated 9/14/2005 from Brett Cormick to Bob Christ | F.R.E. 402 |
| | RDC18051-RDC18052 | E-mail dated 9/6/2005 from Brett Cormick to Christine Gagnier | F.R.E. 402 |
| | RDC18058-RDC18060 | E-mail dated 9/16/2005 from Brett Cormick to Bob Christ | F.R.E. 402 |
| | RDC18061-RDC18062 | E-mail dated 9/7/2005 from Brett Cormick to Bob Christ | F.R.E. 402 |
| | RDC18063-RDC18064 | E-mail dated 9/15/2005 from Brett Cormick to Bob Christ | F.R.E. 402 |
| | RDC18065-RDC18066 | E-mail dated 9/3/2005 from Brett Cormick to Bob Christ | F.R.E. 402 |
| | RDC18091-RDC18129 | Text from www.bobchrist.net, dated 10/3/2005 | F.R.E. 402, 403 |
| | RDC18153-RDC18157 | E-mail dated 5/31/2005 from Brett Cormick to Bob Christ | F.R.E. 402 |
| | RDC18158-RDC18161 | E-mail dated 9/26/2005 from Brett Cormick to Bob Christ | F.R.E. 402 |
| | RDC18167 | E-mail dated 9/7/2005 from Brett Cormick to Bob Christ | F.R.E. 402 |
| | RDC18199 | E-mail dated 10/20/2005 from Brett Cormick to Bob Christ | F.R.E. 402 |

| Exhibit No. | Bates Nos. | Description | Objection(s) |
|---|---|---|---|
| | RDC18203 | E-mail dated 9/7/2005 from Brett Cormick to Bob Christ | F.R.E. 402 |
| | RDC18204-RDC18206 | E-mail dated 10/3/2005 from Brett Cormick to Bob Christ | F.R.E. 402 |
| | RDC18208-RDC18220 | E-mail dated 9/27/2005 from Bob Christ to Brett Cormick | F.R.E. 402 |
| | RDC18228-RDC18240 | E-mail dated 9/29/2005 from Brett Cormick to Bob Christ | F.R.E. 402 |
| | RDC18241-RDC18248 | E-mail dated 9/28/2005 from Brett Cormick to Bob Christ | F.R.E. 402 |
| | RDC18249-RDC18253 | E-mail dated 9/27/2005 from Brett Cormick to Bob Christ | F.R.E. 402 |
| | RDC18256-RDC18258 | Text from www.bobchristamericantraitor.com | F.R.E. 402, 403 |
| | RDC18259 | E-mail dated October 6, 2005 from Brett Cormick to Bob Christ | F.R.E. 402 |

3.    The following exhibits were offered by Brett J. Cormick, Elan Suisse International Holdings (USA) LLC and Elan Suisse Ltd., received in evidence and marked as indicated:

| Exhibit No. | Bates Nos. | Description | Objection(s) |
|---|---|---|---|
| | 5991-92 | E-mail dated 2/17/04 from Robert Christ to Brett Cormick | |
| | 9692 | E-mail dated 2/29/04 from Robert Christ to Brett Cormick | |
| | 7378-79 | E-mail dated 3/1/04 from Brett Cormick to Robert Christ | |
| | None | E-mail dated 9/21/04 13:59 from Robert Christ to Brett Cormick | |
| | None | E-mail dated 9/13/04 from Robert Christ to Brett Cormick (Ex. M to Christ Summary Judgment reply brief) | |

| Exhibit No. | Bates Nos. | Description | Objection(s) |
|---|---|---|---|
| | None | E-mail dated 3/14/06 from Robert Christ to Brett Cormick | |

