IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT D. CHRIST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BRETT J. CORMICK and ELAN SUISSE INTERNATIONAL HOLDINGS (USA) LLC, | ) ) ) | C.A. No. 06-275-GMS |
| | ) | |
| Defendants. | ) | |
| | ) | |
| ELAN SUISSE, LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-60-GMS |
| | ) | |
| ROBERT D. CHRIST, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION TO WITHDRAW AS COUNSEL**

Movants David L. Finger and Finger & Slanina, LLC, hereby move to withdraw as counsel for defendants Brett J. Cormick and Elan Suisse International Holdings (USA) LLC, defendants in Civil Action No. 06-275-GMS, and Elan Suisse, Ltd., plaintiff in Civil Action No. 07-60-GMS. In support of this motion, movants state as follows:

1. For approximately the last two weeks, movants have been unable to obtain any instructions, assistance or response from their clients on issues pertaining to the present litigation, including Mr. Christ's pending Motion for Sanctions, preparation of the pre-trial order and trial briefs, and general trial preparation. As a consequence, movants have been frustrated in their ability

to perform as counsel and in their ability to prepare for trial. Further, movants have no indication that this situation is going to improve. To the contrary, indications are that movants' clients have no further plans to participate in the litigation. In the absence of any cooperation and instruction from the clients, movants have no choice but to withdraw.

WHEREFORE, for the foregoing reasons, movants David L. Finger and Finger & Slanina, LLC, respectfully request that the Court grant their motion to withdraw as counsel.

Dated: April 30, 2008

Respectfully submitted,

/s/ David L. Finger
David L. Finger (DE Bar ID #2556)
Finger & Slanina, LLC
One Commerce Center
1201 Orange Street, Suite 725
Wilmington, DE 19801-1155
(302) 884-6766

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT D. CHRIST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BRETT J. CORMICK and ELAN SUISSE INTERNATIONAL HOLDINGS (USA) LLC, | ) ) ) ) | C.A. No. 06-275-GMS |
| | ) | |
| Defendants. | ) | |
| ELAN SUISSE, LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-60-GMS |
| | ) | |
| ROBERT D. CHRIST, | ) | |
| | ) | |
| Defendant. | ) | |

# **ORDER**

On this ____ day of _____, 2008, IT IS HEREBY ORDERED THAT the motion to withdraw of David L. Finger and Finger & Slanina, LLC from representing the defendants in Civil Action No. 06-275-GMS and the plaintiff in Civil Action No. 07-60 is GRANTED.

_____
Sleet, J.