IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT D. CHRIST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-275-GMS |
| | ) | |
| BRETT J. CORMICK and ELAN SUISSE | ) | |
| INTERNATIONAL HOLDINGS (USA) LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| ELAN SUISSE LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-60-GMS |
| | ) | |
| ROBERT D. CHRIST, | ) | |
| | ) | |
| Defendant. | ) | |

**AFFIDAVIT OF ROBERT D. CHRIST**

| | |
|---|---|
| STATE OF LOUISIANA | ) |
| | ) ss: |
| PARISH OF _Tangipahoa_ | ) |

Robert D. Christ, being duly sworn, hereby deposes and says:

1.      I am a party to the above-captioned actions and submit this affidavit in support of my Motion for Entry of Default Judgment and Attorneys' Fees.  I have personal knowledge of the facts set forth herein and can testify truthfully as to those facts if called upon to do so.

2.      On May 12, 2008, the Court entered an order awarding me a default against the defendants in Civil Action No. 06-275-GMS.  As the Court is aware, my claims in this litigation arise from a series of fraudulent actions through which the defendants misappropriated $250,000

from me.  As the parties have represented to the Court, there is no dispute that, at a minimum, I am entitled to a default judgment against the defendants for this $250,000 amount.

3.     Through my Motion for Entry of Default Judgment and Attorneys' Fees, I respectfully request that the Court also award me further compensatory and punitive damages arising from the defendants' conduct as well as reimbursement of the attorneys' fees and expenses I have incurred as a result of the defendants' bad faith conduct and abuse of the judicial systems in two countries.  In this affidavit, I provide for the Court's consideration the evidence establishing the damages I have suffered and the attorneys' fees and expenses I have paid to date. I also wish to inform the Court that there are many instances of documented but relatively minor costs (such as wiring fees, Internet hosting fees, etc.) that I have not included in my request for damages.  Instead, I have focused on the most substantial instances of harm which I can attribute directly to the defendants' actions.

4.     My reliance on the fraudulent actions of Brett J. Cormick not only led me to furnish Mr. Cormick with a $250,000 "investment" in his purported business venture, but also caused me to incur additional costs in connection with that venture.  As the Court will recall, Mr. Cormick not only asked me to make a financial investment in his business but also proposed that I be an active participant.  To that end, I incurred significant personal expense in order to promote what Mr. Cormick led me to believe was a legitimate enterprise.  First, I spent approximately $5,000 to travel to London, England in March 2004 – at Mr. Cormick's request – in order to meet with Mr. Cormick and representatives of BNP Paribas.  At the same time, I purchased and gave to Mr. Cormick a durable Pelican hard case (costing $225.00) in which Mr. Cormick could transport to Zimbabwe embroidered "Elan Suisse" shirts which I also purchased at my own expense.

5.      From February to November 2004, I also devoted considerable amounts of time –

again, at Mr. Cormick's request and in reliance upon his misstatements – to promote and

advance what I reasonably believed was a business venture in which I had invested $250,000.

For example, I single-handedly coordinated and oversaw development of the Internet website

through which Mr. Cormick told me his venture would promote and conduct its business.

(During the ensuing investigation, I uncovered that Elan Suisse already had a website and that

my efforts to develop the Elan Suisse site were "make work" to keep me busy while Mr.

Cormick enjoyed the fruits of my "investment.")  I also personally undertook to investigate and

rent potential office space for the venture's United States operations.  In total, I estimate that I

personally incurred $4,000 in communications expenses (for telephone, fax, Internet, etc.)

relating to the "business" of Elan Suisse.

6.      During this time period, I estimate that I spent approximately 280 working days

on Mr. Cormick's purported business venture, which ultimately turned out to be completely

fraudulent.  At that time, I also was (and continue to be) the owner and chief executive of

SeaTrepid, an underwater robotic exploration business.  Attached hereto as **Exhibit A** is a

SeaTrepid quote from September 2006 which indicates a billing rate of $1,125 per day for

equipment operators.  This rate was equivalent to my personal daily rate as project manager in

2004 (note that, in 2006, my rate had increased to $1,250 per day).  At that rate, I therefore lost

the opportunity to realize $315,000 in total revenues by instead working 280 days on Mr.

Cormick's venture for which I was never compensated.

7.      In late 2004, after I realized that Mr. Cormick had defrauded me, I began what

ultimately became nearly four years of investigation into Mr. Cormick, his claimed educational

credentials and past experience, and what I later discovered were numerous other victims of his

fraudulent scams. But for Mr. Cormick's unlawful conduct, I would not have spent the literally

thousands of hours I have conducting this investigation and documenting my efforts on my

website, *www.elansuisse.co.za*. Nonetheless, without this investigation – or the information I

received in response to my website – I could not have made the allegations that formed the basis

for this action nor pursued the claims for which Mr. Cormick now has conceded liability.

