IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT D. CHRIST, <br><br> Plaintiff, <br> v. <br><br> BRETT J. CORMICK and ELAN SUISSE INTERNATIONAL HOLDINGS (USA) LLC, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 06-275-GMS |
| ELAN SUISSE LTD., <br><br> Plaintiff, <br> v. <br><br> ROBERT D. CHRIST, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) | C.A. No. 07-060-GMS |

## ORDER

WHEREAS, on May 30, 2008, the plaintiff filed a Motion for Default Judgment and Attorneys' Fees against defendants, Brett J. Cormick and Elan Suisse International Holdings (USA) LLC, *et al.* (D.I. 128.);

WHEREAS, on November 10, 2008, the court entered a Memorandum and Order (D.I. 134) denying in part and granting in part that motion;

WHEREAS, pursuant to the November 10, 2008 Memorandum and Order, the court: (1) permitted the plaintiff to file, within five days of the docketing of that Memorandum and Order, an itemized statement of attorneys' fees and expenses that delineates the actual hours expended, the expenses incurred, and the specific tasks performed by plaintiff's counsel in C.A. Nos. 06-275-GMS and 07-060-GMS; and (2) permitted the defendants to file a response to plaintiff's itemized statement within five days from the date of service of plaintiff's statement (D.I. 134 at 2

n.2);

WHEREAS, on November 13, 2008, the plaintiff filed a supplemental itemized statement of attorneys' fees and expenses (D.I. 135);

WHEREAS, on November 19, 2008, the defendants filed their opposition to plaintiff's supplemental itemized statement of attorneys' fees and expenses (D.I. 136); and

WHEREAS, this court has the power to award reasonable attorneys' fees. *See Alyeska Pipeline Serv. v. Wilderness Society*, 421 U.S. 240, 258-59, 95 S. Ct. 1612, 44 L. Ed. 2d 141 (1975); *Skehan v. Board of Trustees of Bloomsburg St. College*, 538 F.2d 53, 57 (3d Cir.), cert. denied, 429 U.S. 979, 97 S. Ct. 490, 50 L. Ed. 2d 588 (1976);

After having duly considered the parties' submissions and the applicable law, and finding that the plaintiff's itemized statement of attorneys' fees and expenses is reasonable,

IT IS HEREBY ORDERED that:

1. The plaintiff is awarded attorneys' fees and expenses in the amount of $64,823.31.[1]

Dated: November 24, 2008

CHIEF, UNITED STATES DISTRICT JUDGE

---

[1] This sum represents the total amount of fees incurred by the plaintiff *after* filing the original Notice to Take Deposition of Brett J. Cormick (D.I. 96) on March 10, 2008. In the court's view, this award is appropriate and reasonable, in light of the distinctive facts and circumstances presented in this case.