IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT D. CHRIST, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) C.A. No. 06-275-GMS |
| BRETT J. CORMICK and ELAN SUISSE INTERNATIONAL HOLDINGS (USA) LLC, | ) ) ) ) |
| Defendants. | ) ) |

**FINAL ORDER AND JUDGMENT**

For the reasons set forth in the Court's Memorandum and Order dated November 10, 2008 (D.I. 134) and Order dated November 24, 2008 (D.I. 138), IT IS HEREBY ORDERED that:

1. Judgment is entered in favor of plaintiff and against defendants, jointly and severally, in the amount of $422,049.34, which sum includes:

   a. Compensatory damages of $250,000.00;

   b. Pre-judgment interest of $82,226.03;

   c. Punitive damages of $25,000.00; and

   d. Attorneys' fees and expenses of $64,823.31.

2. Pursuant to 28 U.S.C. § 1961, plaintiff is awarded post-judgment interest at the rate of 0.96%, compounded annually, until the judgment is satisfied.

APPROVED:

Dated: Dec 1, 2008

Chief United States District Judge