4.    The following exhibits were offered by Brett J. Cormick, Elan Suisse International Holdings (USA) LLC and Elan Suisse Ltd. and marked for identification.    Robert D. Christ objected to their receipt in evidence on the grounds stated:

| Exhibit No. | Bates Nos. | Description | Objection(s) |
|---|---|---|---|
| | None | Harvard University Graduate School of Business Administration Certificate of Court Completion | F.R.E. 802, 901 |
| | None | Columbia Pacific University letter dated 9/12/86 | F.R.E. 802, 901 |
| | None | Columbia Pacific University letter dated 12/31/88 | F.R.E. 802, 901 |
| | None | London School of Economics and Political Science letter dated 5/7/94 | F.R.E. 802, 901 |
| | None | London School of Economics Alumni Library Card | F.R.E. 802, 901 |
| | None | London School of Economics Alumni website page for South Africa | F.R.E. 802, 901 |
| | None | Book – Macroeconomics and the Development of Political Economic Theory by Brett Cormick | F.R.E. 802, 901 |
| | None | Letter from the Imperial College of Science, Technology & Medicine dated 11/11/93 | F.R.E. 802, 901 |
| | None | Website page of the Imperial College of Science, Technology & Medicine re: Management School Faculty | F.R.E. 402, 802, 901 |
| | None | International Center for Monetary and Banking Studies course completed certificate dated 6/9/95 | F.R.E. 802, 901 |
| | None | European Institute of Business Administration – INSEAD certificate of participation, Spring, 1996 | F.R.E. 802, 901 |
| | None | Letter from Mees Pierson to Brett Cormick, dated 5/2/94 | F.R.E. 802, 901 |
| | None | Certificate of Appointment of Commander of the Shagashe Leopard Combat Tracker Anti-Poaching Unit 1/24/01 | F.R.E. 802, 901 |

| Exhibit No. | Bates Nos. | Description | Objection(s) |
|---|---|---|---|
| | None | Pages from Zimbabwe Wildlife, Jan.-Mar., 2001 | F.R.E. 402, 802, 901 |
| | None | Articles of Association of Elan Suisse International Holdings USA, LLC dated 3/22/04 | F.R.E. 901 |
| | None | Articles of Association of Elan Suisse (Pty.) Ltd., dated 8/11/03 | F.R.E. 901 |
| | None | Letter from the Financial Services Board to Brett Cormick dated 6/29/87 | F.R.E. 402, 802, 901 |
| | None | Excerpts from website www.elansuisse.co.za | Incomplete |
| | None | Excerpts from website www.elan-suisse.com | Incomplete |
| | None | Article, "Ice Cold Adventure on Top of the World," LSE Magazine, Winter 2000 | F.R.E. 402, 802, 901 |
| | None | E-mails dated 11/30/04, 1/4/05, 1/6/05 and 1/24/05 from Norman Botha to Brett Cormick | F.R.E. 402, 802, 901 |
| | None | Emails dated 10/20/04, 11/23/04 and 12/8/04 from Greg Scott to Brett Cormick | F.R.E. 402, 802, 901 |
| | None | E-mail dated 2/17/05 from Alexander Ruprecht-Gersteroph to Brett Cormick | F.R.E. 402, 802, 901 |
| | None | E-mail (undated) from Dirk Mostert to Brett Cormick | F.R.E. 402, 802, 901 |
| | 17753-54 | E-mail from Liz Robinson to Robert Christ dated 10/26/05 | F.R.E. 402, 802, 901 |
| | 17846 | E-mail from K. Blackburn to Robert Christ dated 10/18/05 | F.R.E. 402, 802, 901 |
| | 14748 | E-mail from Robert Christ to Brett Cormick dated 3/27/04 | F.R.E. 402, 403 |
| | None | E-mail dated 3/14/06 12:42 p.m. from Robert Christ to Brett Cormick | F.R.E. 402 |
| | 7417-18 | E-mail dated 3/4/04 from Robert Christ to Karen Christ | F.R.E. 402 |
| | 16662 | E-mail dated 5/8/04 8:00 AM from Robert Christ to Brett Cormick | F.R.E. 402 |
| | None | E-mail dated 5/9/04 9:15 am from Robert Christ to Brett Cormick | F.R.E. 402 |
| | 17220 | E-mail dated 5/25/04 from Robert Christ to Brett Cormick | F.R.E. 402 |