8.      My best estimate is that I have spent the equivalent of approximately 400 working

days pursuing my investigation, time that I otherwise could have spent working on business for

SeaTrepid. At my current billing rate of $1,475 per day (as documented in **Exhibit B** hereto),

Mr. Cormick's actions therefore have cost me $590,000 in additional business income. In

addition, I also spent approximately $4,500 in June 2007 traveling to England to interview other

victims of Mr. Cormick's prior scams. The information I obtained through this trip proved

invaluable in pursuing my claims before this Court.

9.      In seeking to recover the monies that were misappropriated from me, as well as

the other damages I have suffered as a result of the defendants' actions, I have had to pursue

litigation in two separate countries. First, in 2005 I brought suit against Mr. Cormick in South

Africa, a proceeding for which I incurred a total of 181,227.84 South African Rands in attorneys'

fees and expenses. In connection with the South African litigation, I also was required to post

security in the amount of 65,000 Rands, a sum which I have never recovered. (The invoices

from my South African counsel documenting these fees and expenses are attached hereto as

**Exhibit C**.) At the then-current exchange rate of 6.12 Rands per U.S. Dollar, these expenses

equate to $40,223.31. In connection with the South African proceeding, I also personally

incurred $3,000 in costs in traveling to South Africa to meet with my counsel and to execute and

file a "Founding Affidavit" as required under South African law.

10.     When Mr. Cormick resisted my South African suit on the grounds that he was not subject to jurisdiction in that country, I was forced to initiate the action in this Court in April 2006.  Once again, Mr. Cormick resisted on procedural grounds, arguing that he lacked sufficient contacts with Delaware to be subject to this Court's personal jurisdiction.  Ultimately, the Court denied this motion, holding that Mr. Cormick properly was subject to personal jurisdiction in Delaware.

11.     While Mr. Cormick was arguing to this Court that he would be unduly burdened by litigating in the United States, in June 2006 he nonetheless caused (through one of the Elan Suisse entities he controls) a separate action to be filed against me in Pennsylvania Common Pleas Court.  This action was removed to the U.S. District Court for the Eastern District of Pennsylvania and ultimately transferred to this Court for consolidation with my original action. In response to my motion for judgment on the pleadings, Mr. Cormick voluntarily dismissed all but one of the counts in that action, and the Court finally dismissed the action in its entirety in its May 12, 2008 order.

12.     Once this Court denied Mr. Cormick's motion to dismiss my claims against him, Mr. Cormick filed counterclaims in which he lodged a wide range of sensational allegations against me, including claims that I defamed him to the point that he had lost all income and prospects for employment, as well as claims that I caused agents of the government of Zimbabwe to torture him while he was in their custody.  I spent tens of thousands of dollars defending against and responding to discovery relating to these counterclaims, which Mr. Cormick ultimately abandoned and which were dismissed by the Court on May 12, 2008.

13.     In total, I have incurred $272,756.74 in attorneys' fees and expenses in connection with pursuing my affirmative claims in this action as well as defending against the

baseless claims alleged by Mr. Cormick and Elan Suisse Ltd. (Documentation of these fees and expenses from my counsel is attached hereto as **Exhibit D**.) Of this sum, my counsel estimates that $40,661.46 is directly attributable to defending the claims asserted against me in Civil Action No. 07-60-GMS (including its predecessor proceedings in Pennsylvania state and federal court). I also personally incurred approximately $3,000 in costs to travel to and from Wilmington, Delaware in order to give my deposition in these actions.

14.    Had Mr. Cormick simply not responded to my original complaint, I would have been entitled to a default judgment for $250,000. Instead, Mr. Cormick chose to throw up two years of repeated procedural roadblocks and prolong the litigation as long as possible in an obvious and blatant attempt at driving up my expenses. Once he could no longer avoid litigating the merits of my claims (and finally giving a deposition under oath), Mr. Cormick simply surrendered and consented to entry of a default. If the Court awards me a default judgment of only $250,000 – the sum to which I would have been entitled had Mr. Cormick taken a default *two years ago* – Mr. Cormick's strategy will have been rewarded in full.

15.    Lest there be any doubt, Mr. Cormick's bad faith in pursuing this strategy was confirmed by his statement to counsel, as conveyed to the Court on May 8, 2008, that, in abandoning his defenses, he would simply "let me get my judgment, and good luck trying to collect it." I respectfully submit that the Court should not countenance such blatant abuse of the federal judicial system and its limited resources, abuse that has personally cost me hundreds of thousands of dollars in attorneys' fees for which I should be reimbursed by Mr. Cormick – if I am "lucky" enough to collect it.

FURTHER AFFIANT SAYETH NOT.