| Exhibit No. | Bates Nos. | Description | Objection(s) |
|---|---|---|---|
|  | None | E-mail dated 8/31/05 14:05 from Robert Christ to Brett Cormick | F.R.E. 402 |
|  | None | E-mail dated 9/21/04 14:35 from Robert Christ to Brett Cormick | F.R.E. 402 |
|  | None | E-mail dated 10/1/04 16:11 from Robert Christ to Brett Cormick | F.R.E. 402, 901 |
|  | None | E-mail dated 9/17/04 20:53 from Robert Christ to Brett Cormick | F.R.E. 402, 901 |
|  | 15375 | E-mail dated 5/8/04 13:44 from Robert Christ to Brett Cormick | F.R.E. 402, 901 |
|  | None | Letter from Robert Christ published in the Zimbabwe financial press (republished on the website of the Financial Gazette at http://www.fingaz.co.zw/fingaz/2005/March/March30/8136.shtml) | F.R.E. 402 |
|  | None | E-mail dated 4/20/07 from Robert Christ to Brett Cormick | F.R.E. 402, 403, 901 |
|  | None | E-mails dated 2/17/07 and 2/18/07 from Robert Christ to Brett Cormick (the "Guido" letters, Exhibit 26 to the deposition of Robert Christ) | F.R.E. 402, 403 |
|  | None | E-mail dated 1/26/07 from Robert Christ to Brett Cormick | F.R.E. 402, 403, 901 |
|  | None | Website mzone.mweb.co.za/residents/chooyo/kilireport.htm | F.R.E. 402, 802, 901 |
|  | None | E-mails dated 11/17/04 from Neil Baskerville to Brett Cormick | F.R.E. 402, 802, 901 |
|  | None | E-mail dated 3/13/06 10:45 AM from Robert Christ to Brett Cormick | F.R.E. 402, 403, 901 |
|  | None | E-mail dated 1/20/06 6:35 PM from Robert Christ to Brett Cormick | F.R.E. 402, 403, 901 |

## SCHEDULE D

### Live Witnesses

1.    Robert D. Christ will call the following witnesses to testify at trial:

| Witness | Address | Objections (if any) |
|---|---|---|
| Robert D. Christ | Sea Trepid, LLC<br>P.O. Box 898<br>Robert, LA 70455 | |
| Brett J. Cormick | Unknown | |

2.    In addition to the foregoing, Robert D. Christ may call the following witnesses to testify at trial:

| Witness | Address | Objections (if any) |
|---|---|---|
| Christine Gagnier | University of Georgia<br>Athens, GA | F.R.E. 402, 403, 404 |
| Gordon Subloo | 9 Sandpiper Court<br>Bayview Heights<br>Queensland, Australia | F.R.E. 402, 403, 404 |
| Alan Dean | Basingstoke, England | F.R.E. 402, 403, 404 |

3.    Brett J. Cormick, Elan Suisse International Holdings (USA) LLC and Elan Suisse Ltd. will call the following witnesses to testify at trial:

| Witness | Address | Objections (if any) |
|---|---|---|
| Brett J. Cormick | | |

4.    In addition to the foregoing, Brett J. Cormick, Elan Suisse International Holdings (USA) LLC and Elan Suisse Ltd. may call the following witnesses to testify at trial:

| Witness | Address | Objections (if any) |
|---|---|---|
| Robert D. Christ | Sea Trepid, LLC<br>P.O. Box 898 | |

Robert, LA 70455

**SCHEDULE E**

**Expert Witnesses**

The parties do not expect to call any expert witnesses to testify at trial.

**SCHEDULE F**

**Depositions**

1.      Robert D. Christ expects to read into evidence all or a portion of the transcript of

the following depositions:

| Deponent | Objections (if any)[2] | |
|---|---|---|
| Apostolos Zographos | | |
| Richard Crook | | |
| Alan Dean | 12:16-17 | F.R.E. 402, 802 |
| | 13:17-20 | F.R.E. 402, 602 |
| | 15:6-7 | F.R.E. 402, 802 |
| | 16:11-12 | F.R.E. 402, 602 |
| | 18:12-13 | F.R.E. 402, 802 |
| | 19:11-12 | F.R.E. 402, 602 |
| | 20:6-7 | F.R.E. 402, 802 |
| | 20:23-21:2 | F.R.E. 402, 802 |
| | 26:10-11 | F.R.E. 402, 802 |
| | 26:23-24 | F.R.E. 402, 802 |
| | 38:5-20 | F.R.E. 402, 403, 602, 608, 609 |
| | 38:24-39:22 | F.R.E. 402, 802 |
| Bruce Lyman | | |
| Carl Palmer | 32:13-23 | F.R.E. 402, 802 |
| Gordon Subloo | 25:12-13, 16-17 | F.R.E. 402, 602, 608, 609 |
| | 27:22-28:4 | F.R.E. 402, 403, 602, 608, 609, 802 |
| | 29:5-23 | F.R.E. 402, 403, 602, 608, |