Robert D. Christ

Subscribed and sworn to before me
this 30th day of MAY , 2008
My commission expires _at death_

Notary Public

**BRENDA DUNN MILLER**
**Notary Public, ID #67656**
**Parish of Tangipahoa, Louisiana**
My commission is for life.

**Notary Attests To**
**Signatures Only**

# Exhibit A



**1250 SW Railroad Ave., Suite 230B**
**P.O. Box 518**
**Hammond, LA  70404  USA**
**Phone: (985)350-6299**
**Fax: (985)419-1036**
**e-mail: info@seatrepid.com**

---

## <u>QUOTE</u>

September 28, 2006

Jack H. Medley
Purchasing Coordinator (WA&D EMT)
Tetra Technologies, Inc.
The Woodlands, TX
(281) 364-5045 Office
(281) 364-4300 Fax

Subject:    SeaTrepid Quote # **<u>ST2006-Q102</u>**
            Quote for SeaTrepid Support Services for the Apache Project

Dear Mr. Medley:

As discussed today, below please find the price Quote for the Maersk Achiever Project good for the Apache SS193B/A as well as the ST161A/D projects (or nine months from the date of this quote – which ever comes first).  The price quote considerations/assumptions are as follows:

1) SeaTrepid provides a launch and recovery system (LARS) for the ROV compatible with vessel Dynamic Positioning
2) SeaTrepid provides a cage deployment system for the ROV compatible with vessel Dynamic Positioning
3) SeaTrepid provides accommodation for the acoustic transponder operated by T. Baker Smith
4) SeaTrepid provides an Outland 1000 ROV system with all job-specific modifications
5) SeaTrepid provides a backup Outland 1000 ROV system
6) SeaTrepid provides a 40' command center container as specified on drawings provided during late-August/early-September 2006, with office furniture, ready to plug in equipment.  Tetra will supply the computer network hub and wiring, streaming IP video server and all phones.
7) SeaTrepid provides personnel to man the SeaTrepid-provided equipment

8) SeaTrepid provides video to be fed to the video server as well as to the remainder of the vessel (vessel viewing system is not included in this pricing nor is any and all equipment downstream of the video viewing system within the command center)

The quote for all of these services follows:
1) Day rate for our operators is $1,125/day
2) Day rate for our tenders is $650/day
3) Day rate for the basic backup Outland 1000 ROV system is $650/day
4) Day rate for the primary Outland 1000 system is $1,440/day - this includes the primary Outland 1000, sonar, manipulator, LARS, Cage Deployment System, transponder mounting bracket and all video feeds to the command center
5) Day rate for the command center with all video components and wired for video, phones and electrical outlets is $285/day from placement of the container aboard the vessel until April 10, 2007 and $150/day thereafter
6) Day rate for tool cam (primary pan and tilt system plus backup fixed) as well as tool attachment bracket is $155/day
7) Standby rate for all personnel is $650/day for all days while the vessel is in-shore and our personnel are dedicated to the Maersk Achiever project
8) Mobilization rate for all equipment and personnel carries a one-day charge.  SeaTrepid does not charge for demobilization.
9) Basic day rate for Benthos StingRay ROV system is $975/day.  The StingRay is a much more heavy-duty ROV system for deeper water/high current applications.  It will require a two day mobilization in order to get this vehicle aboard the vessel for operations.
10) Mileage is charged at $2/mile originating at the SeaTrepid office in Hammond, LA
11) All purchased items outside of SeaTrepid responsibility carries a 15% service charge
12) All customer-requested video editing performed off-site will be charged at $125/hour
13) Day rate for our project manager (i.e. Bob Christ) is $1,250/day

Please review the details of the above quote for implementation so that SeaTrepid may seamlessly integrate this capability into the Maersk Achiever project.

Sincerely,

*Bob*

Robert D. Christ, President

RDC/rc

PROPOSAL ACCEPTED:

_____

Jack Medley, Purchasing Coordinator (WA&D EMT)

2

**Exhibit B**

# SeaTrepid 2008 Gulf of Mexico Price List

## ROV

| | Day Rate |
|---|---|
| Benthos Stingray | $ 1,775 |
| Outland 1000 Primary ROV | $ 1,500 |
| Outland 1000 Backup ROV | $ 500 |
| Video Ray | $ 875 |

## Personnel (12 hour day)

| | |
|---|---|
| Project Manager | $ 1,475 |
| Operator | $ 1,385 |
| Tender | $ 925 |
| Standby Rate | $925 for all classifications |

## Equipment

| | |
|---|---|
| ROV Command Center & Video Spread | $ 425 |
| LARS (Launch & Recovery System) | $ 495 |
| Tool Camera (Fixed plus Pan & Tilt) | $ 180 |
| Sea Snake Camera | $ 105 |
| Mechanically Scanning Imaging Sonar | $ 105 |
| Outland single function manipulator | $ 28 |
| Stingray two function minipulator | $ 95 |
| Cathodic Potential Probe | $ 110 |
| Acoustic Positon Mini Beacon | $ 33 |
| C1 D1 Monitor | $ 200 |

## Services

| | |
|---|---|
| Acoustic Positioning | $ 1,855 |
| Install custom vessel or barge monitoring system | $ 3,740 |
| Install custom vessel or barge computer network system | $3,740 plus purchases |
| Streaming IP Video | Price available upon request |
| Acoustic Release | Price available upon request |
| Flooded member detection | Price available upon request |
| High torque electrical intervention tooling | Price available upon request |