---

2       By agreement of the parties, objections to line designations in depositions are set forth
herein.  Any objects to the depositions overall are addressed in a motion *in limine*.

|  |  |  |
|---|---|---|
|  |  | 609 |
|  | 31:7-13 | F.R.E. 402, 403, 602, 608, 609, 802 |
|  | 31:20-32:20 | F.R.E. 403, 403, 602, 608, 609, 802 |
|  | 33:19-34:5 | F.R.E. 802 |
|  | 51:8-52:4 | F.R.E. 402, 403, 602, 608 609, 802 |

2.    Brett J. Cormick, Elan Suisse International Holdings (USA) LLC and Elan Suisse

Ltd. expect to read into evidence all or a portion of the transcript of the following depositions:

| Deponent | Objections (if any) | |
|---|---|---|
| Apostolos Zographos | 7:4-6 | F.R.E. 402, 404, 802 |
|  | 9:7-13:18 | F.R.E. 402, 404, 602 |
|  | 13:19-14:8 | F.R.E. 402, 404, 602, 701, 802 |
|  | 16:18-17:6 | F.R.E. 402, 602 |
|  | 18:15-22 | F.R.E. 402, 802 |
|  | 25:9-26:6 | F.R.E. 402, 602, 802 |
|  | 26:12-22 | F.R.E. 402, 802 |
|  | 26:23-28:1 | F.R.E. 402, 404, 602, 701 |
|  | 32:3-34:23 | F.R.E. 402, 403, 602, 701 |
|  | 35:13-18 | F.R.E. 402, 602 |
|  | 117:9-20 | F.R.E. 402, 404, 701 |
| Richard Crook | 5:10-23 | F.R.E. 402, 404, 602 |
|  | 5:24-6:5 | F.R.E. 402, 404, 602, 802 |
|  | 6:6-8:9 | F.R.E. 402, 602 |
|  | 84:17-85:4 | F.R.E. 402, 404, 701 |
| Robert D. Christ | | |

**SCHEDULE G**

**Special Damages**[3]

**By Robert D. Christ (exchange rate = R6.12/$):**

| | |
|---|---|
| $250,000.00 | Funds transferred to Cormick in March 2004 |
| $20,500.00 | 10% tax penalty on $205,000 withdrawn from variable annuity |
| $1,475.29 | Paid to Assheton-Smith Inc. (South African counsel) for initial analysis (R 9,028.80) |
| $53.50 | Service charge for wire transfer to South African counsel |
| $2,090.01 | Costs and expenses incurred in selling and shipping hot air balloon to fund South African attorneys' fees |
| $279.41 | Paid Tax Invoice 525 (R 1,710.00) |
| $10,955.04 | Paid Tax Invoice 524 re: interim fees and disbursements (R 67,044.84) |
| $11,202.82 | Paid Tax Invoice 556 re: further interim fees and disbursements (R 68,561.24) |
| $5,889.33 | Balance held in South African counsel trust account |
| $5,000.00 | Approximate travel expenses for travel to London for meeting with Cormick in March 2004 |
| $225.00 | One 1620 Pelican case for Cormick to transport Elan Suisse embroidered shirts to Zimbabwe |
| $3,000.00 | Approximate travel expenses to South Africa to file Founding Affidavit |
| $4,000.00 | Approximate communications expenses, February 2004 to May 2005 |
| $9,722.31 | R 65,000.00 sent to Assheton-Smith for posting of bond for costs |
| $2,084.43 | Transfer in September 2005 to Assheton-Smith for final account payment |
| $1,580.24 | Transfer in September 2005 to Smith Tabata for retainer (R 10,000.00) |
| $40.00 | Wire fee to Smith Tabata |