## Mobilization/Demobilization Rate

SeaTrepid charges a one day charge for mobilization of all equipment and personnel
SeaTrepid charges a one day charge for demobilization all equipment and personnel

Mileage - $1.50/mile originating at the SeaTrepid office in Robert, Louisiana

**Exhibit C**



## ASSHETON-SMITH INC.

ATTORNEYS & CONVEYANCERS

# TAX INVOICE

### VAT Registration No: 4480200328

| Date: | 18 November 2004 |
|---|---|
| Invoice No: | 0418 |
| Account No: | CHR 002 |

**MR BOB CHRIST**

*Via E-Mail*

| Re: ELAN SUISSE (PTY) LIMITED ("ES RSA"); ELAN SUISSE INTERNATIONAL HOLDINGS ("ES Holdings") AND DR BRETT CORMICK ("Cormick") | AMOUNT | |
|---|---|---|
| ***To our interim attorney and client fees in respect of:–*** attending in consultation with Kevin Wright; perusing and considering e-mails and documents; attending to prepare written opinion *(10 hours @ R750,00 per hour)* | R | 7 500.00 |
| To VAT thereon @ 14%: | R | 1 050.00 |
| To photocopies, e-mails and telephone calls | R | 420.00 |
| To VAT thereon @ 14%: | R | 58.80 |
| **TOTAL AMOUNT DUE & PAYABLE:** | **R** | **9 028.80** |

PLEASE NOTE THAT THIS INVOICE IS PAYABLE ON PRESENTATION.
PAYMENT CAN BE MADE TO THE FOLLOWING BANK ACCOUNT AND THE DEPOSIT SLIP OR
CONFIRMATION CAN BE FAXED TO (021) 685-6796.
PLEASE QUOTE THE INVOICE NUMBER WHEN EFFECTING PAYMENT OF THIS INVOICE.

Account Holder: Assheton-Smith Incorporated
Bank: Standard Bank of South Africa Limited
Account No: 071 487 719
Branch Code: 025009 (Rondebosch Branch)

Ground Floor, West Block, Tannery Park, Belmont Road, Rondebosch 7700
PO Box 270, Newlands 7725, Cape Town, South Africa
Tel: +27 (0)21 685-6766   Fax: +27 (0)21 685-6796   E-Mail: asi@telkomsa.net
Director: CB Assheton-Smith   Company Registration No: 2002/010819/21



## ASSHETON-SMITH INC.

### ATTORNEYS & CONVEYANCERS

# TAX INVOICE

## VAT Registration No: 4480200328

| Date: | 1 February 2005 |
|---|---|
| Invoice No: | 0483 |
| Account No: | CHR 003 |

GRANT DURLING                                          *Via E-Mail*

| DESCRIPTION | FEES | DISB | VAT | TOTAL |
|---|---|---|---|---|
| RE:  AGREEMENT:  SALE OF HOT AIR BALLOON | | | | |
| *To your half share of our attorney and client fees in re:- preparation of the above Agreement* | 1 500.00 | 0.00 | 210.00 | 1 710.00 |
| *SUB-TOTALS* | *1 500.00* | *0.00* | *210.00* | *1 710.00* |
| TOTAL AMOUNT DUE & PAYABLE (incl. VAT) | R1 710.00 | | | |

PLEASE NOTE THAT THIS INVOICE IS PAYABLE ON PRESENTATION.
PAYMENT CAN BE MADE TO THE FOLLOWING BANK ACCOUNT AND THE DEPOSIT SLIP OR CONFIRMATION CAN BE
FAXED TO (021) 685-6796.
PLEASE QUOTE THE INVOICE NUMBER WHEN EFFECTING PAYMENT OF THIS INVOICE

Account Holder:     Assheton-Smith Incorporated
Bank:               Standard Bank of South Africa Limited
Account No:         071 487 719
Branch Code:        025009 (Rondebosch Branch)

Ground Floor, West Block, Tannery Park, Belmont Road, Rondebosch 7700
PO Box 270, Newlands 7725, Cape Town, South Africa
Tel: +27 (0)21 685-6766   Fax: +27 (0)21 685-6796   E-Mail: asi@telkomsa.net
Director: CB Assheton-Smith   Company Registration No: 2002/010819/21



## ASSHETON-SMITH INC.
ATTORNEYS & CONVEYANCERS

## TAX INVOICE

### VAT Registration No: 4480200328

| Date: | 17 March 2005 |
|---|---|
| Invoice No: | 0524 |
| Account No: | CHR 001 |