---

3    Cormick disputes the validity of these claims, and the suggestion that any such damages are relevant or recoverable under the appropriate measure of damages.

| | |
|---|---|
| $274,000.00 | Lost revenues in 2004 – 280 days at $980/day (Mr. Christ's published billing rate in 2004) |
| $538,000.00 | Lost revenues in 2005-08 – 400 days at $1,345/day (Mr. Christ's current published billing rate) |
| $4,500.00 | Approximate travel expenses to U.K. in June 2007 to investigate Brett Cormick and Elan Suisse |
| $4,390.00 | December 1, 2006 payment to Sawyer and Mkushi (Zimbabwe counsel) plus $40.00 wire transfer fee |
| $5,140.00 | November 9, 2007 payment to Sawyer and Mkushi (Zimbabwe counsel) plus $40.00 wire transfer fee |

**By Brett J. Cormick, Elan Suisse International Holdings (USA) LLC and Elan Suisse Ltd.:**

None

## SCHEDULE H

### Waivers of Any Claims or Defenses Abandoned by Any Party

**By Robert D. Christ:**

None.


**By Brett J. Cormick, Elan Suisse International Holdings (USA) LLC and Elan Suisse Ltd.:**

None.

## SCHEDULE I

## History and Status of Settlement Negotiations

### By Robert D. Christ:

In accordance with the Court's instructions during a July 5, 2007 telephone conference with counsel, counsel for the parties discussed the possibility of settlement but were unable to agree on acceptable terms. More recently, counsel for the parties have engaged in further discussions following a February 12, 2008 telephone conference with the Court but have been unable to agree on acceptable terms.

The most serious impediment to settlement appears to be Cormick's inability to make any monetary payments to Christ. From Christ's perspective, any potential settlement must include, at a minimum, some payment to Christ to compensate him for the funds which form the basis of his claims. Unless Cormick is able to make an offer which includes some form of cash compensation (or, alternatively, unless he is able to document his financial status as ordered by the Court on February 29, 2008), any further negotiations are likely to be unproductive.

In short, this action is not about a "pound of flesh," but recovery of $250,000 which Christ entrusted to Cormick more than four years ago. Christ's various attempts to ascertain the disposition of those funds have been answered by Cormick with threats, insults, obfuscations and red herrings. In the absence of any evidence to the contrary, Christ can only conclude that the funds were taken from him by fraud. It is for this reason that Christ insists that any settlement include no less than a final accounting of his funds as well as some form of monetary restitution.

### By Brett J. Cormick, Elan Suisse International Holdings (USA) LLC and Elan Suisse Ltd.:

From Cormick's perspective, Christ's demand for "some payment" improperly discounts the valid claims asserted by Cormick and the injury Christ has caused. While Mr. Christ may be out money, he is still in business and generating income. On the other hand, as a result of

Christ's vendetta, Cormick has lost his ability to secure gainful employment, has suffered physical harm and has been denied the ability to see his children and has been able to survive solely through the charity of others. Christ has gotten considerably more than his pound of flesh.

In any event, given Cormick's impecunious state, he could not pay anything to Christ even if he wanted to. And, as Christ has stated on his website, "If he *is* destitute, I cannot see any reason why we would settle this case out of court. Because this is about money and if he isn't going to come up with restitution voluntarily I will need to get a judgment then satisfy the judgment (a judgment has a bit more 'teeth' than Cormick's ***good will***) through the legal process." (Emphasis in original).

## SCHEDULE J

### Status of Discovery

By agreement of the parties and with approval of the Court, the deposition of Dr. Cormick was postponed until April 16-17, 2008. That deposition will not take place as scheduled, however, due to Dr. Cormick's subsequent cancellation, which is the subject of Mr. Christ's pending Motion for Sanctions.

It was revealed at the deposition of Mr. Christ that Mr. Christ had not produced a number of documents responsive to Dr. Cormick's requests for production of documents, either initially or in supplementation pursuant to Fed. R. Civ. P. 26(e). As of the filing of this Pre-Trial Order, Mr. Christ still has not produced those documents.