Mr R D Christ

| DESCRIPTION | FEES | DISB | VAT | TOTAL |
|---|---|---|---|---|
| *To our interim attorney and client fees in respect of Brett Cormick Summons :-*<br>Attending on receipt and perusing of various emails and attending to reply thereto, to our various attendances in relation to the above including taking instructions and advising you, attending to prepare draft particulars of claim, attending to brief counsel on settling same, attending to instructing correspondent attorneys on issue and service of same, attending to report to you from time to time, attending upon receipt of Notice of Intention to Oppose, attending to prepare Application for Summary Judgement and Affidavit in support thereof, and arranging for service, and correspondence in connection with the above. | 9 700.00 | | 1 358.00 | 11 058.00 |
| *To our interim attorney and client fees in respect Elan Suisse Application for liquidation :-*<br>Attending upon receipt of various emails and attending to reply thereto, attending to prepare a letter of demand in terms of Section 345 of the Companies Act, attending on conducting a companies office searches, attending to arrange service of Section 345 demand, attending to research and investigate Mercari Financial Services and Elan Suisse and Cormick and receiving various emails from you in relation thereto, attending to prepare further Section 345 demand and arranging for service thereof, attending in correspondence with Lyndsay Cook and J J Loots and Company advising you on status on the matter from time to time, attending on re-perusal of documentation and attending to prepare draft Founding affidavit, attending to prepare draft Notice of Motion, attending to arrange consultation with counsel, attending in consultation with you and counsel when Affidavit traversed and changes made thereto, attending in further consultation with you when Founding Affidavit finalized and attending on signature, attending to finalise Notice of Motion and dispatching same by courier, attending to instruct on service of the documents, attending in Johannesburg at the hearing of the matter when the matter postponed by agreement, and other attendances not specifically provided for above. | 30 800.00 | | 4 312.00 | 35 112.00 |

Ground Floor, West Block, Tannery Park, Belmont Road, Rondebosch 7700
PO Box 270, Newlands 7725, Cape Town, South Africa
Tel: +27 (0)21 685-6766   Fax: +27 (0)21 685-6796   E-Mail: asi@telkomsa.net
Director: CB Assheton-Smith   Company Registration No: 2002/010819/21

● Page 2                                                                          May 28, 2008

| | | | | |
|---|---|---|---|---|
| SUB-TOTALS | 40 500.00 | | 5 670.00 | 46 170.00 |
| To disbursements: | | | | |
| In respect of the Summons :- | | | | |
| Christopher Lee Attorneys | | 3 682.58 | 396.68 | 4 079.26 |
| Counsel's fees : Advocate J Roux | | 2 500.00 | 350.00 | 2 850.00 |
| In respect of the Application for liquidation | | | | |
| Christopher Lee Attorneys | | 1 610.05 | 198.67 | 1 808.72 |
| Revenue Stamps | | 80.00 | | 80.00 |
| Companies Office Searches for Mercari & Elan Suisse | | 700.00 | | 700.00 |
| Counsel's fees : Advocate Bembridge | | 3 675.00 | 514.50 | 4 189.50 |
| De Beer Van Eeden Attorneys re security bond | | 715.00 | 91.00 | 806.00 |
| Johannesburg Courier re service | | 550.00 | | 550.00 |
| Flight to Johannesburg | | 2 773.86 | 388.14 | 3 162.00 |
| To telephone calls, emails and photocopies in relation to both matters | | 2 132.00 | 298.48 | 2 430.48 |
| To traveling : 48km x R4.00 | | 192.00 | 26.88 | 218.88 |
| SUB-TOTALS – DISBURSEMENTS | | 18 610.49 | 2 264.35 | 20 874.84 |
| SUB-TOTALS | 40 500.00 | 18 610.49 | 7 934.35 | 67 044.84 |
| TOTAL AMOUNT DUE (incl. VAT) | R67 044.84 | | | |

PLEASE NOTE THAT THIS INVOICE IS PAYABLE ON PRESENTATION.
PAYMENT CAN BE MADE TO THE FOLLOWING BANK ACCOUNT AND THE DEPOSIT SLIP OR
CONFIRMATION CAN BE FAXED TO (021) 685-6796.
PLEASE QUOTE THE INVOICE NUMBER WHEN EFFECTING PAYMENT OF THIS INVOICE.

Account Holder:     Assheton-Smith Incorporated Current Account
Bank:               Standard Bank of South Africa Limited
Account No:         071 487 719
Branch Code:        025009 (Rondebosch Branch)



# ASSHETON-SMITH INC.

### ATTORNEYS & CONVEYANCERS

## TAX INVOICE

### VAT Registration No: 4480200328

| Date: | 30 April 2005 |
|---|---|
| Invoice No: | 0556 |
| Account No: | CHR 001 |

**Mr R D Christ**

| DESCRIPTION | FEES | DISB | VAT | TOTAL |
|---|---|---|---|---|
| *To our further interim attorney and client fees in respect of Brett Cormick Summons for period 17 March 2005 to date hereof :-* Attending to set down Summary Judgement Application, attending on advises that matter postponed and advising you thereon, attending upon receipt and perusal of opposing affidavit, granting leave to defend and advising you thereon, and other attendances not specifically provided for above. | 3 250.00 | | 455.00 | 3 705.00 |
| *To our further interim attorney and client fees in respect Elan Suisse Application for liquidation from 17 March 2005 to date hereof :-* Attending to report to you on status of matter and postponement, attending to follow up on receipt of Opposing Affidavit, and reporting to you thereon, Attending hearing in Johannesburg, when matter postponed by agreement and court order on filing of papers and hearing made an order of court, attending to advise you thereon, perusing and considering Opposing Affidavit, Founding Affidavit, your comments and various documents, and preparing and drafting Replying Affidavit and annexures thereto, attending to investigate position of Vincent Smith, follow up with Employee of Elan Suisse Zimbabwe, attending to furnish you with draft Replying Affidavit, receipt of your comments thereon, discussing same with Counsel, and putting Replying Affidavit in final form, arranging for filing of Replying Affidavit, ensuring matter properly enrolled and attending to Judges directives regarding filing of unsigned version of Replying Affidavit, Attending to investigate position with respect to the London School of Economics, attending at hearing in Johannesburg, Attending in settlement discussions, advising you theron, attending to finalise settlement agreement, arranging signature of same, and carrying out implementation thereof, meeting with and discussions with Julius Cobbettu and furnishing him with various documents, attending to peruse numerous e mails from you and considering same and other attendances not specifically provided for above. | 39 800.00 | | 5 572.00 | 45 372.00 |

● Page 2                                                          May 28, 2008

| SUB-TOTALS | | 43 050.00 | | 6 027.00 | 49 077.00 |
|---|---|---|---|---|---|
| To disbursements: | | | | | |
| In respect of the Summons :- | | | | | |
| Christopher Lee Attorneys | | | 1 917.64 | 33.60 | 1 951.24 |
| | | | | | |
| In respect of the Application for liquidation | | | | | |
| Christopher Lee Attorneys | | | 3 754.96 | 407.15 | 4 162.11 |
| Advocate P Belger | | | 9500.00 | 1330.00 | 10830.00 |
| Flight to Johannesburg (hearing 23 March 2005) | | | 1497.37 | 208.63 | 1706.00 |
| Courier Charges | | | 337.00 | | 337.00 |
| Flight to Johannesburg (hearing 12 April 2005) | | | 1712.28 | 239.72 | 1952.00 |
| Car Rental, 15 March 2005, 23 March 2005, and 12 April 2005 | | | 1242.29 | | 1242.29 |
| ITC Search Vincent Smith | | | 150.00 | | 150.00 |
| To telephone calls, emails, and photocopies in relation to both matters | | | 2 542.00 | 355.88 | 2 897.88 |
| To traveling : 62km x R4.00 | | | 248.00 | 34.72 | 282.72 |
| SUB-TOTALS – DISBURSEMENTS | | | 22 901.54 | 2 609.70 | 25 511.24 |
| SUB-TOTALS | | 43 050.00 | 22 901.54 | 2 609.70 | 25 511.24 |
| | | | | | |
| TOTAL AMOUNT DUE (incl. VAT) | | R68 561.24 | | | |

PLEASE NOTE THAT THIS INVOICE IS PAYABLE ON PRESENTATION.
PAYMENT CAN BE MADE TO THE FOLLOWING BANK ACCOUNT AND THE DEPOSIT SLIP OR
CONFIRMATION CAN BE FAXED TO (021) 685-6796.
PLEASE QUOTE THE INVOICE NUMBER WHEN EFFECTING PAYMENT OF THIS INVOICE

Account Holder:        Assheton-Smith Incorporated Current Account
Bank:                  Standard Bank of South Africa Limited
Account No:            071 487 719
Branch Code:           025009 (Rondebosch Branch)



# ASSHETON-SMITH INC.

ATTORNEYS & CONVEYANCERS

## TAX INVOICE

### VAT Registration No: 4480200328

| Date: | 9 June 2005 |
|---|---|
| Invoice No: | 0605 |
| Account No: | CHR 002 |

MR RD CHRIST

| DESCRIPTION | FEES | DISB | VAT | TOTAL |
|---|---|---|---|---|
| To our further attorney and client fees: | | | | |
| For attendances from 30 April to date hereof including receipt and perusal of various e-mails, attending in telephonic discussions with you, researching position with respect to security for costs, discussing same with council and briefing council. | 1 750.00 | | 245.00 | 1 995.00 |
| TO: DISBURSEMENTS | | | | |
| CAD Plan | | 200.00 | 28.00 | 228.00 |
| Telephone, copies, fax and emails | | 185.00 | 25.90 | 210.90 |
| Sub-Totals | 1 750.00 | 385.00 | 298.90 | 2 433.90 |
| TOTAL AMOUNT DUE (incl. VAT) | 2 433.90 | | | |

PLEASE NOTE THAT THIS INVOICE IS PAYABLE ON PRESENTATION.
PAYMENT CAN BE MADE TO THE FOLLOWING BANK ACCOUNT AND THE DEPOSIT SLIP OR CONFIRMATION CAN BE FAXED TO (021) 685-6796.
PLEASE QUOTE THE INVOICE NUMBER WHEN EFFECTING PAYMENT OF THIS INVOICE.

Account Holder:     Assheton-Smith Incorporated
Bank:     Standard Bank of South Africa Limited
Account No:     071 487 710
Branch Code:     025009 (Rondebosch Branch)
Quote Ref:     CHR 002

Ground Floor, West Block, Tannery Park, Belmont Road, Rondebosch 7700
PO Box 270, Newlands 7725, Cape Town, South Africa
Tel: +27 (0)21 685-6766   Fax: +27 (0)21 685-6796   E-Mail: asi@telkomsa.net
Director: CB Assheton-Smith   Company Registration No: 2002/010619/21



## ASSHETON-SMITH INC.

### ATTORNEYS & CONVEYANCERS

# TRUST ACCOUNT STATEMENT

| Date: | 9 JUNE 2005 |
|---|---|
| Account No: | CHR002 |
| Statement No: | 0033 |

MR RD CHRIST

| RE: BRETT CORMICK | | AMOUNT |
|---|---|---|
| Balance per our statement of 20 May 2005 | R | 12 385.35 |
| Paid our tax invoice 0504 | R | (2 443.90) |
| Sub- total | R | 9 941.45 |
| To deposit received | R | 65 000.00 |
| **TOTAL AMOUNT HELD IN TRUST:** | R | 74 941.45 |

Ground Floor, West Block, Tannery Park, Belmont Road, Rondebosch 7700   PO Box 270,
Newlands 7725, Cape Town, South Africa
Tel: +27 (0)21 685-6766   Fax: +27 (0)21 685-6796   E-Mail: asi@telkomsa.net
Director: CB Assheton-Smith   Company Registration No: 2002/010819/21



# ASSHETON-SMITH INC.
ATTORNEYS & CONVEYANCERS

## TAX INVOICE

### VAT Registration No: 4480200328

| Date: | 8 September 2005 |
|---|---|
| Invoice No: | 0679 |
| Account No: | CMR002 |

MR R D CHRIST

| DESCRIPTION | FEES | DISB | VAT | TOTAL |
|---|---|---|---|---|
| **RE: DR BRETT CORMICK** | | | | |
| To our further attorney and client fees, for the period 20 June 2005 to date hereof including attending to discuss security for costs with Adv. Belger, drafting letter to Loots and advising you thereon, perusing various e-mails from you and lengthy telephonic discussion with you, attending to instruct correspondent attorneys to proceed with default judgment, discussions with correspondent attorneys regarding plea, receipt and perusal of plea and forwarding same to you, receipt and perusal of numerous further e-mails from you and advising you on investigation and correspondence with J J Loots, attending to brief Counsel on plea, attending on receipt of application for security costs and discussing same with Advocate Belger, attending to advise you thereon, discussing security for costs with Loots and correspondence relating thereto, attending to finalize arrangements in respect of security for costs and correspondence in relation thereto receipt and perusal of numerous further e-mails from you, attending upon receipt of termination of mandate and attendance in relation thereto | 10 800,00 | | 1 512,00 | 12 312,00 |
| **To disbursements :** | | | | |
| To telephone calls, faxes, e-mails and copies | | 1 193,00 | 167,02 | 1 360,02 |
| To paid Adv Belger | | 1 140,00 | | 1 140,00 |
| To paid Johannesburg correspondent | | 13 077,04 | | 13 077,04 |
| Sub Total | 10 800,00 | 15 410,04 | 1 679,02 | 27 889,06 |
| Less amount paid from Trust | | | | (15 156,96) |
| **TOTAL AMOUNT DUE (incl. VAT)** | | | | **R12 732,10** |

Ground Floor, West Block, Tannery Park, Belmont Road, Rondebosch 7700
PO Box 270, Newlands 7725, Cape Town, South Africa
Tel: +27 (0)21 685-6766   Fax: +27 (0)21 685-6796   E-Mail: asi@telkomsa.net
Director: CB Assheton-Smith   Company Registration No: 2002/010819/21

● Page 2                                                    May 28, 2008



# SMITH TABATA
# BUCHANAN BOYES

strb

A T T O R N E Y S

---

Established 1900

**Cape Town**

8ᵀᴴ Floor
5 St Georges Building, St Georges Mall
Cape Town, 8001, South Africa
PO Box 395, Cape Town 8000
Docex 45, Cape Town
Tel: (021) 406 9100 Fax: (021) 419 9065

Bob Christ
Per Email: bob.christ@seatrepid.com

---

Vat Reg. No. 4670133877

**STATEMENT**

| Your reference | Our reference | Date |
|---|---|---|
| | SG/hd/CC3065 | 30 November 2005 |
| | Inv No: 1051 | |

**RE: DR BRETT CORMICK**

| | Debit | Credit | VAT |
|---|---|---|---|
| By cash on hand | | 10 000.00 | |
| To our interim statement of account for professional services rendered including; | | | |
| Telephone discussions and emails sent and received, perusing documentation and furnishing initial advice; | | | |
| To our fee for the above. | 4 000.00 | | 560.00 |
| Total Charges | 4 000.00 | 10 000.00 | 560.00 |
| Value Added Tax (VAT) | 560.00 | | |
| Subtotal | 4 560.00 | | |
| Less Credits | | 10 000.00 | |
| Total | (5 440.00) | | |

---

**Directors:** Andy McPherson ♦ Graham Liebenberg ♦ Colin Traub ♦ Martin Sheard ♦ Jonathan Steytler ♦ Jeff Feinstein ♦ Peter Arnot♦ ♦ Philip Steyn ♦ Derek Wille ♦ Tim Chase ♦ Martine Newman ♦ Hennie Mouton ♦ Dumisani Tabata ♦ John Smith ♦ Gerhard Kotze ♦ Paul Clark ♦ Vusumzi Matikinca ♦ Kevin Daniel ♦ June Theron ♦ Peter Smith ♦ André Symington ♦ David Lotz ♦ Stephen Boyes ♦ Elma Hamman ♦ Stoffel Ackermann ♦ Christoff Jooste ♦ Neil Parker ♦ Caroline Dichmont ♦ Darren Brander ♦ Geoff Steere ♦ Ndiphiwe Silinga ♦ Tracy Relif ♦ Bev l'Ons ♦ Belinda Lewis ♦ Shelagh Kaindl ♦ Mandy Cupido ♦ Mark Schäfer ♦ Rushdie Lagardien ♦ Allan White ♦ Caroline Wansbury ♦ Sam Gomersall ♦ Annetjie van Rooyen
**Associates:** T Jooste ♦ M Velthuysen ♦ L Kilbourn ♦ M Coetzee ♦ A Belger
**Assistants:** D Van Zyl ♦ H Ferreira ♦ NM Hoffman ♦ AA Camroodien ♦ C Petersen ♦ E Louis ♦ E Hancke ♦ H Dyssel ♦ M Rossouw ♦ M Heswick
**Executive Consultant:** Alan Smiedt
**Financial Manager :** Caroline Hutchison CA(SA)



Also at

Reg No. : 1992/03316/21

| Cape Town (021) 406 9100 | Wynberg (021) 763 4100 | Claremont (021) 670 6840 | Helderberg (021) 850 6400 |
|---|---|---|---|
| Fishhoek (021) 784 1580 | Tygerberg (021) 943 3800 | Tableview (021) 521 4000 | Johannesburg (011) 778 6600 |
| East London (043) 726 0894 | K W T (043) 643 4214 | Hout Bay (021) 790 7545 | Strand (021) 854 9990 |

**Exhibit D**



Matter Summary - [885681.60001 - Cormick, Elan Suisse, et al. (District Court)]

- Summary
- List
- Client/Client Address
- General/Address
- Billing
- **Matter Balances**
- Budget
- Statistics

Fees

| | Amount | Last Date |
|---|---|---|
| Worked (std) | 261,923.00 | 05/28/2008 |
| Billed (std) | 254,324.50 | 05/13/2008 |
| Write Up/Down: | -395.50 | |
| Unbilled: | 7,203.00 | |

Total

| | |
|---|---|
| Fees | 254,324.50 |
| Costs: | 18,432.24 |
| Tax: | 0.00 |
| Other: | 0.00 |
| Total | 272,756.74 |

Costs

| | Unbilled | Billed |
|---|---|---|
| Paid: | 30.00 | 18,432.24 |
| Unpaid: | 0.00 | 0.00 |
| Total: | 30.00 | 18,432.24 |
| Last Entry: | 05/27/2008 | 05/13/2008 |

Trust / Reserve

| | |
|---|---|
| Balance: | 0.00 |
| Retainer: | 0.00 |
| A/R: | 0.00 |
| WIP: | 0.00 |
| Yield: | 355.25 |
| Committed: | 0.00 |

Trust Accounts:

Trust Account Sort

| Account | Description | Currency | Trust Type | Balance |
|---|---|---|---|---|
| | | | | |

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT D. CHRIST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | C.A. No. 06-275-GMS |
| BRETT J. CORMICK and ELAN SUISSE | ) | |
| INTERNATIONAL HOLDINGS (USA), | ) | |
| | ) | |
| Defendants. | ) | |
| ELAN SUISSE LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-60-GMS |
| | ) | |
| ROBERT D. CHRIST, | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I, Thad J. Bracegirdle, hereby certify that on May 30, 2008, I caused a true and correct

copy of the foregoing *Affidavit of Robert D. Christ* to be served on the counsel listed below,

electronically via CM/ECF:

David L. Finger, Esquire
Finger & Slanina, P.A.
One Commerce Center, Suite 725
1201 North Orange Street
Wilmington, DE 19801-1155

Dated: May 30, 2008

_/s/ Thad J. Bracegirdle_____
Thad J. Bracegirdle (No. 3691)

WILLIB-58324.6